# EXHIBIT L

# LETTER TO THE EDITOR

*Readers are invited to submit letters for publication in this department. Submit letters online at http://joem.edmgr.com. Choose "Submit New Manuscript." A signed copyright assignment and financial disclosure form must be submitted with the letter. Form available at www.joem.org under Author and Reviewer information.*

## Article by Moline et al. Mesothelioma Associated With the Use of Cosmetic Talc

**To the Editor:**

The clinical toxicology of cosmetic talc exposures has become contentious partly because of conflicting scientific literature and partly because of allegations that have been made in the US courts. Although I am not involved in talc litigation, I have provided occasional consultation to Pfizer regarding talc toxicology. Because of my professional interest in both the general issue of talc toxicology, and my occasional consultations to the talc industry, I try to stay abreast of relevant studies relating to this topic.

Before the previously referenced article by Moline et al,[1] the evidence was strongly against any mesothelioma risk from exposure to high-grade cosmetic talc.[2,3] The article by Moline et al, however, provided evidence of a possible mechanistic link between cosmetic talc exposure and mesothelioma by reporting the presence of asbestos fibers in tissue from six cosmetic talc-exposed individuals with mesothelioma who had no other apparent source of asbestos exposure. The implications of this were clear—cosmetic talc contained asbestos, an established cause of mesothelioma.

However, I recently became aware of a blog (https://us6.campaign-archive.com/?e=eeeb907c32&u=1684e2d964bfa9b5d101-ab1dc&id=e2348cbeef) alleging that at least some of the subjects Moline et al reported as being free from unusual asbestos exposure, indeed were so exposed, a fact that was allegedly undisclosed by these authors. Furthermore, the blog's author laid out detailed evidence alleging that Moline et al may have attempted to prevent the facts of these unreported asbestos exposures from becoming public. In my search of the National Library of Medicine, and other sites via Google Scholar, I have been unable to identify any published communication from Moline et al clarifying these discrepancies in their article.

I cannot verify the veracity of the allegations in the blog. However, given the seriousness of these allegations, I suggest that the journal investigate them to ensure that appropriate standards of academic conduct and publishing ethics have been upheld.

Sincerely,
JBrentMD

**Jeffrey Brent, MD, PhD**
Distinguished Clinical Professor of Medicine
University of Colorado,
School of Medicine
Aurora, CO
Jeffrey.brent@cuanschutz.edu

## REFERENCES

1. Moline J, Bevilacqua K, Alexandri M, Gordon RE. Mesothelioma associated with the use of cosmetic talc. *J Occup Environ Med* 2020;62:11–17.
2. Ciocan C, Pira E, Coggiola M, et al. Mortality in the cohort of talc miners and millers from Val Chisone, Northern Italy: 74 years of follow-up. *Environ Res* 2022;203:111865.
3. Marsh GM, Ierardi AM. Confidence interval function analysis to evaluate the risk of mesothelioma Among an expanded international cohort of cosmetic talc miners and millers. *Regul Toxicol Pharmacol* 2020; 115:104696.

Re: Moline J, Bevilacqua K, Alexandri M, et al. Mesothelioma associated with the use of cosmetic talc. *JOEM.* 2020;62(1):11–17.

I have provided consultative services to Pfizer regarding the clinical toxicology of talc. Pfizer has no knowledge of this submission. I have not discussed it with them, or their representatives, nor have they, or their representatives, been given an opportunity to review this letter. This letter was written on my own time and is uncompensated.

Copyright © 2023 American College of Occupational and Environmental Medicine

DOI: 10.1097/JOM.0000000000002839

Downloaded from http://journals.lww.com/joem by LY+l1DiC62wmSJEqdKtk5PcqAdTZpz0hvBMtzudbxS2Lj8DXP5r9qld4a7QeneCW/wfx3J/fFPxBnR5qXAvrFblWog/abmhkuzBc2JYKxarKVUPazvbnD4IqSFh6jpUC on 05/22/2023

Copyright © 2023 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.