Peter C. Harvey
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
pcharvey@pbwt.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>-v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>Defendant. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Plaintiff LTL Management LLC is a non-governmental corporation and that

1. This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

    a.  DePuy Synthes, Inc.

    b.  Janssen Pharmaceuticals, Inc.

    c.  Johnson & Johnson Holdco (NA) Inc.

    d.  Johnson & Johnson International

    e.  Johnson & Johnson

  2.  The name and citizenship of every individual or entity whose citizenship is attributed to that party are:

    a.  Plaintiff LTL Management LLC is a North Carolina limited liability company with its principal place of business in New Jersey. LTL Management LLC has one member: Johnson & Johnson Holdco (NA) Inc. Johnson & Johnson Holdco (NA) Inc. is a citizen of New Jersey. Johnson & Johnson Holdco (NA) Inc. is a corporation incorporated in and with its principal place of business in New Jersey.  LTL Management LLC is therefore a citizen of New Jersey.

    b.  Defendant Dr. Jacqueline Miriam Moline is an individual who is a citizen of New York.

Dated: May 31, 2023

Respectfully submitted,

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**

**PATTERSON BELKNAP WEBB &
TYLER LLP**

*/s/ Peter C. Harvey*

Allison M. Brown
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3222
Facsimile: (917) 777-3222
Allison.Brown@skadden.com

Peter C. Harvey
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
pcharvey@pbwt.com

**KING & SPALDING, LLP**

Kristen Fournier *(pro hac to be filed)*
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
kfournier@kslaw.com

*Counsel for Plaintiff LTL Management LLC*