# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**LTL MANAGEMENT LLC,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JACQUELINE MIRIAM MOLINE,**
*Defendant*

CASE NUMBER: **3:23–CV–02990–GC–DEA**

TO: *(Name and address of Defendant):*
Dr. Jacqueline Miriam Moline
223 W. 19th Street
Apt. 5
New York, NY 10011-4044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Peter C. Harvey
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

**ISSUED ON 2023–06–01 10:33:30**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____; or

☐ Returned unexecuted: _____
_____
_____; or

☐ Other (specify):
_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____     _____
                              Date                                                    *Signature of Server*

                                                                          _____
                                                                          *Address of Server*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>       Plaintiff,<br>  -v-<br>DR. JACQUELINE MIRIAM MOLINE,<br><br>       Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA |

**ACKNOWLEDGEMENT OF SERVICE**

The undersigned hereby acknowledges service of the summons and complaint in the above-captioned matter on behalf of the Defendant, Dr. Jacqueline Miriam Moline.

Dated:    Chatham, New Jersey
       June 6, 2023

                 _/s/ Kevin H. Marino_
                 KEVIN H. MARINO
                 MARINO, TORTORELLA & BOYLE, P.C.
                 437 Southern Boulevard
                 Chatham, New Jersey 07928
                 *Attorneys for Defendant Dr. Jacqueline Miriam Moline*