Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                                Plaintiff,<br><br>           -v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                                Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>Motion Return Date:<br>July 3, 2023<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS P. KURLAND** |

To:      All Counsel of Record (*via* ECF)

**PLEASE TAKE NOTICE** that the undersigned respectfully moves before this Court pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey for an Order granting admission of Thomas P. Kurland, Esq. *pro hac vice* to the Bar of this Court for the purpose of representing plaintiff LTL Management LLC ("LTL") in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that LTL will rely upon the accompanying Certifications of Peter C. Harvey, Esq. and Thomas P. Kurland, Esq. in support of this application.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is attached.

Dated: June 7th, 2023                                                         Respectfully submitted,

| | |
|---|---|
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| | */s/ Peter C. Harvey* |
| Allison M. Brown<br>One Manhattan West<br>New York, New York 10001<br>T:  (212) 735-3222<br>E:  Allison.Brown@skadden.com | Peter C. Harvey<br>Thomas P. Kurland (*pro hac vice* pending)<br>1133 Avenue of the Americas<br>New York, NY 10036<br>T:  (212) 336-2000<br>E:  pcharvey@pbwt.com<br>     tkurland@pbwt.com |
| | **KING & SPALDING, LLP** |
| | Kristen Fournier (*pro hac vice* pending)<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>T:  (212) 556-2100<br>E:  kfournier@kslaw.com |