Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                                Plaintiff,<br><br>             -v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                                Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>**CERTIFICATION OF THOMAS P. KURLAND IN SUPPORT OF MOTION FOR *PRO HAC VICE ADMISSION*** |

I, THOMAS P. KURLAND, hereby certify as follows:

1. I am an attorney-at-law of the State of New York, and Partner of the firm Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiff LTL Management LLC ("LTL") in the above-captioned matter.

2. I make this Certification in support of LTL's application for my admission *pro hac vice* in this matter, pursuant to Local Rule 101.1(c).

3. The year of admission and name and address of the official or office maintaining the roll of such members of the Bars in which I am a member in good standing are as follows:

   A. State of New York (2011, Attorney Records Clerk, Appellate Division, First Department, 41 Madison Ave., 26th Floor, New York, NY 10010);

      B.      United States District Court for the Southern District of New York (2011, Attorney Services, 500 Pearl St., New York, NY 10007);

      C.      United States District Court for the Eastern District of New York (2011, Clerk's Office, 225 Cadman Plaza East, Brooklyn, NY 11201);

      D.      United States District Court for the Northern District of New York (2012, Attorney Admission Clerk, 44 S. Broadway, Suite 509, Albany, NY 12207);

      E.      United States District Court for the Western District of New York (2012, Clerk of Court, 2 Niagara Square, Buffalo, NY 14202);

      F.      United States Court of Appeals for the Second Circuit (2018, Clerk's Office, 40 Foley Square, New York, NY 10007);

      G.      United States Court of Appeals for the Third Circuit (2020, Clerk's Office, 601 Market Street, Philadelphia, PA 19106).

4.      I am currently admitted *pro hac vice* in another matter pending in the United States District Court for the District of New Jersey, *Edley v. Johnson & Johnson*, No. 22-cv-2970-GC-TJB.

5.      I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed against me in any jurisdiction. I understand my continued obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

6.      I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

7.      I am associated with Peter C. Harvey of Patterson Belknap Webb & Tyler LLP, counsel of record for LTL, who is authorized to practice in the State of New Jersey, and is a member in good standing of the Bar of this Court.

8.      Based on my experience in the legal areas at issue in this litigation, and based on LTL's specific request, I request that I be admitted *pro hac vice* in this action.

9. I shall adhere to the Rules governing the United States District Court for the District of New Jersey, including Local Civil Rules 101.1(c), 103.1, and 104.1, and Rules 1:20-1(b) and 1:28-2 of the New Jersey Court Rules during the period of my admission.

10. If admitted, I shall remit payment of the fee associated with my *pro hac vice* admission to the Clerk of this Court, pursuant to Local Civil Rule 101.1(c)(2), and make payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Rule 1:28-2(a).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   New York, New York
         June 6, 2023

_____
THOMAS P. KURLAND