Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                        Plaintiff,<br>-v-<br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                        Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>**CERTIFICATE OF SERVICE** |

      I, PETER C. HARVEY, hereby certify that on the 7th day of June 2023, on behalf of Plaintiff LTL Management LLC, I caused the following documents to be electronically filed and served via CM/ECF on all counsel of record in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service: (a) Notice of Motion For Pro Hac Vice Admission of Thomas P. Kurland; (b) Certification of Peter C. Harvey In Support of Motion for Pro Hac Vice Admission of Thomas P. Kurland and Kristen Fournier; (c) Certification of Thomas P. Kurland In Support of Motion for Pro Hac Vice Admission; (d) Proposed Order Granting Motion to Admit Pro Hac Vice Thomas P. Kurland; and (e) this Certificate of Service.

      I certify under penalty of perjury that the foregoing is true and correct.

DATED:   New York, New York
           June 7, 2023

                                                    <u>/s/ Peter C. Harvey</u>
                                                    Peter C. Harvey