Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC, <br><br> Plaintiff, <br><br> -v- <br><br> DR. JACQUELINE MIRIAM MOLINE, <br><br> Defendant. | Civil Action No. <br> 3:23-cv-02990-GC-DEA <br><br> **CERTIFICATION OF PETER C. HARVEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS P. KURLAND AND KRISTEN RENEE FOURNIER** |

I, PETER C. HARVEY, hereby declare under penalty of perjury as follows:

1.      I am an attorney-at-law of the State of New Jersey and in the United States District Court for the District of New Jersey and a member of the law firm of Patterson Belknap Webb & Tyler LLP, with offices at 1133 Avenue of the Americas, New York, New York 10036-6710, attorneys for plaintiff LTL Management LLC ("LTL") in the above-captioned matter.

2.      I submit this Certification in support of LTL's application pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey to admit Thomas P. Kurland, Esq. and Kristen Renee Fournier, Esq. *pro hac vice* to the bar of this Court for the

1

purpose of representing LTL in the above-captioned action.  I have personal knowledge of the matters stated herein.

3.      Pursuant to Local Civil Rules 7.1(d)(1) and 7.1(d)(4), no brief is necessary for this application because all facts in support of this application are set forth in the Certifications of Thomas P. Kurland and Kristen Renee Fournier (submitted herewith), and there are no legal issues that must be briefed in connection with this application.

4.      Mr. Kurland and Ms. Fournier understand, as do I, that if they are admitted, it will remain my responsibility to review, sign, and file all pleadings, to accept service of all papers, to oversee the conduct of the case, and to be present in Court during all stages of the proceedings unless excused in advance by the Court.

5.      As required by New Jersey Court Rule 1:28-2(a), payment will be forwarded to the New Jersey Lawyers' Fund for Client Protection on behalf of Mr. Kurland and Ms. Fournier upon their admission *pro hac vice*.

6.      If admitted, Mr. Kurland and Ms. Fournier shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey pursuant to Local Civ. R. 101.1(c)(3).

7.      In view of the above, I respectfully request that Thomas P. Kurland and Kristen Renee Fournier be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

2

DATED:   New York, New York
         June 7, 2023

                                        /s/ Peter C. Harvey
                                        Peter C. Harvey