UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>　　　　　　　　　Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT *PRO HAC VICE* KRISTEN RENEE FOURNIER** |

　　　　THIS MATTER having been brought before the Court by application of Plaintiff, LTL Management LLC ("LTL") for an Order admitting Kristen Renee Fournier, Esq. to appear and participate in this action *pro hac vice* on behalf of LTL; and the Court having considered the Certification of Peter C. Harvey, Esq. and the Certification of Kristen Renee Fournier, Esq.; and for good cause shown pursuant to Local Civ. R. 101.1(c);

　　　　IT IS on this ____ day of _____, 2023, hereby

　　　　ORDERED that the application for the *pro hac vice* admission of Kristen Renee Fournier, Esq. is hereby **GRANTED**; and it is further

　　　　ORDERED that Ms. Fournier shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

　　　　ORDERED that Ms. Fournier is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter; and it is further

ORDERED that the movant shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless excused in advance; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

ORDERED that Ms. Fournier shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and it is further

ORDERED that Ms. Fournier shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3).

                                                                                                    _____
                                                                                                    HON. DOUGLAS E. ARPERT
                                                                                                    United States Magistrate Judge