Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC, | Civil Action No. |
| Plaintiff, | 3:23-cv-02990 |
| -v- | |
| DR. JACQUELINE MIRIAM MOLINE, | Motion Return Date: |
| Defendant. | July 3, 2023 |

## <u>DECLARATION OF PETER C. HARVEY</u>

I, Peter C. Harvey, of full age, hereby declare under penalty of perjury:

1.      I am a member of the law firm of Patterson Belknap Webb & Tyler LLP. My office is located at 1133 6th Avenue, New York, NY 10036.  I am a member in good standing of the Bar of New Jersey.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "<u>Declaration</u>") in connection with the *Plaintiff's Motion for Limited Expedited Discovery*, filed contemporaneously herewith.  I have personal knowledge of the matters set forth herein.

1

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the

Memorandum Opinion and Order, entered in *Bell v. Am. Int'l Indus.*, No. 1:17-cv-00111-WO-

JEP, ECF No. 398 (M.D.N.C. Sept. 13, 2022).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the article

entitled *Mesothelioma Associated with the Use of Cosmetic Talc*, Journal of Occupational and

Environmental Medicine 62(1):11-17 (2020).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

DATED:    New York, New York
          June 7, 2023

                                        /s/ Peter C. Harvey
                                        Peter C. Harvey

**Exhibit List**

**Exhibit 1** – Memorandum Opinion and Order in *Bell v. Am. Int'l Indus.*, No. 1:17-cv-00111-WO-JEP, ECF No. 398 (M.D.N.C. Sept. 13, 2022)

**Exhibit 2** – *Mesothelioma Associated with the Use of Cosmetic Talc*, Journal of Occupational and Environmental Medicine 62(1):11-17 (2020)