UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br>-v-<br>DR. JACQUELINE MIRIAM MOLINE,<br><br>Defendant. | Civil Action No.<br>3:23-cv-02990<br><br>Motion Return Date:<br>July 3, 2023<br><br>**[PROPOSED] ORDER** |

THIS MATTER coming before the Court on the Plaintiff's Motion for Limited Expedited Discovery (the "Motion"); the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS on this _____ day of _____, 2023,

ORDERED that Plaintiff's Motion is GRANTED;

IT IS FUTHER ORDERED that Defendant Dr. Jacqueline Moline expeditiously produce an unredacted copy of the five-page document identifying the subjects included in her 2019 article *Mesothelioma Associated with the Use of Cosmetic Talc*; or other documents and/or information sufficient to show the same, within 5 days of this Order; and

IT IS FURTHER ORDERED that, for good cause, the Court reserves the right to amend or supplement this Order.

_____