Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                              Plaintiff,<br>              -v-<br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                              Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>Motion Return Date:<br>July 3, 2023 |

<u>**CERTIFICATE OF SERVICE**</u>

I, Peter C. Harvey, of full age, hereby declare under penalty of perjury:

      1.    I am an attorney and partner at the law firm of Patterson Belknap Webb & Tyler LLP.  My office is located at 1133 6th Avenue, New York, NY 10036. I am a member in good standing of the Bar of New Jersey.  There are no disciplinary proceedings pending against me.

      2.    I hereby certify that on the below date, I caused a copy of Plaintiff's Notice of Motion for Limited Expedited Discovery; Memorandum of Law in support thereof; the

1

Declaration of Peter C. Harvey; a proposed form of Order; and this certificate of service, to be served upon all counsel of record via CM/ECF.

  I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

DATED: New York, New York
     June 7, 2023

                   /s/ Peter C. Harvey
                   Peter C. Harvey