Kevin H. Marino
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>Defendant. | Case 3:23-cv-02990-GC-DEA<br><br>Hon. Georgette Castner, U.S.D.J.<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kevin H. Marino of Marino, Tortorella & Boyle, P.C., 437 Southern Boulevard, Chatham, New Jersey 07928, hereby enters his appearance as counsel of record for Defendant Dr. Jacqueline Miriam Moline in this matter.

Dated: June 19, 2023
       Chatham, New Jersey

MARINO, TORTORELLA & BOYLE, P.C.

By: _/s/ Kevin H. Marino_
    Kevin H. Marino