## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2023, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court and served upon all counsel of record through the Court's CM/ECF system.

_____
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300