# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

———

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

June 19, 2023

**VIA ECF**

Melissa E. Rhoads, Esq.
Clerk, United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg.
   & U.S. Courthouse
50 Walnut St.
Newark, NJ 07102

Re: *LTL Management LLC v. Dr. Jacqueline M. Moline*
    Case No. 3:23-cv-02990-GC-DEA

Dear Ms. Rhoads:

We write on behalf of Defendant, Dr. Jacqueline M. Moline, to respectfully request an automatic extension of the deadline to respond to the Complaint [Dkt. # 1] by fourteen days in accordance with L. Civ. R. 6.1(b).

Plaintiff filed the Complaint on May 31, 2023. We acknowledged service of the summons and complaint for Dr. Moline on June 6, 2023 [Dkt. # 4]. Accordingly, her time to answer, move, or otherwise respond to that pleading is currently set to expire on June 27, 2023. In accordance with L.Civ.R. 6.1(b), we respectfully request that you extend that deadline by fourteen days, until **July 11, 2023**.

Thank you for your attention to this matter.

Respectfully submitted,

John D. Tortorella

cc:   All counsel of record

**ORDER**

The above application is GRANTED, and the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended to July 11, 2023.

ORDER DATED: _____ .

                              MELISSA E. RHOADS, Clerk

                    By: _____