Kevin H. Marino
John D. Tortorella
Erez J. Davy
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com
edavy@khmarino.com

*Attorneys for Defendant Dr. Jacqueline M. Moline*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                Plaintiff,<br><br>v.<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                Defendant. | Case 3:23-cv-2990-GC-DEA<br><br>Hon. Georgette Castner, U.S.D.J.<br><br><br>**FED. R. CIV. P. 7.1(A)(2)**<br>**DISCLOSURE STATEMENT OF**<br>**DR. JACQUELINE M. MOLINE** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Dr. Jacqueline Miriam Moline hereby states that she is a citizen of the State of New York.

Dated:  June 19, 2023          MARINO, TORTORELLA & BOYLE, P.C.
         Chatham, New Jersey

                                                     By:  _____
                                                               John D. Tortorella