**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I caused a true and correct copy of (1) the memorandum of law of Dr. Jacqueline Miriam Moline in opposition to plaintiff's motion for expedited discovery; and (2) the Declaration of Kevin H. Marino in opposition to plaintiff's motion for expedited discovery to be filed electronically with the Clerk of Court and served upon all counsel of record through the Court's CM/ECF system.

_____
Kevin H. Marino
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300

*Attorneys for Defendant*