

www.pbwt.com

June 21, 2023

Peter C. Harvey
Thomas P. Kurland (*pro hac vice* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

Re: *LTL Management LLC v. Dr. Jacqueline Miriam Moline*, 3:23-cv-02990-GC-DEA

Judge Arpert:

Along with Skadden, Arps, Slate, Meagher & Flom LLP and King & Spalding, LLC, we represent the Plaintiff in the above-captioned matter. Plaintiff intends to file a brief in reply to Defendant's opposition (D.E. 12) to Plaintiff's motion for expedited discovery (D.E. 7). That brief is currently due on June 26, 2023.

We respectfully request that, pursuant to Local Rule 7.1(d)(3), this Court so order an extension of time for Plaintiff to file a brief in reply to June 30, 2023.

Counsel for Defendant has advised that they consent to this request.

    Respectfully,

    */s/ Peter C. Harvey*_____
    Peter C. Harvey