UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE: TRENTON**  **DATE: 6/26/2023**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: K. WILSON**

**TITLE OF CASE:**  CV23-2990 (GC)
LTL MANAGEMENT, LLC

v.

MOLINE

**APPEARANCES:**
Peter Harvey, Esq., Kristen Fournier, Esq., Newton Portorreal, Esq., Thomas Kurland, Esq. & Michael Halper, Esq., for Plaintiff.
Kevin Marino, Esq., John Tortorella, Esq. & Erez Davy, Esq., for Defendant.

**NATURE OF PROCEEDINGS:**
**TELEPHONE CONFERENCE HELD.**
Ordered parties are to report back to the Court by 6/30/2023 with status regarding potential conflict.

| | |
|---|---|
| **TIME COMMENCED:** | 11:05 a.m. |
| **TIME ADJOURNED:** | 11:10 a.m. |
| **TOTAL TIME:** | 5 minutes |

s/*Ann Dello Iacono*
**Deputy Clerk**