

www.pbwt.com

June 30, 2023

Peter C. Harvey
Partner
(212) 336-2810
pcharvey@pbwt.com

**By ECF**

Hon. Georgette Castner, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **LTL Management LLC v. Moline, No. 3:23-cv-02990-GC-DEA**

Dear Judge Castner:

      We write on behalf of Plaintiff in the above-referenced action regarding the potential conflict the Court identified during our June 26 phone conference.  *See* ECF No. 16.

      After conferring with our client, we can confirm that the potential conflict the Court identified during the conference poses no concerns to Plaintiff, and that Plaintiff has no objection to Your Honor continuing to preside over this case.

      Respectfully submitted,

      */s/ Peter C. Harvey*

      Peter C. Harvey

cc:    All Counsel of Record (by ECF)

Patterson Belknap Webb & Tyler LLP     1133 Avenue of the Americas, New York, NY 10036     T 212.336.2000     F 212.336.2222