Peter C. Harvey
Thomas P. Kurland (*pro hac* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                          Plaintiff,<br>                  -v-<br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                         Defendant. | Civil Action No.<br>3:23-cv-02990<br><br>Motion Return Date:<br>July 3, 2023 |

**<u>DECLARATION OF PETER C. HARVEY</u>**

I, Peter C. Harvey, of full age, hereby declare under penalty of perjury:

      1.      I am a member of the law firm of Patterson Belknap Webb & Tyler LLP. My office is located at 1133 6th Avenue, New York, NY 10036. I am a member in good standing of the Bar of New Jersey. There are no disciplinary proceedings pending against me.

1

2. I submit this declaration (the "Declaration") in connection with the *Reply Brief in Support of Plaintiff's Motion for Limited Expedited Discovery*, filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript from the telephonic deposition of Dr. Jacqueline Moline, dated February 26, 2020, in the matter of *Zimmerman v. Autozone, Inc.*, Case No. BC720153 in the Superior Court of the State of California for the County of Los Angeles.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Institutional Review Board approval from Northwell Health to Dr. Jacqueline Moline dated March 23, 2018.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the reporter's transcript of court proceedings of the morning session on October 26, 2017 in the matter of *Herford v. AT&T Corp.*, Case No. BC46315 in the Superior Court of the State of California for the County of Los Angeles.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Order Regarding Motions in Limine, for Summary Judgment, and for Missing Evidence Instructions, dated April 12, 2019, in the matter of *Hayes v. Colgate-Palmolive Co., et al.*, Case No. 16-CI-003503 in the Jefferson County Circuit Court in Kentucky.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the reporter's transcript of court proceedings on March 5, 2019 in the matter of *Olson, et. al. v. Brenntag North America, Inc., et al.*, Case No. 190328/2017 in the Supreme Court of the State of New York for the County of New York.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a Journal Entry dated February 25, 2019 in the matter of *Pipes v. Johnson & Johnson, et al.*, Case No. CJ-2017-3487 in the District Court of Oklahoma County in the State of Oklahoma.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Order Granting in Part and Denying in Part Motion and Motion to Join dated February 21, 2018 in the matter of *Lanzo v. Cyprus Amax Minerals Co., et al.*, Case No. MID-7385-16 AS in the Superior Court of New Jersey, Law Division, Middlesex County.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Rulings on Motions in Limine dated July 23, 2018 in the matter of *Weirick, et al. v. Brenntag North America, Inc., et al.*, Case No. JCCP 4674 in the Superior Court of the State of California for the County of Los Angeles.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript from the deposition of Dr. Jacqueline Moline, dated November 25, 2019,

in the matter of *Wiman v. Triangle Enterprises, et al.*, Case No. 18-CI-00181 in the Graves Circuit Court (Division 1) in the Commonwealth of Kentucky.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  New York, New York
              June 30, 2023

                                            /s/ Peter C. Harvey
                                            Peter C. Harvey

## Exhibit List

**Exhibit 1** – Transcript from the telephonic deposition of Dr. Jacqueline Moline, dated February 26, 2020, in the matter of *Zimmerman v. Autozone, Inc.*, Case No. BC720153 in the Superior Court of the State of California for the County of Los Angeles.

**Exhibit 2** – Institutional Review Board approval from Northwell Health to Dr. Jacqueline Moline dated March 23, 2018.

**Exhibit 3** – Transcript of court proceedings of the morning session on October 26, 2017 in the matter of *Herford v. AT&T Corp.*, Case No. BC46315 in the Superior Court of the State of California for the County of Los Angeles.

**Exhibit 4** – Order Regarding Motions in Limine, for Summary Judgment, and for Missing Evidence Instructions, dated April 12, 2019, in the matter of *Hayes v. Colgate-Palmolive Co., et al.*, Case No. 16-CI-003503 in the Jefferson County Circuit Court in Kentucky.

**Exhibit 5** – Transcript of court proceedings on March 5, 2019 in the matter of *Olson, et. al. v. Brenntag North America, Inc., et al.*, Case No. 190328/2017 in the Supreme Court of the State of New York for the County of New York.

**Exhibit 6** – Journal Entry dated February 25, 2019 in the matter of *Pipes v. Johnson & Johnson, et al.*, Case No. CJ-2017-3487 in the District Court of Oklahoma County in the State of Oklahoma.

**Exhibit 7** – Order Granting in Part and Denying in Part Motion and Motion to Join dated February 21, 2018 in the matter of *Lanzo v. Cyprus Amax Minerals Co., et al.*, Case No. MID-7385-16 AS in the Superior Court of New Jersey, Law Division, Middlesex County.

**Exhibit 8** – Rulings on Motions in Limine dated July 23, 2018 in the matter of *Weirick, et al. v. Brenntag North America, Inc., et al.*, Case No. JCCP 4674 in the Superior Court of the State of California for the County of Los Angeles.

**Exhibit 9** – Transcript from the deposition of Dr. Jacqueline Moline, dated November 25, 2019, in the matter of *Wiman v. Triangle Enterprises, et al.*, Case No. 18-CI-00181 in the Graves Circuit Court (Division 1) in the Commonwealth of Kentucky.