Page 1495

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2              FOR THE COUNTY OF LOS ANGELES
3   DEPARTMENT NER            HON. C. EDWARD SIMPSON, JUDGE
4
5                                    )ASBESTOS
    LAOSD ASBESTOS CASES,            )No. JCCP 4674
6   Coordinated Proceeding Special Title   )
    (Rule 3.550)                      )
7   _____)
                                      )
8   TINA HERFORD and DOUGLAS HERFORD,    )
                                      )
9                      Plaintiffs, )
                                      )
10             vs.                  )No. BC646315
                                      )
11  AT&T CORP., a subsidiary of AT&T INC. and )
    its subsidiary PACIFIC BELL TELEPHONE    )
12  COMPANY, et al.,                 )
                                      )
13                    Defendants. )
    _____)
14
15
16
17        REPORTER'S TRANSCRIPT OF PROCEEDINGS
18            THURSDAY; OCTOBER 26, 2017
19                 A.M. SESSION
20
21
22  (APPEARANCES, NEXT PAGE.)
23
24
25
26  PAGES 1499 - 1617
27                      IRENE KUBERT, CSR, CRR, RMR
                        Court Reporter Pro Tempore
28                      License No. 10105

Page 1496

```
 1    APPEARANCES:
 2
 3    FOR PLAINTIFFS:    SIMON GREENSTONE PANATIER BARTLETT
                         BY:  CHRISTOPHER J. PANATIER, ESQ.
 4                            LEAH C. KAGAN, ESQ.
                         3780 KILROY AIRPORT WAY
 5                       SUITE 540
                         LONG BEACH, CALIFORNIA 90806
 6                       (562) 590-3400
 7                       BY:  JAY STUEMKE, ESQ.
                         3232 McKINNEY AVENUE
 8                       SUITE 610
                         DALLAS, TEXAS 75204
 9
10    FOR JOHNSON & JOHNSON:  KING & SPALDING
                         BY:  ALEXANDER G. CALFO, ESQ.
11                            JULIA E. ROMANO, ESQ.
                         655 WEST FIFTH STREET
12                       17TH FLOOR
                         LOS ANGELES, CALIFORNIA 90071
13                       (213) 443-4347
14
      and
15
                         TUCKER ELLIS, LLP
16                       BY:  SHARLA J. FROST, ESQ.
                         405 MAIN STREET
17                       SUITE 500
                         HOUSTON, TEXAS 77002
18                       (281) 657-0732
19    and
20                       ORRICK, HERRINGTON & SUTCLIFFE, LLP
                         BY:  MORTON DONALD DUBIN II, ESQ.
21                       51 WEST 52ND STREET
                         NEW YORK, NEW YORK 10019
22                       (212) 506-3752
23
      FOR IMERYS TALC AMERICA and CYPRUS AMAX:
24                       ALSTON & BIRD
                         BY:  TODD B. BENOFF, ESQ.
25                            PETER E. MASAITIS, ESQ.
                         333 SOUTH HOPE STREET
26                       16TH FLOOR
                         LOS ANGELES, CALIFORNIA 90071
27                       (213) 576-1000
28
```

Page 1497

1                 M A S T E R   I N D E X

2

3           OCTOBER 26, 2017; A.M. SESSION

4

5       CHRONOLOGICAL/ALPHABETICAL INDEX OF WITNESSES

6

7   PLAINTIFFS'                _____        PAGE

8   LONG, WILLIAM E.

9   RECROSS-EXAMINATION BY MR. BENOFF....................1505

10  RECROSS-EXAMINATION BY MR. DUBIN.....................1517

11  FURTHER REDIRECT EXAMINATION BY MR. PANATIER.........1523

12  MOLINE, JACQUELINE

13  DIRECT EXAMINATION BY MR. STUEMKE....................1524

14  CROSS-EXAMINATION BY MR. CALFO.......................1596

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 1498

1              E X H I B I T S

2

3          OCTOBER 26, 2017; A.M. SESSION

4

5                          FOR      IN     WITHDRAWN/
   PLAINTIFFS'              I.D.  EVIDENCE   REJECTED

6

7   1195   Moline's CV      1527

8

9                          FOR      IN     WITHDRAWN/
   DEFENDANTS'              I.D.  EVIDENCE   REJECTED

10

11  19     Article by       1517
           Langer and
12         Nolan

13  707    Region 9         1510
           Letter

14

    5817   Document          1506

15

    5818   Malcolm Ross      1507

16         Letter

17

18

19

20

21

22

23

24

25

26

27

28

Page 1499

1    CASE NUMBER:                BC464315

2    CASE NAME:                  HERFORD VS. AT&T

3    PASADENA, CALIFORNIA        THURSDAY, OCTOBER 26, 2017

4    DEPARTMENT NER              HON. C. EDWARD SIMPSON, JUDGE

5    REPORTER:                   IRENE KUBERT, CSR NO. 10105

6    TIME:                       A.M. SESSION

7    APPEARANCES:                (AS HERETOFORE NOTED.)

8                         -o0o-

9

10             (At 8:53 a.m. the following

11              proceedings were held in open court

12              out of the presence of the jury:)

13        THE COURT:  Good morning.

14             (A chorus of "good mornings" was

15              heard.)

16        THE COURT:  I understand there's something counsel

17    wishes to bring up before the jury comes in.

18        MR. DUBIN:  Your Honor, I think one thing that

19    Mr. Masaitis was going to bring -- I was just going to

20    say, as with the other expert, we're probably going to

21    make a very brief motion to strike as to Dr. Longo when

22    his testimony is concluded.

23             If it's fine, we can wait and do that at the

24    end of the day so as not to interrupt the proceedings.

25    I wanted to flag that so it didn't become an issue of

26    timeliness.  Thank you.

27        MR. MASAITIS:  Your Honor, if I can just have five

28    minutes to address an issue related to Dr. Moline, who

Page 1500

1   is going to be testifying later today.  Motion in Limine

2   No. 33 concerned, in part, her causation opinion.  And

3   it focused on her inability to bridge the gap between

4   the work Dr. Longo and Dr. Compton did and the other

5   literature that she relies on, and anything she could

6   say about the specific talcum powder that Mrs. Herford

7   actually used.

8           And Plaintiffs' counsel indicated at the

9   hearing on the motion in limine that they would address

10  that issue via hypothetical, asking Dr. Moline to assume

11  that the talc Imerys provided and that was in the

12  Johnson & Johnson products was contaminated and base her

13  causation opinion on that.

14          And at the time Your Honor was ruling on the

15  motions in limine, it was in a bit of a vacuum, and Your

16  Honor has now sort of seen much of the case that has

17  been put on.  And Dr. Moline is one of the last experts

18  the plaintiffs intend to call, particularly with respect

19  to the scientific issues.

20          And as the Court knows, Dr. Compton and

21  Dr. Longo were not able to extrapolate from the specific

22  testing they did to the millions and millions of

23  containers of Johnson & Johnson products sold, let alone

24  the specific containers of Johnson & Johnson product

25  used by Mrs. Herford.

26          And Dr. Moline admits that she has no

27  ability to do that extrapolation herself.  So under

28  Jennings, the type of hypothetical that Plaintiffs wish

Page 1501

1   to use with Dr. Moline is inadmissible under 801.  The

2   Jennings Court specifically says, quote:

3              "An expert's opinion that something

4         could be true if certain assumed facts are

5         true, without any foundation for concluding

6         those assumed facts exist in the case before

7         the jury, does not provide assistance to the

8         jury because the jury is charged with

9         determining what occurred in the case before

10        it, not hypothetical possibilities."

11             And that's 114 Cal.App. 4th 1108, Page 1118.

12             So, Your Honor, we would submit --

13   THE COURT:  Go back again and tell me what

14   hypothetical is -- you think they're going to ask.

15        MR. MASAITIS:  Well, they specifically said during

16   the motion in limine hearing that they would ask

17   Dr. Moline to provide her specific causation opinion

18   with respect to the cause of Mrs. Herford's mesothelioma

19   based on an assumption in a hypothetical that the Imerys

20   talc and the J&J products that Mrs. Herford used were

21   contaminated with asbestos.  And there's no evidence in

22   this case to support that hypothetical.

23        THE COURT:  That is what this case is all about.

24             But what's the plaintiffs' position?

25        MR. STUEMKE:  Plaintiffs' position is there is

26   ample evidence in the case to support the proposition

27   that we are going to ask her to assume, which is that

28   the talc supplied by Cyprus was contaminated with

Page 1502

```
 1   asbestos.
 2              We have testing of the talc samples
 3   collected by their own geologist that their own
 4   geologist opined were representative of all the talc
 5   mined from a certain mine that supplied to Johnson &
 6   Johnson for a period of time, including in 1980.
 7              And based on that testing, which had
 8   asbestos in it, that in and of itself would be
 9   sufficient.
10              There is also testing going back decades,
11   including from the time frames in which Imerys Talc
12   America or its predecessors supplied talc to Johnson &
13   Johnson for use in baby powder, showing that baby powder
14   was specifically found to be contaminated with asbestos.
15              There is further evidence coming in this
16   case through the testimony of Johnson & Johnson's
17   corporate rep that they had hundreds upon hundreds of
18   positive samples from their own talc showing it was
19   contaminated with asbestos, including from the time
20   frame in which Cyprus or Imerys and its predecessors
21   supplied talc to Johnson & Johnson.
22         THE COURT:  Yes.  Doesn't this just -- the
23   traditional jury instruction on hypothetical questions
24   require that the jury find the assumed facts to be true.
25         MR. MASAITIS:  Right, but under Jennings it is
26   inadmissible to present that hypothetical opinion if
27   there are not facts to support the hypothetical.  And
28   the hypothetical is not that somebody tested talc from a
```

Page 1503

1   mine or 30 containers of talcum powder and found what
2   they found.
3           The hypothetical is that the specific
4   containers Mrs. Herford used contained contamination.
5   And nobody in this case will say that.  And there is no
6   bridge to gap the evidence that Mr. Stuemke just
7   referenced, the historical information or selected
8   testing of various sorts bridging the gap from that to
9   the specific containers out of the millions that were
10  sold that Mrs. Herford used.
11      THE COURT:  Didn't we discuss this before in the
12  context of circumstantial evidence?
13      MR. STUEMKE:  We absolutely did.  Of course the
14  rule that Imerys is arguing for is that unless a person
15  that used baby powder decided to keep their own
16  particular containers, every particular container they
17  ever used, so that it could later be tested for the
18  presence of asbestos decades after they used it when
19  they've gotten sick is absurd, and it's not required by
20  California law.
21      MR. MASAITIS:  Your Honor, that wasn't what I was
22  arguing at all.  If they had evidence or an expert who
23  is qualified to say that all of the talc was
24  contaminated, that would be different.  Nobody in this
25  case is saying that or is able to say that.
26      THE COURT:  Well, I'm going to overrule the
27  objection.  I think that the jury will be instructed on
28  what its role is with respect to hypothetical questions.

Page 1504

1   And I think at one point in time during the motions in

2   limine, there were some discussions about the

3   circumstantial evidence and whether or not the jury will

4   believe that the circumstantial evidence is sufficient

5   to support the finding that the talc that Mrs. Herford

6   used was contaminated.

7        MR. CALFO:  Your Honor, Johnson & Johnson joins in

8   that motion by Imerys.  Thank you.

9        MR. MASAITIS:  Your Honor, may I have a standing

10  objection to the hypothetical questions, that I don't

11  need to raise them each time?

12       MR. STUEMKE:  I think that the objection needs to

13  be raised because I don't know exactly what language of

14  the hypothetical is going to be asked.

15       THE COURT:  Yes. I think they should be -- it

16  should be raised during the course of the testimony.  If

17  it begins to become repetitive, we can deal with that.

18            How much longer do you think we're going to

19  be with Dr. Longo?

20       MR. BENOFF:  It depends on the witness, Your

21  Honor.  I would hope I have ten minutes.

22       MR. DUBIN:  I don't have any more than ten minutes

23  either, I'm sure.

24       THE COURT:  Then what's next?

25       MR. STUEMKE:  Following Dr. Longo we have

26  Dr. Moline testifying.

27       MR. PANATIER:  Your Honor, should Dr. Longo take

28  the stand?

Page 1505

1      THE COURT:  Yes.  We'll bring the jury in.  Yeah,
2   that saves time.
3              (At 9:03 a.m. the following
4               proceedings were held in open court
5               in the presence of the jury:)
6      THE COURT:  The jury has returned.
7              Mr. Benoff, you can continue your
8   recross-examination.
9      MR. BENOFF:  Thank you, Your Honor.
10
11             RECROSS-EXAMINATION (RESUMED)
12  BY MR. BENOFF:
13     Q.    Good morning, sir.
14     A.    Good morning.
15     Q.    Now, yesterday at the end of the day,
16  Mr. Panatier read a paragraph from a Region 9 letter and
17  asked if you read it; right?  And you said yes.  That's
18  what I'd like to follow up on.  Okay?
19     A.    Yes.
20     Q.    All right.  Now, in the report that you
21  wrote in this case of all the work you did for this
22  case, did you describe any scientific analysis you had
23  done of anything mentioned in the Region 9 letter?
24     A.    As for the actual samples that Region 9 did,
25  no, sir.  The samples that Region 9 analyzed, we
26  did not.
27     Q.    Okay.  Now, yesterday we were talking about
28  how after reading Region 9's letter, other scientists

Page 1506

1   stood up and said R.J. Lee was right.  And I believe you
2   said you had not seen the letter from Professor Wylie at
3   the University of Maryland; is that right?
4        A.    That's right.
5        Q.    Do you know anything about Professor Wylie's
6   criticism of the Region 9 letter?
7        A.    No, sir, I haven't read it.
8        Q.    Okay.  Were you aware that Dr. Langer, one
9   of the scientists you rely on, also wrote a letter to
10  say that R.J. Lee was right and Region 9 was wrong?
11       A.    No, sir.
12       Q.    I'd like to show you a document we've
13  premarked as Exhibit 5817.
14            (Defense Exhibit 5817 was marked for
15             identification by the judicial
16             assistant.)
17       MR. BENOFF:  May I approach, Your Honor?
18       THE COURT:  Yes.
19       MR. PANATIER:  Your Honor, this is subject to the
20  same objections as yesterday.  This is just a different
21  person that -- this is Dr. Langer.  So the objections
22  are the same.
23       THE COURT:  Let's see if he can lay a foundation.
24       Q.    BY MR. BENOFF:  The question is, sir, have
25  you seen Dr. Langer's letter criticizing --
26       THE COURT:  Just ask him -- don't testify as to
27  what's in the letter.
28       THE WITNESS:  No, sir.

```
 1        Q.    BY MR. BENOFF:  Do you know anything about
 2   Dr. Langer's criticism of the Region 9 letter?
 3        A.    No, sir, I haven't read the letter.
 4        Q.    Then we'll leave that for someone who knows
 5   about it.
 6              I'd like to show you, sir, a document that
 7   we've premarked as Exhibit 5818, a letter from a
 8   gentleman named Malcolm Ross criticizing the Region 9
 9   letter.
10              (Defense Exhibit 5818 was marked for
11               identification by the judicial
12               assistant.)
13        Q.    BY MR. BENOFF:  Sir, have you seen that
14   letter before?
15        A.    No, sir.  I don't even know who
16   Malcolm Ross is.
17        Q.    Do you know anything about Ross' criticism
18   of the Region 9 letter?
19        A.    No, sir.
20        Q.    Okay.  We'll leave that for someone who
21   knows more about it.
22              But you are aware that the USGS was asked by
23   Region 9 to conduct an independent study; right?
24        A.    Yes, sir.
25        Q.    Okay.  And you are aware that in that study
26   the USGS said that although the little particles the
27   EPA -- that Region 9 found met the counting rules, they
28   didn't meet the definitions of asbestos; right?
```

Page 1508

1      A.    No, sir.  I'm not aware of that.

2      Q.    Okay.

3            James, if we can please display Exhibit 709,

4   the USGS "Mineralogy and Morphology of Amphiboles

5   Observed in Soils and Rocks in El Dorado, California."

6      MR. PANATIER:  Your Honor, I'm going to object.

7   This is outside the scope of redirect.

8      MR. BENOFF:  They brought up the Region 9 letter.

9   This is directly related to --

10     THE COURT:  I'll ask for argument if I need it.

11  Overruled.

12     MR. BENOFF:  If we can look at, James, the

13  Executive Summary section, please, the second-to-last

14  paragraph.

15            And it begins:

16            "In summary, many of the amphibole

17        particles examined in this study meet the

18        counting rule criteria used by USEPA from

19        both chemical and morphological

20        requirements.  However, most of these

21        particles do not meet the morphological

22        definitions of commercial grade asbestos."

23            Did I read that correctly, sir?

24     A.    Yes, sir.

25     Q.    Okay.  And if you look down towards the last

26  sentence on that page, you'll see that the USGS says:

27            "Therefore, a collaborative research

28        effort is needed by the health community

Page 1509

```
 1        with assistance from experienced
 2        mineralogists and analysts to develop a
 3        better understanding of potential health
 4        effects of what is currently called
 5        'naturally occurring asbestos.'"
 6             Did I read that correctly, sir?
 7        A.    You did.
 8        Q.    So the federal government is not rejecting
 9    mineralogy, is it?
10        A.    No, sir.  I don't think the federal
11    government ever rejected mineralogy.  What the federal
12    government stated was these meet the counting rules, and
13    in their response to R.J. Lee said these were defined as
14    asbestos fibers.
15             Now, that gets back into the debate --
16        MR. BENOFF:  Your Honor, I move to strike as
17    nonresponsive.
18        THE COURT:  You've answered the question.
19        THE WITNESS:  I'm sorry, Your Honor.
20        Q.    BY MR. BENOFF:  In fact, the exact opposite.
21    The U.S. Government is saying Region 9 should work with
22    mineralogists, isn't it?
23        A.    They said they should be assisted, yes.
24        Q.    And I'd like to direct your attention to
25    Page 41 of this document, the very last sentence on that
26    page, where the USGS says, "However, if the USEPA study
27    had been conducted" --
28        MR. DUBIN:  It's not on the screen.
```

Page 1510

1        MR. BENOFF:  Okay.  I'll just read it.

2            "However, if the USEPA study had been

3        conducted as an enforcement action, it would

4        be difficult to classify the majority of

5        actinolite magnesiohornblende of the El

6        Dorado area as an actionable material

7        because, one, the majority of the particles

8        are prismatic, not fibrous; and, two,

9        approximately 40 percent of the particles

10       are magnesiohornblende."

11       Q.    Now, sir, my question for you is are you

12   saying that magnesiohornblende is actinolite asbestos?

13       A.    No, sir I'm not.

14       Q.    I'd like to direct your attention back to

15   the Region 9 letter, which has been premarked as

16   Exhibit 707 for identification purposes only.

17            (Defense Exhibit 707 was marked for

18             identification by the judicial

19             assistant.)

20       Q.    BY MR. BENOFF:  On page -- excuse me.  On

21   Page 4 of that letter, at footnote 5, the EPA offers a

22   definition of asbestiform.

23            James, will you please put that up on the

24   screen.

25            And Region 9 says, "Asbestiform:  Having the

26   form or structure of asbestos"; correct?

27       A.    Yes, sir.

28       Q.    Now, true or false?  After the scientists

Page 1511

1   and the USGS weighed in, the EPA's official regulatory
2   definition of asbestos is not what Region 9 said.
3        A.    No, I disagree with that.
4        Q.    Well, let's look at what the official
5   definition in the Code of Federal Regulations, the law
6   of the U.S., is.
7             James, can you please pull that up.
8             40 CFR Section 7763.  The official EPA
9   definition of asbestiform is, "A specific type of
10  mineral fibrosity in which the fibers and fibrils
11  possess high tensile strength and flexibility."
12            That's the official version, not what
13  Region 9 said in its letter; right?
14       A.    I apologize.  That's a different question.
15  You said the official EPA definition of asbestos.  Then,
16  yes, we can go back to asbestiform again for polarized
17  light microscopy for grab samples.  But EPA, how we
18  count those fibers, have the distinct definition of
19  greater than .5, 5 to 1 aspect ratio, and parallel size.
20            That's EPA's definition for when we are
21  doing analysis for people who want to know if the
22  building is safe to go back into, does the building have
23  asbestos in it.  That's their definition of asbestos
24  fibers.
25       Q.    Thank you.
26            You mean the definition in the EPA
27  regulation that defines it as the asbestiform version.
28  You remember seeing that yesterday; right?

Page 1512

1          A.    Yes, sir.  We debated the asbestiform
2     version.  Actually it's what happens in the transmission
3     light microscope.  I'm not sure I disagree with that.
4     When you're pulling out a big --
5          MR. BENOFF:  Your Honor --
6          THE COURT:  I think you've answered the question.
7          Q.    BY MR. BENOFF:  My question to you, sir,
8     wasn't the definition of asbestos.  My question was,
9     after the scientists and the U.S.G. weighed in, the
10    official regulatory definition of asbestiform is not
11    what Region 9 had in its letter.  It's this definition,
12    which is in the TEM section and which talks about high
13    tensile strength and flexibility.
14              True or false?
15         A.    That's not true or false.  You're comparing
16    apples and oranges.  It's true for the oranges, but it's
17    not true for the apples.
18         Q.    Now, the Region 9 letter was talking about
19    naturally occurring tremolite and other amphiboles;
20    correct?
21         A.    Yes, sir.
22         Q.    So background-level; right?
23         A.    Well, yes and no.
24         Q.    And they were talking about naturally
25    occurring tremolite and amphiboles in California; right?
26         A.    Yes, sir, for when they were driving ATVs
27    over it and disturbing the soil and generating a source
28    of airborne asbestos from that naturally occurring.

Page 1513

1   That's absolutely correct.

2        Q.    Now, at deposition you testified there was

3   no such thing as background levels of tremolite, didn't

4   you?

5        A.    That's not quite right.  I said that, but I

6   also said you would have to have the source in order to

7   have background levels of tremolite.

8        Q.    True or false, at deposition you said

9   there's only one place in the country --

10       THE COURT:  If you have something to read, you can

11   read the question and read the answer.

12       MR. BENOFF:  All right.

13       Q.    Then going back to your deposition, sir,

14   Page 175.

15       MR. PANATIER:  In which volume?

16       MR. BENOFF:  Volume 1, Page 175, starting at

17   line 6.

18            "QUESTION:  In your report you argue

19        that there are no background levels of

20        tremolite; correct?

21            "ANSWER:  That's correct.

22            "QUESTION:  Are you saying that

23        nonasbestos tremolite has no background

24        levels anywhere in the country?

25            "ANSWER:  The only area that you may

26        have background -- and background levels

27        means there has to be a source -- there is

28        no such thing as just ubiquitous tremolite

Page 1514

1          fibers floating around this country.
2          Certainly in Libby, Montana, when that mine
3          was activated and all the materials that
4          were used around that town between the track
5          and the high school, all the insulation, the
6          daily mining, yes, during that you could
7          find background.  You could find background
8          in the tree bark of trees.  But everywhere
9          else in the country, you have to have a
10         source of tremolite.  So, no, there's no
11         measurable background of tremolite in this
12         country other than Libby, Montana, or some
13         of the other vermiculite mines."
14         Q.    That was the testimony you gave under
15    penalty of perjury on that day; correct, sir?
16         A.    That's correct.  I don't believe that's
17    inconsistent.  What I'm saying now, you have to have a
18    source.  I didn't name specifically the ATVs running
19    over the naturally occurring material in the soil.  But
20    in order for them to measure it, they had to disturb it,
21    just like Libby, Montana, vermiculite had to be
22    disturbed.
23         THE COURT:  You've answered the question.
24         Q.    BY MR. BENOFF:  Now, when you gave that
25    sworn testimony under penalty of perjury, you had
26    already read the Region 9 letter that said there was
27    naturally occurring tremolite in California; right?
28         A.    Yes, sir.

Page 1515

1      Q.    California is where Mrs. Herford lived;
2   right?
3      A.    That's correct.
4      Q.    In fact, in other cases you've testified
5   that amphiboles are everywhere in the Earth's crust, not
6   just Libby, Montana; right?
7      A.    There's amphiboles everywhere in the Earth's
8   crust because there are 90 different amphiboles.  There
9   is tremolite in the Earth's crust, because we're dealing
10  with it here today.  But I stick to my statement.  You
11  have to have a source of tremolite in order to get air
12  samples or get it distributed so people get exposed.
13     Q.    Now, the Region 9 letter criticized R.J. Lee
14  for using the R-93 bulk sampling method for air samples;
15  right?
16     A.    For using that definition of what asbestos
17  is in bulk sample testing, yes, they did.
18     Q.    So that means Region 9 is saying you have to
19  use the method for the kind of sample you're analyzing;
20  right?
21     A.    Yes, sir.
22     Q.    And you violated that rule in this case,
23  didn't you?
24     A.    No, sir.
25     Q.    You looked at bulk samples; right?
26     A.    We did look at bulk samples.  I did not
27  violate any rule.
28     Q.    Did you use the EPA method for bulk samples?

Page 1516

1        A.    No, sir.

2        Q.    So you did the same sort of thing that

3   Region 9 accused R.J. Lee of doing, didn't you?

4        A.    No, sir.  They're not accusing.  They're

5   accusing him of using the definition for bulk samples,

6   telling them that bulk sample definition for asbestiform

7   or asbestos is not applicable for TEM analysis.  That's

8   what Region 9 is saying.  That's what I'm saying.

9        Q.    AHERA, the method you chose, says you have

10  to use a PLM to analyze bulk samples; right?

11       A.    If you're analyzing construction products,

12  yes.  If that's -- if you're going to use it for

13  regulatory purposes, that's correct.

14       Q.    Here it doesn't actually limit that

15  definition to construction materials, does it?  It says

16  products or materials, doesn't it?

17       A.    That's part of it, yes.

18       Q.    Yes.  And you were looking at bulk samples

19  of a product or material, weren't you?

20       A.    We were looking at bulk samples of a product

21  with trace amounts of -- potentially trace amounts of

22  tremolite that can only be seen by transmission electron

23  microscopy.

24       Q.    And AHERA says bulk samples "shall be

25  analyzed for asbestos content by PLM"; right?

26       A.    That's what it states.

27       Q.    And you broke that rule.

28       A.    We did not break the rule for this analysis.

Page 1517

1    I will not agree with you.

2          Q.    Did you use a PLM?

3          A.    No.  But you're --

4          Q.    You've answered the question.  Thank you,

5    sir.

6          MR. BENOFF:  I'll pass the witness.

7

8                      RECROSS-EXAMINATION

9    BY MR. DUBIN:

10         Q.    Good morning, Dr. Longo.

11         A.    Good morning, sir.

12         Q.    I wore my glasses today to make it a little

13   easier to tell us apart over here.

14         A.    Let's see.  That's still you.

15         Q.    That and he's in much better shape than I

16   am.  I'm just going to cover two quick topics with you.

17   The first is an article that you discussed -- I think it

18   was first raised by Mr. Benoff, and then you were asked

19   about it by Mr. Panatier in his redirect examination.

20   And that was an article by Langer and Nolan from 1991.

21               And if we can pull that up, I've marked it

22   as Langer 19.

23               (Defense Exhibit 19 was marked for

24                identification by the judicial

25                assistant.)

26         Q.    BY MR. DUBIN:  And if we go to Page 285 --

27   or 265.  65.  Okay.

28               And if you can blow up on the Discussion and

Page 1518

1    Conclusion first, you see where it says the OSHA
2    Asbestos Standard?
3          A.    Not yet.  Okay.
4          Q.    Okay. "Used to regulate asbestos minerals";
5    right?  "In the mining and milling environment, crushing
6    of rocks generate fragments of normal amphiboles which
7    conform to the OSHA-NIOSH definition of asbestos."
8               That's talking about the thing that we were
9    before that you can take a nonasbestos rock and crush it
10   up and some of the particles are going to fit counting
11   definitions for these regulations; right?
12         A.    That's correct.
13         Q.    Okay.  It says:
14               "If the asbestos standard is to
15         regulate asbestos only, then polarized light
16         microscopy is required to identify and
17         distinguish between the minerals present.
18         The identification is required for effective
19         monitoring."
20               Do you see that?
21         A.    Yes, sir.
22         Q.    This is 1991; right?  I believe that was the
23   date of this article.  Actually it wasn't an article.
24   It was a publication.  Something happened with respect
25   to OSHA and this distinction we've all been talking
26   about so much between non-asbestiform and asbestiform in
27   1992, the year after this was written; right?
28         A.    I think so.

Page 1519

1        Q.    Right.  And what happened -- and we can --
2   you're familiar with the OSHA regulations from 1992;
3   right?  The change?
4        A.    A little bit, but I'd have to look at it.
5        Q.    Let's look at that then.
6             If we can call -- it's been marked as
7   defense Exhibit 7659.
8        MR. PANATIER:  Your Honor, this is outside the
9   scope of redirect.
10       THE COURT:  Just a moment.  What are we asking him
11  about?
12       MR. DUBIN:  He was talking about what the EPA's
13  official position is.  I'm just going to talk for one
14  second about what OSHA's official position is on the
15  issue that Mr. Panatier raised in his redirect.  It will
16  take me less than a minute.
17       MR. PANATIER:  I never talked about it.
18       MR. DUBIN:  We're talking about government
19  agencies' positions on --
20       THE COURT:  Go ahead.
21       MR. DUBIN:  Thank you.  I'll be very brief.
22       Q.    This is 1992 OSHA.  And if we can blow up
23  the left side, the middle, so we can see where it says
24  "available evidence."  "OSHA has reviewed the available
25  evidence."
26             So what happened is in 1992, the year after
27  this article was written, OSHA actually considered one
28  of the questions that we have here, which is whether or

Page 1520

1  not it should be regulating nonasbestiform materials

2  that happen to meet the counting criteria that had

3  previously been stated in their regulation; right?

4        A.   In 1992 they were considering it.  They

5  didn't go with it because of 1994, when they put out the

6  method, which was the same method that all fiber

7  definitions that we've been talking about, 3 to 1 aspect

8  ratio, greater than five micrometers and greater than

9  .25, is the exact same both before this and after this.

10 So they were considering it, but it didn't change

11 anything in the protocol.

12       Q.   Well, what they said is:

13            "OSHA has reviewed relevant evidence

14       concerning the health effects of

15       nonasbestiform tremolite, anthophyllite, and

16       actinolite, and has also examined the

17       feasibility of regulatory options.  Based on

18       the entire rule-making record before it,

19       OSHA has made a determination that

20       substantial evidence is lacking to conclude

21       that nonasbestiform tremolite,

22       anthophyllite, and actinolite present the

23       same type or magnitude of health effects as

24       asbestos."

25            Right?  That's what they said.

26       A.   That's what they said.

27       Q.   And then what they did is in the regulations

28 that followed they changed, so that when you read the

Page 1521

1   regulation it explicitly said "tremolite asbestos,"
2   "anthophyllite asbestos"; right?
3           A.    I have to -- I'm not -- I'm assuming they
4   said that.
5           Q.    Okay.  Going back to the article, you were
6   directed to another part of it and that is -- if we go
7   back to line 1 at 285 -- 65 in the acknowledgments.
8                 And this is a part of the article that you
9   discussed with Mr. Panatier.  He brought up the fact
10  that this article by Drs. Langer and Nolan was supported
11  by a fellowship from the Stony Wold-Herbert Fund and the
12  writing of this manuscript was made possible by a grant
13  from the Asbestos Institute of Canada and the R.T.
14  Vanderbilt Company.  You recall discussing that with
15  Mr. Panatier; right?
16          A.    Yes, sir.
17          Q.    I guess the implication is somehow that the
18  study is biased or bad because a company that was
19  involved in the talc industry was provided funding for
20  the manuscript; right?
21          A.    I assume it would be the same thing as
22  saying I'm biased because plaintiffs' attorneys hire me
23  or defenses' are biased because the defense attorneys
24  hire them.  I let the merits stay where they are.  I
25  don't make those decisions.
26          Q.    Well, you did discuss that with
27  Mr. Panatier.  And, you know, your work here on
28  Johnson & Johnson, that hasn't been published anywhere;

Page 1522

1    right?

2         A.    No, sir.  I don't recall criticizing R.T.

3    Vanderbilt for being involved in this.  It was pointed

4    out to me, and I said yes.

5         Q.    But, sir, and certainly if you had an

6    acknowledgment on your paper, you would have to say that

7    the writing of your report was made possible by funds

8    from the Simon Greenstone Law Firm, the Lanier Law Firm,

9    and the Kazan Law Firm, all who represent plaintiffs in

10   asbestos litigation; right?

11        A.    Certainly if and when I do publish this

12   work, I will acknowledge on there that this work was

13   involved in plaintiffs' actions, just like you're

14   supposed to.

15        Q.    And since we're talking about bias, I think

16   I would be remiss not to ask this.  I wasn't going to

17   originally.  But you are married to a former plaintiffs'

18   asbestos attorney; right?

19        THE COURT:  Sustained.

20             [Laughter]

21        THE WITNESS:  I know why that shocks you.

22        THE COURT:  Let's move along.

23        MR. DUBIN:  All right.  No further questions.

24        MR. PANATIER:  Your Honor, may I ask the Court's

25   indulgence just to ask one question on the document that

26   I didn't ask any questions about to clarify?

27        THE COURT:  Yes.

28        MR. PANATIER:  Thank you, Your Honor.

Page 1523

1              FURTHER REDIRECT EXAMINATION
2    BY MR. PANATIER:
3         Q.   The USGS document that was shown -- I just
4    want to show you one passage right here at the very end.
5              "Finally, it seems appropriate, in
6         light of the issues addressed in this
7         report, to stress that it is absolutely not
8         the role of the analytical or mineralogical
9         communities to make health-based decisions
10        or to make independent analytical
11        assessments that directly or indirectly
12        influence health-based outcomes.  It is the
13        obligation of the analytical and
14        mineralogical communities to provide
15        accurate, unbiased, and scientifically sound
16        information to the health and regulatory
17        communities so that appropriate and informed
18        health-related policy and regulatory
19        decisions can be made."
20             Do you agree with that?
21        A.   Yes.
22        MR. PANATIER:  That's all I have.
23        THE COURT:  You can step down, Dr. Longo.
24        THE WITNESS:  Thank you, Your Honor.
25        THE COURT:  Thank you for your testimony.  Thank
26    you for coming.
27             What does the plaintiff have planned for us
28    next?

Page 1524

1        MR. STUEMKE:  Your Honor, next we're going to call
2   Dr. Jacqueline Moline.
3        THE COURT:  Do you want to ask her to come
4   forward.
5        MR. PANATIER:  Your Honor, I'm going to get out of
6   Mr. Stuemke's way.  I'm going to sit back here if that's
7   okay.
8
9                  JACQUELINE MOLINE,
10  called as a witness by the Plaintiffs, was sworn and
11  testified as follows:
12
13       THE JUDICIAL ASSISTANT:  Do you solemnly state
14  that the testimony you may give in the cause now pending
15  before this Court shall be the truth, the whole truth,
16  and nothing but the truth, so help you God?
17       THE WITNESS:  Yes.
18       THE JUDICIAL ASSISTANT:  You may have a seat.
19            Ma'am, can you please state and spell your
20  name.
21       THE WITNESS:  Dr. Jacqueline Moline,
22  J-A-C-Q-U-E-L-I-N-E, M-O-L-I-N-E.
23       THE JUDICIAL ASSISTANT:  Thank you.
24
25                  DIRECT EXAMINATION
26  BY MR. STUEMKE:
27       Q.   Good morning.
28       A.   Good morning.

Page 1525

1      Q.    And, Doctor, can you introduce yourself to

2   the ladies and gentlemen of the jury, please?

3      A.    Sure.  My name is Dr. Jacqueline Moline, and

4   I'm an occupational and environmental medicine

5   specialist.

6      Q.    And what is occupational and environmental

7   medicine?

8      A.    So it's a specialty that deals with people

9   who have exposure-based diseases.  It can arise out of

10  someone's workplace, and then we would call it

11  occupational.  Or it can arise out of the environment,

12  which could be the home, it could be the general

13  environment.  It could be the effects of the fires, for

14  example, that have been affecting this state and people

15  having breathing difficulties.  That would be an

16  environmental exposure.

17     Q.    Okay.  Is occupational and environmental

18  medicine concerned with addressing the causes of

19  disease?

20     A.    Yes.

21     Q.    And you talk about environmental.  So we

22  hear "occupational medicine."  It's not just confined to

23  the workplace; is that right?

24     A.    Right.  Exposures don't only occur in the

25  job.  They may occur in a home.  They may occur outside.

26  So it's really looking at exposures in a more -- on a

27  general level.  And you might have the same exposure

28  either at home and at work.  Just depending on where it

Page 1526

1    occurs, you might call it occupational versus
2    environmental.
3         Q.    Is there something -- is there a field of
4    preventive medicine?
5         A.    There is.  It's a specialty.  And actually
6    occupational medicine falls within the American Board of
7    Preventive Medicine, for example, which is the
8    accrediting body for board certification in our field.
9    And preventive medicine is trying to prevent people from
10   getting sick.
11        Q.    And you referenced board certification in
12   your field.  Are you board certified?
13        A.    I am.
14        Q.    What does that mean?
15        A.    Board certified means that you have
16   completed a training program in an area -- whether it's
17   in surgery, internal medicine or occupational
18   medicine -- and that you sat for the examination and
19   passed the examination.
20        Q.    How long have you been board certified?  And
21   specifically what is your board certification?
22        A.    I'm what we call doubly board certified.
23   I've been board certified in internal medicine since
24   1991, and I've been board certified in occupational
25   medicine since 1994, 1995.
26        Q.    I want to talk with you some about your
27   educational background and experience.
28                I'll hand you what we've marked as

Page 1527

1  Plaintiffs' Exhibit 1195.

2              (Plaintiffs' Exhibit 1195 was marked

3               for identification by the judicial

4               assistant.)

5       Q.    BY MR. PANATIER:  Can you tell us what this

6  document is, please, Dr. Moline.

7       A.    This is a copy of my curriculum vitae, or

8  CV, from May.

9       Q.    So we've got 27 pages.  We're not going to

10  go through all of them right now.  But can you just give

11  us an outline of your educational background to start

12  with, if you would.

13      A.    Sure.  As you can see, I went to the

14  University of Chicago for college and medical school.  I

15  was a history and philosophy of science major in

16  college.  And then I got my medical degree from the

17  University of Chicago Pritzker School of Medicine.

18             I then went to do an internal medicine

19  residency program at Yale.  And that was a three-year

20  program.  When that concluded, I did a second residency

21  program at Mt. Sinai School of Medicine.  And during

22  that period of time, I also received a master of science

23  degree in community medicine.

24      Q.    Okay.  And first, the last thing you said,

25  the master of science degree in community medicine, what

26  type of degree is that and what sort of particular

27  training did that involve?

28      A.    So it's the equivalent of a master of public

Page 1528

1   health.  For a variety of reasons, at that point it's
2   not called a master of public health, but fulfilled the
3   same requirements of a master of public health.  And
4   that involved course work in -- epidemiology,
5   biostatistics, behavioral health, medical care
6   organization and environmental and occupational health
7   are the five core areas that we covered.
8            It also included, because this was a program
9   targeted in occupational medicine, industrial hygiene
10  courses, advanced occupational epidemiology courses.
11       Q.    So as you describe your background, is it
12  fair to say that you -- that your emphasis in your
13  career shifted from a focus on internal medicine to what
14  you've talked about here today, occupational
15  environmental medicine?
16       A.    Yes.
17       Q.    And how did that come about?
18       A.    When I was doing my internal medicine
19  training, I wasn't quite sure what I was going to
20  specialize in, if I was going to be a general internist
21  or whether I was going to specialize in different areas.
22            I was a little frustrated when patients were
23  described as an interesting kidney case or an
24  interesting case that came in, and I said it's a person
25  with a liver problem, a person with a kidney problem.
26            And I was lucky enough to be at a place that
27  had a very strong occupational medicine program at Yale
28  and some great mentors.  And they suggested that I look

Page 1529

1   into the field, which I actually hadn't known a lot
2   about.
3           And I did, and I said, you know, the focus
4   here is really on what someone does and how they occupy
5   themselves and how that might affect their health, and
6   then they might have a kidney problem or a liver problem
7   or a lung problem.  But it's the person first who does
8   something that leads to a problem.
9       Q.    Okay.  And so did you, then -- is that why
10  you chose to have the residency in -- I guess it was a
11  fellowship in occupational health and research?
12      A.    Well, actually it was considered a second
13  residency initially in occupational medicine.  Because I
14  had completed internal medicine, it was technically --
15  if I had stayed at Yale, I would have been called a
16  fellow, because to be a fellow means you've completed a
17  first residency.  Because of the nature of some of the
18  requirements, in occupational medicine it's called a
19  residency.
20          So it was a second residency where I
21  specialized.  I then did -- the fellowship in
22  occupational health and research was a research
23  fellowship.  It was an award that I received afterwards.
24      Q.    Okay.  Now, backing up a second, you talked
25  about getting your master's degree.  You talked about
26  some of the fields that you focused on in that course of
27  study.  I wanted to ask you specifically about a couple
28  of them.  First you mentioned epidemiology.

Page 1530

1        We've heard a little bit about epidemiology
2   in this case, but from the standpoint of somebody who
3   studied it, can you tell us what epidemiology is?
4        A.    Epidemiology is a discipline that looks at
5   the study of diseases in populations.  So you heard the
6   word epidemic.  So that comes from what might occur in a
7   large population.  That's really what the study of
8   epidemiology does.  And it looks more broadly at the
9   effect on groups of individuals, not specifically on one
10  individual per se.
11       Q.    Okay.  And in your field of occupational and
12  environmental medicine, what kind of role does
13  epidemiology play?
14       A.    Well, it's one of the -- it's integral to
15  much of what we do.  I mean it's integral to all
16  elements of medicine, really, because much of what we
17  know about heart disease and the effects -- what causes
18  heart disease comes from epidemiologic studies looking
19  at large groups of people and seeing that cholesterol
20  levels are associated with heart disease.  That comes
21  from a large epidemiologic study.
22            In occupational and environmental medicine,
23  you'll find groups of individuals in general where you
24  look and see if there's a connection between what they
25  might have been exposed to and what diseases might
26  develop over time.
27       Q.    And another area that you mentioned was
28  industrial hygiene.  What is industrial hygiene?

Page 1531

1          A.     Industrial hygiene is a discipline that
2    looks at exposures in the industrial setting.
3    Traditionally they can actually look in the environment
4    as well.  But they are more of a hands-on measurement
5    science where they'll actually measure levels of
6    exposure to see what they might be in a particular
7    exposure scenario or in a workplace.
8          Q.     Okay.
9          A.     It's not a health specialty where they're
10   not evaluating the health of individuals.  They're
11   evaluating what the exposures might be.
12         Q.     Okay.  And how does industrial hygiene play
13   into occupational medicine?
14         A.     Well, it's another key factor.  In the same
15   way that when I'm seeing patients, I look at what --
16   their blood test values to provide information for me,
17   industrial hygiene can provide me with what someone's
18   exposure levels have been if I'm lucky enough to have
19   those measurements that were done.
20         Q.     And how does the measurement of somebody's
21   exposure levels come into play in what you do?
22         A.     Well, you're looking to see if -- for
23   example, we just recently treated some folks who worked
24   in a firing range where there was lead exposure from the
25   bullets.  And they came to us because they had elevated
26   lead levels.  And we worked with our industrial
27   hygienist, who went out and evaluated what was going on
28   at the firing range.  And it turned out their

Page 1532

1    ventilation system wasn't working so that there was a
2    lot of lead in the air.
3              They made recommendations on how to fix it.
4    It was fixed.  And so we took care of the patient.  So
5    we were looking for the source of the exposure.  So we
6    worked hand in hand with them to do the actual
7    measurement that we could then translate into when it
8    was safe to send the lead-poisoned folks back to the
9    workplace because the lead levels were no longer
10   elevated.
11        Q.    Okay.  And turning back to your CV, you
12   talked about the residency and the fellowship at
13   Mt. Sinai School of Medicine.  Can you tell us what it
14   was that you were doing during that time at Mt. Sinai?
15        A.    So when I started at Mt. Sinai, I started in
16   July of 1991, and I started seeing patients as part of
17   my training.  We saw a lot of patients in the '90s.  We
18   saw a lot of patients with asbestos exposures.  Looked
19   at a lot of X-rays.
20             We had what we call X-ray rounds, where we
21   would go over dozens of films per week with someone who
22   is trained in reading films for people with dust
23   exposure.
24             And I started learning about various
25   elements within the field.  And then when I continued
26   with fellowship, I was doing a research project.  We
27   were looking at cancer markers in a group of
28   asbestos-exposed workers.  I was working with a basic

Page 1533

1    scientist on that project.

2        Q.    Okay.  And we heard a little bit about this

3    from Dr. Gordon, but from your perspective doing

4    occupational medicine at Mt. Sinai, did you come to

5    learn whether Mt. Sinai had played an important role in

6    the development of knowledge about asbestos hazards?

7        A.    In the '60s, '50s, '60s, '70s, '80s, and in

8    the '90s, I think it was the place in the United States

9    where much of the knowledge regarding the health effects

10   of asbestos came from.  There was a physician there,

11   Dr. Irving Selikoff, for whom the clinical center is

12   named, who really devoted his -- it became a second

13   career.  His first career was finding a medicine to

14   treat tuberculosis.  His second career was identifying

15   the causes of asbestos-related diseases, or describing

16   them.

17             And there were a number of scientists at

18   Mt. Sinai, particularly in the '60s, 70s, and '80s, who

19   worked with Dr. Selikoff on that work in advancing a lot

20   of the knowledge that we have regarding asbestos.

21       Q.    After completing your fellowship at

22   Mt. Sinai, did you stay on there?

23       A.    I did.  So I was offered a faculty position

24   where I moved up in the academic rating.  And I had a

25   number of different roles within the department, which

26   changed its name a little bit, but where I was -- one

27   constant theme that was throughout was I had a patient

28   population and I saw patients consistently during that

Page 1534

1   time.

2            I became more involved in teaching.  I ended

3   up being the residency director.  So I directed the

4   program that I had been trained in.  And then I ended up

5   being head of the government-funded New York and New

6   Jersey Education and Research Center, which is funded by

7   the agency in the government that's responsible for

8   training and occupational safety and health, which is

9   called NIOSH, or the National Institute for Occupational

10  Safety and Health.

11           And we had programs in occupational

12  medicine, industrial hygiene, occupational safety,

13  continuing education, ergonomics and biomechanics.  At

14  some point we had nursing in the programs, occupational

15  health nursing.  And overseeing how those programs work

16  together and actually making sure our students all work

17  together.  So we had interdisciplinary seminars --

18       THE COURT:  I think you've answered the question.

19  Let's try to keep the narratives at a minimum.

20       MR. STUEMKE:  Okay.

21       Q.   And how often when you were at Mt. Sinai did

22  you have involvement with people with asbestos exposure?

23       A.   From day one, when I arrived, I began seeing

24  patients with asbestos exposure.

25       Q.   Okay.  And all of us when we go to a doctor,

26  the doctor asks us what's going on, how are we feeling,

27  that kind of thing.  Is that called a history?

28       A.   Yes.

1      Q.    And as an occupational medicine doctor, do
2   you take histories of patients?
3      A.    We do.  I mean the thing that differentiates
4   an occupational physician is we spend a lot more time on
5   the exposures and the jobs that people have had, the
6   tasks that they've done and where they might have had
7   those exposures, and also ask about hobbies and other
8   exposure scenarios that typically aren't asked in a
9   general medical history.
10      Q.    Okay.  Is that something you've gotten
11   training to do?
12      A.    Yes.
13      Q.    Is that something that you actually train
14   others how to do?
15      A.    Yes.
16      Q.    Why is it important as an occupational
17   medicine physician to take that level of a detailed
18   history?
19      A.    Often people come to you and say why do I
20   have this disease.  And you have to be able to delve
21   into what they might have been exposed to that might
22   have contributed to that disease.
23      Q.    And have you been involved with any
24   professional organizations relating to occupational
25   medicine?
26      A.    I have.
27      Q.    Can you briefly trace some of that for us?
28      A.    Sure.  So I've been a member of the American

Page 1536

1   College of Occupational and Environmental Medicine.  And
2   I'm on the executive board and currently secretary of
3   the New York Chapter.  I've been involved with the
4   American Public Health Association, The Association of
5   Teachers of Preventive Medicine, when I was back doing
6   residency training.
7              I'm also a member of the American College of
8   Physicians, which is the internal medicine professional
9   organization, as well as the State Medical Society.
10       Q.    Okay.  And have you -- we've heard about the
11  peer-review literature.  Have you published in the
12  peer-review literature?
13       A.    I have.
14       Q.    Have you ever published on a topic of
15  asbestos or asbestos disease?
16       A.    Yes.
17       Q.    About how many times?
18       A.    Specifically related to asbestos or asbestos
19  exposure, I have two articles recently.
20       Q.    Okay.  And have you served on the other side
21  of that?  In addition to being an author, have you
22  served as a peer reviewer?
23       A.    Yes.
24       Q.    For what journals?
25       A.    Well, I'm deputy editor in chief of the
26  Archives of Environmental & Occupational Exposure
27  [verbatim] now.  And I've also been a reviewer for the
28  Journal of the American Medical Association, for the

Page 1537

1  Journal of Occupational and Environmental Medicine, for
2  Occupational and Environmental Medicine, which is
3  another journal that has a very similar name, for a
4  number of other journals in the field.
5       Q.   And for how long after your fellowship ended
6  at Mt. Sinai did you stay on there in the way that you
7  described?
8       A.   So I stayed -- I finished my training in
9  1993 and I stayed at Mt. Sinai until 2010.
10      Q.   Okay.  And how did your job change in 2010?
11      A.   In 2010 I was offered the opportunity to
12 join a large health system in New York State called
13 Northwell Health and develop occupational medicine for
14 the health system.  We have 23 or 24 hospitals now.  And
15 so I'm in charge of a department called Occupational
16 Medicine, Epidemiology and Prevention.
17      Q.   Okay.
18      A.   And we also started a new medical school in
19 affiliation with Hofstra University, which is called the
20 Zucker School of Medicine at Hofstra/Northwell.  And so
21 I've been doing that since 2010.
22      Q.   Okay.  And do you maintain a clinical
23 practice?
24      A.   I do.
25      Q.   And in the field of occupational medicine,
26 what is a clinical practice?
27      A.   So we actually -- New York State has a
28 clinic network where there are a number of regional

Page 1538

1    clinical centers.  We have -- we are in charge of the
2    Long Island clinical centers, which is where our -- some
3    of our hospitals are based.  And we see folks who have
4    work-related exposures who come to us.
5            I get referrals in from employers, from work
6    groups, from unions, from word of mouth, from my
7    colleagues, other physicians, with folks that might have
8    an exposure to see if it's affecting their health.
9        Q.   Okay.  And do you actually see groups of
10   people with a history of exposure to asbestos and track
11   their health?
12       A.   We do.  We're actually -- we have what we're
13   calling the Occupational Health Registry -- or the
14   Occupational Lung Registry, I'm sorry -- where we're
15   following groups of workers who have had asbestos
16   exposure.  And we see about 700 individuals a year.
17           I'm in charge of that overall program, where
18   we see how many of them have evidence of
19   asbestos-related diseases and make recommendations to
20   their overall health, whether it's an asbestos-related
21   disease, or whether it's general health, whether they
22   have high blood pressure, diabetes, or something else
23   that we may discover that we find that isn't well
24   controlled.
25       Q.   And I understand that you've had some
26   involvement in dealing with the aftermath in terms of
27   health effects from 9/11; is that right?
28       A.   Yes.

Page 1539

1          Q.    Can you tell the jury about that, please?

2          A.    Sure.  So I was at Mt. Sinai when

3    September 11 happened in 2001.  And we began seeing

4    patients within a couple of weeks, two, three weeks

5    after 9/11, who had a variety of respiratory problems,

6    and realized that we didn't have a true sense of the

7    health effects following 9/11.

8               So we worked to establish programs which

9    initially evaluated folks to see what happened to their

10   health and then over time were provided funds to be able

11   to treat them.

12              In 2010 we actually -- there's a

13   congressional law called the Zadroga Act, which allows

14   us to continue treating individuals with World Trade

15   Center-related exposures -- we see them on an annual

16   basis -- and also treat any World Trade Center-related

17   conditions.  And there are a number of centers in the

18   New York Metropolitan area.

19              And there's also a national program for

20   folks who responded from all over the country or who

21   might have been in New York and had moved to a new --

22   another community outside New York.

23              And that program is continuing.  So I direct

24   the Queens Center in Queens, New York, which is one of

25   the clinical centers.  We actively see patients.  We see

26   about 20 patients a day with World Trade Center

27   exposures.

28         Q.    Okay.  And you mentioned NIOSH.  What

Page 1540

1    involvement do you have these days with NIOSH?

2         A.    Well, NIOSH is the organization that

3    oversees the World Trade Center health program.  So I

4    have daily interactions with them on that element.  But

5    I also have in the past had research projects that they

6    funded.

7              And then they funded the training program

8    that I used to direct when I was at Mt. Sinai.  And I've

9    also served for many years as a grant reviewer, and then

10   I was head of the grant review panel for a number of

11   years.  You have a four-year term where you're head of

12   the grant review panel.  And I serve periodically as the

13   head of grant review panels for them.

14        Q.    And grant review panels would be to review

15   grant applications and determine where research funding

16   goes?

17        A.    Well, for the scientific review to decide if

18   there's scientific merit.  And then the funding

19   decisions are, thankfully, not made by us.  But we

20   decide if there is scientific merit to what someone is

21   proposing and then --

22        Q.    Okay.  Because Dr. Cameron, we saw

23   yesterday, has a big grant application he's waiting to

24   hear back on.  I just wanted to know if --

25        A.    I have nothing to do with that review.

26        Q.    Now, in your clinical practice, do you see

27   and treat people with mesothelioma?

28        A.    Yes.

Page 1541

1        Q.    Okay.  Tell us about how you as an

2   occupational medicine doctor are involved in

3   mesothelioma patients.

4        A.    Well, I am not an oncologist and I'm not a

5   thoracic surgeon.  So I don't give them the medications

6   to treat them, like Dr. Cameron is a thoracic surgeon.

7   So I don't do similar work to what he does, but I will

8   often -- I see patients.  They come to see me on a

9   regular basis.  I monitor their health, monitor a CAT

10  scan.

11            In fact, right now one of my patients is

12  suffering from mesothelioma who came to me with

13  worsening symptoms.  And in -- he's hospitalized right

14  now with mesothelioma.  And so he came and we got him in

15  to get the formal diagnosis of someone who had asbestos

16  exposure.

17            And so I see patients not because it's such

18  a rare cancer.  I don't see that many patients who come

19  to me where I'm the one who is the cog that sets them on

20  the diagnostic pathway, but there have been cases like

21  that over the years.

22       Q.    And is evaluating the potential hazards of

23  various exposure scenarios part of what you do in your

24  day-to-day practice?

25       A.    Yes.

26       Q.    And in making those evaluations, do you

27  consider your clinical experience, like you've

28  described?

Page 1542

1          A.    Yes.

2          Q.    And do you also consider patients that come

3     to you in the context of medicolegal consulting like

4     what we're doing here today?

5          A.    Yes.

6          Q.    And how many people with mesothelioma have

7     you evaluated that have been exposed to cosmetic talc?

8          A.    You know, I -- it's --

9          MR. CALFO:  I'm going to object, Your Honor.  That

10    calls for speculation.

11         THE COURT:  Overruled.

12         THE WITNESS:  There are about 41 cases of

13    individuals that I've reviewed records or have in some

14    cases had the opportunity to evaluate.

15         Q.    BY MR. STUEMKE:  Okay.  And would those

16    evaluations include learning about their occupational

17    and environmental history of exposures?

18         A.    Yes.

19         Q.    And for about how many of those people with

20    mesothelioma with a history of cosmetic talc use was

21    cosmetic talc their only known exposure to asbestos?

22         MR. CALFO:  Your Honor, objection.  We're getting

23    beyond this case.  Irrelevant.

24         THE COURT:  Overruled.  It goes to her experience.

25         THE WITNESS:  About 75 to 80 percent of them there

26    was no other competing cause.  Or there was no other

27    potential exposure.

28         Q.    BY MR. STUEMKE:  Okay.  So for about

Page 1543

1  three-quarters or more of the mesothelioma cases that
2  you've seen with a history of cosmetic talc exposure,
3  that's been their only identified exposure to asbestos?
4       MR. CALFO:  Same objection, Your Honor.  352 as
5  well.
6       THE COURT:  Yes, I'm going to sustain it.  It's a
7  little bit leading.
8       MR. STUEMKE:  Okay.
9       THE COURT:  It's repetitive of the answer.
10      MR. STUEMKE:  I'll move along.  Sorry, Your Honor.
11      Q.   Now, you mentioned medicolegal consulting.
12  You've testified in cases like this before; correct?
13      A.   Yes.
14      Q.   And you're charging us for your time?
15      A.   My health system is charging you, but yes.
16      Q.   Okay.  And what is -- do you have an hourly
17  rate?
18      A.   Yes.  It's 550 an hour.
19      Q.   Okay.  And, in fact, you've testified in
20  cases that I've been involved in and other lawyers in my
21  firm have been involved in; is that right?
22      A.   Yes.
23      Q.   How long have you been offering testimony in
24  cases involving asbestos disease?
25      A.   I started around 20 years ago.
26      Q.   Okay.  And so that was after you had been
27  practicing occupational medicine at Mt. Sinai for a
28  number of years; fair?

Page 1544

1          A.     Correct.

2          Q.     Doctor, I'd ask you to only offer those

3   opinions here today that you hold to a reasonable degree

4   of medical certainty.  Is that okay?

5          A.     Yes.

6          Q.     Is that true for any opinions you might have

7   already offered?

8          A.     Yes.

9          Q.     All right.  What have we asked you to do in

10  connection with Mrs. Herford's case?

11         A.     I was asked to review her medical records

12  and her deposition transcripts related to her exposures.

13         Q.     And did we provide you additional materials

14  to review as well?

15         A.     Yes.

16         Q.     What types of materials have you considered

17  in this case?

18         A.     With respect to her medical records and her

19  deposition transcripts?

20         Q.     And her exposures.

21         A.     And exposures.  Well, that was -- she

22  described them pretty well in her deposition

23  transcripts.

24         Q.     All right.  Have you reviewed testing

25  reports?  We've heard from Dr. Compton and Dr. Longo.

26  Did we provide you their reports to consider as well?

27         A.     Yes.

28         Q.     Have you reviewed any other documents

Page 1545

1  relating to asbestos and cosmetic talcum powder
2  products?
3        A.    Yes, I also saw Dr. Gordon's report.
4        Q.    And Dr. Gordon's report -- what are you
5  referring to?
6        A.    Dr. Gordon had evaluated Mrs. Herford's
7  lymph node tissue.
8        Q.    Oh, the report where he found the -- where
9  he found the tremolite fibers in her lymph node
10 digestion?
11       A.    Correct.
12       Q.    Okay.  Dr. Moline, based on your review of
13 the medical records and testimony in this case, what
14 disease is Mrs. Herford suffering from?
15       A.    She has malignant mesothelioma.
16       Q.    And from your perspective in occupational
17 medicine, can you tell us what mesothelioma is?
18       A.    Mesothelioma is a cancer that arises in the
19 chest cavity.  It can occur in other parts of the body
20 as well.  But in Mrs. Herford's case it's in her chest
21 cavity.
22       Q.    And within the field of epidemiology, is
23 there a concept of signal tumor, or a sentinel tumor?
24       A.    Yes.
25       Q.    What is that?
26       A.    Sentinel tumor is when someone develops a
27 particular disease or a tumor, then you look to see
28 where they had a specific exposure because it is so

Page 1546

1    associated with that one particular exposure.

2         Q.    Okay.  And is mesothelioma considered a

3    signal tumor?

4         A.    Yes.

5         Q.    And what is it a signal of?

6         A.    Asbestos exposure.

7         Q.    Is mesothelioma always fatal?

8         A.    Yes.

9         Q.    And in cases where mesothelioma is fatal,

10   can you tell us the ways in which it actually causes

11   death?

12        A.    Mesothelioma is a tumor that acts somewhat

13   differently from other cancers in that -- I'm just going

14   to pause for a second.

15             Some other tumors, as they become more

16   advanced they spread throughout the entire body.

17   Mesothelioma typically spreads more locally.  So what

18   can happen is it spreads from the lining of the lung

19   into the lung itself through the chest wall, surrounds

20   the heart, can actually invade into the heart muscle

21   itself.

22             It can certainly get into the lymph nodes,

23   in the chest.  And I believe it already had at the time

24   of Mrs. Herford's diagnosis.  It can also spread through

25   other parts.  It can go through the diaphragm into the

26   abdomen.

27             There can be distant metastases, which means

28   it can go to the brain, it goes to the bone, it can go

Page 1547

1   to other areas.  Typically it goes to the ribs because

2   those are adjacent to where the tumor is growing.

3           What happens is that folks become -- they're

4   not able to get enough oxygen as the tumor replaces

5   their lung tissue.  So the lung can't do what it's

6   supposed to do, which is provide oxygen to tissue.

7           Also the tumors cause various chemicals to

8   be released -- things called tumor necrosis factor --

9   that are responsible for some of the symptoms that

10  people get, which is decreased appetite and fatigue, and

11  eventually other organs fail within the body.

12          Q.    And typically when a mesothelioma patient is

13  going through that process, what types of pain levels

14  are we talking about?

15          A.    The pain can be excruciating.  As the tumor

16  grows locally, it grows -- our chest cavity is a bony,

17  enclosed space.  So it grows outward and it grows

18  inward.  But there are a lot of nerve endings between

19  the nerves and the muscles, and it can be -- as the

20  tumor grows into the nerves, it can be extraordinarily

21  painful.

22          So the pain levels can be in some cases

23  uncontrollable.

24          Q.    Okay.  And you mean uncontrollable even with

25  medications?

26          A.    Even with medication.

27          Q.    Let me turn our attention from that.  The

28  jury has heard a lot in this case about asbestos.  I

Page 1548

1   want to talk to you as an occupational medicine doctor

2   about what asbestos is from your perspective.

3           First, do you rely on medical literature

4   relating to asbestos and its ability to cause disease?

5       A.    Yes.

6       Q.    And first, in the medical literature that

7   you rely on, have you seen it indicated that before one

8   can decide that asbestos, from a medical standpoint, has

9   caused disease that first a geologist needs to determine

10  whether it formed in an asbestiform habit?  Have you

11  seen statements like that?

12      MR. CALFO:  Objection, Your Honor.  This is beyond

13  the scope of this witness's expertise.

14      THE COURT:  Sustained.

15      Q.    BY MR. STUEMKE:  Now, you said that you've

16  read literature establishing that asbestos causes

17  disease; correct?

18      A.    Yes.

19      Q.    Does that include literature establishing

20  that asbestos exposure causes mesothelioma?

21      A.    Yes.

22      Q.    And can you tell us some of the ways in

23  which doctors and scientists have written in the medical

24  letter that -- ways in which they've established that

25  asbestos can cause mesothelioma?  Some of the things

26  that they've considered.

27      A.    They've looked at the exposure scenarios.

28  They've looked at how long someone has been exposed,

Page 1549

1   when they started having the exposure to when they

2   developed the disease, the different -- what they were

3   doing, whether they were working with the product,

4   whether they were near other people who were working

5   with the product, whether it was something they were

6   doing at home, whether it was someone who was bringing

7   asbestos-laden clothes home, for example, and then the

8   people dealing with the clothes developed disease.

9          So those are some of the things that folks

10  have looked at.  They've looked at when there have been

11  measurements, what measurements have been associated.

12         Q.   Measurements like air measurements that an

13  industrial hygienist might take, for instance?

14         A.   Yes.

15         Q.   And you are the first witness talking about

16  it from this perspective.  How are measurements like

17  that reported in terms of how much asbestos is present

18  in the air?

19         A.   It's typically a measurement in fibers per

20  cubic centimeter of air.

21         Q.   Okay.  And can you explain to the jury what

22  that concept is, what that means?

23         A.   Sure.  It's a quantification of how many

24  fibers are actually measured within a given volume of

25  air.  So it's expressed in fibers per cubic centimeter.

26  A cubic centimeter is about the size of a sugar cube.

27  So how many fibers you would have within that finite

28  period of volume.  And that's how it's typically

Page 1550

1   measured.
2        Q.    Okay.  And there are multiple different
3   fiber types of asbestos, as we've all learned in this
4   case; correct?
5        A.    Yes.
6        Q.    Do all fiber types of asbestos cause
7   mesothelioma?
8        A.    They do.
9        Q.    Is that generally accepted?
10       A.    Yes.
11       Q.    Are you familiar with the fact that OSHA
12  regulates permissible levels of exposure to asbestos in
13  a workplace?
14       A.    Yes.
15       Q.    And are there certain set levels of exposure
16  or of airborne concentrations of asbestos in fibers
17  per cc that they allow in a workplace?
18       A.    Yes.
19       Q.    And first, are those levels considered safe?
20       A.    No.
21       Q.    Explain to us what that means, that there
22  are allowed levels in a workplace but they're not
23  considered safe.
24       A.    A number of factors go into an OSHA
25  permissible limit, or a PEL, which is whether -- how
26  feasible it is to have a measurement.  The goal is to
27  have a level that will protect most people, but it's not
28  expected to be comprehensive and protect all people.

Page 1551

1    But most people, if they have an exposure below that

2    level, are felt to be at decreased risk of developing

3    disease.

4         Q.    Okay.  And in your career, have you been

5    called on to -- similar to the lead situation that we

6    described earlier, have you been called on to evaluate

7    whether there are safe levels of -- whether there are

8    permissible levels of asbestos present in various

9    scenarios?

10        A.    Yes.

11        Q.    And not in terms of taking the measurement.

12        A.    Right.  I don't do the measurements myself.

13        Q.    And when you've done that, have you ever --

14   have you consulted with industrial hygienists on

15   occasion?

16        A.    Yes.

17        Q.    And have they taken measurements that you've

18   then interpreted?

19        A.    Yes.

20        Q.    And have you ever consulted a geologist in

21   terms of evaluating the presence of asbestos in

22   determining whether there's a hazard?

23        MR. CALFO:  Objection, Your Honor.  Beyond the

24   scope of this witness.

25        THE COURT:  Overruled.

26        THE WITNESS:  I have never consulted a geologist.

27        Q.    BY MR. STUEMKE:  All right.  And has the

28   medical literature that you've reviewed -- strike that.

Page 1552

1            Do you have an opinion regarding what
2     properties of asbestos fibers there are that cause them
3     to be hazardous to humans in terms of the disease
4     mesothelioma?
5            MR. MASAITIS:  Objection.  Lacks foundation.
6            THE COURT:  I'm not so sure I understand the
7     question.
8            MR. STUEMKE:  In that case I think I probably
9     ought to withdraw the question and ask a better
10    question.
11           Q.    Do asbestos fibers cause mesothelioma when
12    they get to the target schedules for that disease?
13           A.    Yes.
14           Q.    Do asbestos fibers have certain properties
15    that allow them to be inhaled and get to those target
16    cells?
17           A.    Yes.
18           Q.    Can you describe some of those properties
19    for us?
20           A.    Asbestos is a fiber that will become
21    airborne, and it can be breathed in.  It does not have
22    what we call onion properties, meaning it doesn't let
23    you know it's there.  It doesn't irritate your eyes.  It
24    doesn't irritate your throat.  It doesn't cause a cough.
25    So people can be exposed and not have any immediate
26    health effects from the exposure, so they don't
27    necessarily run out of the room or stop the exposure.
28               But the properties that -- from an

Page 1553

1    occupational medicine standpoint that are most important
2    are that the fibers are very, very small and they can
3    penetrate, get into the body, get deep into the lung.
4    They can get -- travel to various parts of the body,
5    whether it's, in this case, to the mesothelial area to
6    the pleural space and exert their damaging effects.
7          Q.    And how common is the disease mesothelioma?
8    I think you mentioned it's a rare disease.  But what
9    kind of an incidence rate are we talking about with this
10   disease?
11         A.    It's exceedingly rare, thankfully.  There
12   are about 4,000 cases in the United States per year.
13         Q.    Okay.  And we heard from Dr. Brody the
14   concept of latency.  From your standpoint as an
15   occupational medicine doctor assessing exposures and
16   disease, tell us about latency; what that means.
17         A.    So latency in -- with respect to
18   asbestos-related disease is that it takes time for the
19   effects of asbestos to become manifest in the body.  And
20   that latency period is actually measured on the order of
21   years.  In many cases, decades.
22                Where, you know, if you're exposed to
23   someone who has the chicken pox or a cold, the latency
24   period is called the incubation period.  It's one -- it
25   can be days or weeks.  With asbestos-related diseases,
26   it can be 30, 40, 50 years from when someone is first
27   exposed to when they develop disease.
28         Q.    Okay.  And is there a recognition within the

Page 1554

1    field of occupational medicine of whether there's a safe

2    level of exposure to asbestos or how much asbestos it

3    takes to cause mesothelioma?

4         A.    There's not considered a safe level of

5    exposure to asbestos.  It's, you know, widely regarded

6    as there is no known safe level of asbestos exposure

7    that you would want people exposed to.  So that's been

8    widely accepted.

9         Q.    Okay.  And is there a particular length of

10   exposure that's understood to be required to cause

11   mesothelioma?

12        A.    Well, it's one of those cases where there

13   have been cases reported from someone who was exposed

14   for very short periods of time, like to the point of one

15   or two days, or someone who was exposed over one summer,

16   had no other exposure except that one summer's worth of

17   work, and then developed mesothelioma many years later,

18   to people who work with it every day or have exposures

19   to it every day from using products containing asbestos

20   that develop mesothelioma.

21             And it is hard to predict.  So there's a

22   wide range, but there is an acceptance that low levels

23   of exposure can lead to mesothelioma.

24        Q.    And is there a relationship between how much

25   exposure to asbestos somebody has and their likelihood

26   of getting mesothelioma?

27        A.    Well, there's a medical term for that, which

28   is "dose-response," which is the more you're exposed to

Page 1555

1   something, the more likely you are to develop it.  And

2   there is a dose-response with mesothelioma, in that

3   folks who worked with very high concentrations of

4   asbestos day in and day out, people like the

5   construction workers, insulators, have higher rates of

6   mesothelioma than other individuals who may have worked

7   with it more sporadically.

8          So you do see a dose-response in that sense,

9   but we also see folks at the very low end of the

10  spectrum.

11      Q.    Okay.  And in a person that has asbestos

12  exposure and later develops mesothelioma, which asbestos

13  exposures contribute to cause that person's disease?

14      A.    There's no way of separating them.  So

15  you're -- the accepted way of looking at it is it's the

16  cumulative exposure that someone has had that leads to

17  the development of mesothelioma.  So you add all those

18  exposures up, all those daily exposures, all those --

19  whether it's once-a-month exposures, whatever the

20  cumulative exposures are.

21      Q.    Okay.  And has there been -- the causal link

22  between asbestos exposure and mesothelioma, has that

23  been established by epidemiological studies?

24      A.    Yes.  There have been cases -- there was --

25  when we look back at the medical literature, they were

26  talking about the health effects of asbestos in 1898,

27  folks talking about lung disease.  There were cases of

28  lung cancer in the 1930s, 1940s.

Page 1556

1          In 1960 there were 33 cases.  So it was
2     actually a case series that established that
3     mesothelioma was associated with mesothelioma [sic].
4          Q.    That asbestos exposure was --
5          A.    I'm sorry.  That asbestos exposure was
6     associated with mesothelioma.
7          Q.    And so you just kind of outlined for us some
8     of the development of knowledge of the hazards.  Let me
9     kind of pinpoint some of those things.
10          When was it reported that asbestos could
11     cause fatal disease?
12          A.    Well, at the turn of the 20th Century in
13     England, for example, they noted that folks in the
14     asbestos trades died very young and they actually
15     couldn't get life insurance.  And so they -- it was
16     known back in the early part of the 20th Century that
17     asbestos exposure caused lung cancer disease.
18          In the 1930s and '40s, there began -- as
19     more understanding about cancer became -- it was
20     somewhat in its infancy.  There were cases where folks
21     with asbestos exposure were determined to have lung
22     cancer.  And then in 1955, I believe, a researcher from
23     England made a connection between asbestos exposure and
24     lung cancer.  That was followed by a number of other
25     papers.  And then in 1960 was a paper with the 33 cases
26     of mesothelioma by a South African researcher.
27          And then over the next few years, there was
28     a mushrooming of papers that outlined the hazards and

Page 1557

1  the numbers of diseases or the numbers of individuals
2  with diseases and the scenarios where people developed
3  mesothelioma.
4       Q.   Okay.  Is it fair to say that the -- in the
5  1960s the attention being paid to asbestos disease in
6  the medical literature was mushrooming?
7       A.   Yes.
8       Q.   Okay.  I think that's the first time I've
9  ever asked about mushrooming.  But that's a fair
10 analogy?
11      A.   Yes.
12      Q.   And you mentioned the South African
13 researcher.  We heard from Dr. Brody that that was
14 Dr. Wagner in 1960 that established mesothelioma was
15 caused by asbestos exposure; correct?
16      A.   Yes.
17      Q.   You said that was a case series.  Within the
18 field of epidemiology, are there various types of
19 studies?
20      A.   There are.
21      Q.   And is a case series an epidemiological
22 study?
23      A.   It is a type.  And when you have a sentinel
24 disease, it can be -- it's given more of a weighting
25 than when you're doing exploratory.
26      Q.   Okay.  And you indicated that you've so far
27 seen -- about three-quarters of your 41 cases of people
28 with cosmetic talc exposure, mesothelioma, about

Page 1558

1   three-quarters of them have had that as their only
2   exposure to asbestos --
3         MR. CALFO:  I object.  This is 352.
4         THE COURT:  Yes.
5         MR. CALFO:  He's having mini trials on whatever it
6   is that he's --
7         THE COURT:  We need to move along.
8         MR. CALFO:  Move to strike, Your Honor.
9         THE COURT:  We didn't get an answer.
10        Q.   BY MR. STUEMKE:  Are there generally
11  accepted criteria within the field of occupational
12  medicine by which you can examine a person, consider a
13  person's disease, and attribute that disease to certain
14  causal agents?
15        A.   Yes.
16        Q.   Okay.  And with respect to the disease
17  mesothelioma, how would one go about attributing a
18  mesothelioma to a certain exposure?
19        A.   Well, you would look at a certain exposure
20  or exposures, or an exposure scenario, and you would say
21  did they have exposure?  Did they have exposure
22  sufficiently long enough?  Because we never see folks
23  developing mesothelioma immediately after the exposure,
24  so has time elapsed.  Are there other factors or other
25  exposures that they might have had that could contribute
26  or have caused the disease?
27             Has it been reported that this particular
28  substance causes the disease is one of the first

Page 1559

1   questions you ask.  And in the case of asbestos and
2   mesothelioma, that's been well established.
3          Q.    Okay.  Does one have to exclude all other
4   possible causes of a disease in order to attribute it to
5   one cause?
6          A.    No.  You have to factor in all the different
7   exposures --
8          Q.    Okay.
9          A.    -- and all the different causes.  Just
10  because there might be two substances or two factors
11  that cause a disease doesn't negate the other
12  exposure --
13         Q.    Okay.
14         A.    -- completely.
15         Q.    Now, I want to talk specifically about
16  asbestos and the disease mesothelioma.  First, you
17  indicated that asbestos exposure is very well
18  established as a cause of mesothelioma; correct?
19         A.    Yes.
20         Q.    Is there any recognized substance or type of
21  exposure to something else that could negate the causal
22  role of decades of asbestos exposure in a person that
23  develops mesothelioma?
24         A.    Well, there's nothing --
25  MR. CALFO:  Objection, Your Honor.  Vague and
26  ambiguous.  Incomprehensible.
27         THE COURT:  I don't understand the question
28  either.

Page 1560

1          MR. MASAITIS:  Incomplete hypothetical as well,
2     Your Honor.
3          MR. STUEMKE:  I'll try to make it simpler.
4          Q.    Dr. Moline, is it generally accepted that
5     radiation can cause mesothelioma?
6          A.    There's a body of literature that has shown
7     that particularly in some types of the administration of
8     radiation, particularly this type of radiation called
9     mantle radiation, which is when you treat people with
10     Hodgkin's lymphoma, and possibly with other types of
11     radiation, that there is an association between folks
12     receiving radiation and mesothelioma.
13          Q.    Okay.  Is the evidence for radiation as a
14     cause of mesothelioma stronger or weaker than it is with
15     respect to whether asbestos exposure causes
16     mesothelioma?
17          MR. MASAITIS:  Objection, Your Honor.  Beyond the
18     witness' expertise.  Vague.
19          THE COURT:  Overruled.
20          THE WITNESS:  Well, we're looking at almost
21     60 years of a very clear association in the medical
22     literature and thousands of papers that have shown
23     asbestos causes mesothelioma.  There are a handful of
24     papers in individuals who have received radiation who
25     have developed mesothelioma.
26               But none of those papers that have looked --
27     because it's such a rare tumor, they've looked at
28     thousands of individuals who have received radiation

Page 1561

1    treatment, and they don't have an occupational or

2    environmental history.  So we don't know if in those

3    folks who developed the mesothelioma from radiation in

4    these handful of cases, or in these handful of studies,

5    whether they also had asbestos exposure.

6              So there's far more literature and far more

7    evidence regarding the connection between

8    mesothelioma -- between asbestos and mesothelioma than

9    there is between radiation.

10       Q.    BY MR. STUEMKE:  Have you ever seen a paper

11   that says if you have a person with decades of daily

12   exposure to asbestos who after an appropriate latency

13   period develops mesothelioma -- have you ever seen a

14   paper describing a person like that but saying this

15   person later got therapeutic radiation, developed

16   mesothelioma; therefore, the decades of daily asbestos

17   exposure played no role in causing her disease?

18       MR. CALFO:  Objection, Your Honor.  Improper

19   hypothetical.

20       THE COURT:  Sustained.

21       Q.    BY MR. STUEMKE:  Have you ever seen a paper

22   in peer-reviewed medical literature that states asbestos

23   exposure can be ignored with respect to causing an

24   individual's mesothelioma if that individual had

25   radiation therapy?

26       A.    No.

27       Q.    And in terms of attributing mesothelioma

28   specifically to asbestos exposure, are there generally

Page 1562

1    accepted criteria that are recognized in doing that?

2         A.    Yes.

3         Q.    Tell us about those.

4         A.    Well, there are actually called the Helsinki

5    criteria, which was a group of asbestos investigators or

6    scientists got together in Helsinki, Finland, and came

7    up with a consensus statement in 1997 that's been

8    updated in -- I believe it was in 2014 -- regarding what

9    is required for attribution of asbestos exposure for the

10   asbestos-related diseases, including mesothelioma.

11        Q.    And what would you look for using the

12   Helsinki criteria in order to attribute a mesothelioma

13   to asbestos exposure?  And if you wouldn't mind, would

14   you mind writing those on the board?

15        A.    Okay.  Asking a left-handed person to write

16   is always a challenge.

17              So one of the things is latency.  One of

18   them is exposure to asbestos.  And they talk about low

19   levels are associated.

20        Q.    Does the Helsinki criteria mention the

21   importance of biological or pathological findings of

22   asbestos in tissue?

23        A.    They say when it's available that it can add

24   further information.  They do not say it's necessary.

25        Q.    Okay.

26        A.    It's rarely -- it's rarely done.

27        Q.    Okay.

28        A.    They do talk about looking at tissue.

Page 1563

1  Particularly they go into it in a little more depth in

2  the updated Helsinki criteria.

3       Q.    Okay.

4       A.    So if the tissue levels -- if available.

5       Q.    Okay.  And does the Helsinki criteria refer

6  to what you do as an occupational medicine doctor in

7  terms of an occupational history?

8       A.    They talk about a detailed history as being

9  one of the factors, yes.

10      Q.    Thank you.

11            Doctor, have you studied or have you

12  reviewed the medical literature relating to talc and its

13  association with disease?

14      A.    Yes.

15      Q.    And first, have there been reports in the

16  literature about talc occurring in association with

17  asbestos?

18      A.    Yes.

19      Q.    And how far back does that go -- does that

20  relationship between talc and asbestos go in the medical

21  literature?

22      A.    I believe it was first mentioned in 1933.

23      Q.    Okay.

24      A.    It was often mentioned again in the late

25  '40s.  Or actually I think there was a case of an

26  individual who had lung disease in the '40s.  Then there

27  were a number of cases, or a number of papers in the

28  '50s, '60s that talked about talc exposure.

Page 1564

1      Q.    Okay.  And have there been specific
2   articles -- strike that.
3           Let me ask it this way.  Do you recall an
4   article showing that cosmetic talc itself is capable of
5   causing lung disease?
6      A.    Yes, that was, I think, a study by Millman
7   in the 1940s of a talc worker who developed lung
8   disease.
9      Q.    Okay.  And has it been shown in the
10   literature you've reviewed that asbestos can be present
11   in consumer talcum powder products?
12      A.    Yes.
13      Q.    Okay.  And when does that type of literature
14   go back to that you've seen?
15      MR. CALFO:  Your Honor, I'm going to object, to
16   the extent we're talking about literature.  We don't
17   know what type of literature.  Vague and ambiguous.
18      THE COURT:  Overruled.  Why don't we lay a little
19   bit better foundation and she can identify it.
20      MR. STUEMKE:  Okay.
21      Q.    Have you reviewed studies that have reported
22   asbestos or the possibility of asbestos being present in
23   cosmetic talcum powder products?
24      A.    Yes.
25      Q.    Can you tell us about some of those?
26      MR. MASAITIS:  Objection, Your Honor, to the
27   extent we're talking about geological type of papers or
28   something outside of this expert's expertise.

Page 1565

1        THE COURT:  Overruled.

2        THE WITNESS:  So with respect to the medical

3   literature or the occupational health literature, there

4   have been a number of studies.  It was mentioned in 1968

5   by author Cralley, who looked at talc, who said --

6   talking about health effects of talcum powder.

7            And then researchers at Mt. Sinai, at the

8   National Institute of Environmental Health Sciences,

9   which is one of the bureaus of the National Institutes

10  of Health, in 1973 talked about the health effects of

11  cosmetic talc.

12           It was also people that were at Mt. Sinai

13  before my time looked at cosmetic talc in the 1970s,

14  Rohl and Langer.

15           So those are some of the earlier studies

16  that appeared in the occupational health literature.

17       Q.   Okay.  And you mentioned Rohl and Langer.

18  Did either of those investigators speak to -- or write

19  about, I should say -- write about the amount of

20  exposure to asbestos that could occur even if a talcum

21  powder product had been examined by X-ray diffraction?

22       MR. CALFO:  Objection, Your Honor.

23       THE COURT:  I'm going to sustain that objection.

24  It really goes beyond the scope of her background,

25  experience.

26       MR. STUEMKE:  Okay.  I apologize, Your Honor.

27       Q.   Dr. Moline, I think the jury is going to

28  hear a lot about this state-of-the-art stuff next week,

Page 1566

1  so I'm trying to kind of cut that short.

2           Let me just ask you this.  In terms of as an

3  occupational medicine physician evaluating whether a

4  person can be exposed to biologically significant

5  amounts of asbestos from cosmetic talcum powder, have

6  you formed an opinion on that?

7        A.    Yes.

8        Q.    And what is your opinion?

9        MR. CALFO:  Objection, Your Honor.  Kennemur.  No

10  factual foundation for this witness.

11        THE COURT:  Overruled.

12        THE WITNESS:  My opinion is that they can be

13  exposed to levels of asbestos from a cosmetic talc.  And

14  it comes from an understanding of both the descriptions

15  in the literature of the hundreds of thousands of fibers

16  that have been described -- of -- asbestos fibers that

17  were described, for example, by Mattenklott or and in

18  Rohl and Langer, or maybe just Rohl.  They talked about

19  millions of fibers being --

20        MR. CALFO:  Your Honor, respectfully, this is

21  beyond Kennemur, this witness's deposition and Kennemur.

22        THE COURT:  Let's take our morning recess and see

23  what we can come up with.  We'll be in recess for

24  15 minutes.  Gather in the hallway at 10 minutes to

25  11:00.  Actually make it five minutes to 11.

26           (At 10:35 a.m. the following

27            proceedings were held in open court

28            out of the presence of the jury:)

Page 1567

1        THE COURT:  Illuminate me on what your objection
2   is, Mr. Calfo.
3        MR. CALFO:  Your Honor, she did not provide any
4   exposure assessment in terms of opinions with respect to
5   Mrs. Herford.  And I think what they're trying to do
6   now, because she's testified, I do not know -- I only
7   know there's potential exposure.  And I don't know what
8   the exposure was.
9             That's what her deposition testimony --
10       MR. STUEMKE:  Well, let's talk page and line if
11  you're going to be representing what the testimony is.
12       MR. CALFO:  Sure.
13       MR. STUEMKE:  Because that's not an accurate,
14  entire assessment of her testimony.
15       THE COURT:  I'll get to the plaintiffs' position
16  in a moment.
17       MR. CALFO:  Your Honor, she testified at Page 59,
18  lines 8 through 12 of her deposition, she performed no
19  analysis in an effort to quantify the amount of asbestos
20  that she is assuming Mrs. Herford may have been exposed
21  to through her use of cosmetic talc products.
22            That's very important, Page 59, lines 8
23  through 12.
24            And the question was:
25            "QUESTION:  You didn't perform any
26       analysis to quantify the amount of asbestos
27       that you believe Mrs. Herford was exposed to
28       through her use of cosmetic talc product;

Page 1568

1      true?

2              "ANSWER:  Correct."

3              Now what they're trying to do is backdoor

4    some exposure and get it in front of the jury, Your

5    Honor.  And she's going to render an opinion when she

6    has done no analysis.  She's testified she's done no

7    analysis.  And it's a big problem.

8         THE COURT:  Refresh my memory.  What was the

9    nature of the question?  The nature of the question that

10   Mr. Stuemke asked.

11        MR. CALFO:  He was asking -- go ahead,

12   Mr. Stuemke.

13        MR. STUEMKE:  I asked her whether she had an

14   opinion whether people could be exposed to asbestos from

15   biologically significant levels of asbestos from

16   consuming talcum powders, I believe, which is not

17   specific to Mrs. Herford, which is not any kind of a

18   dose calculation, which is what those questions in

19   deposition were about.

20              As Your Honor well knows, in California

21   there is no requirement for a dose quantification for a

22   plaintiff in order for there to be an assessment of

23   causation.  Nor does she have to attempt to make such a

24   quantification.

25              However, what we are doing here is

26   establishing that there are recognized sources of

27   information that establish that there are significant

28   levels of exposure to asbestos caused by talcum powder

Page 1569

1   use.  That is different than whether she has attempted
2   to quantify the total amount of fibers Mrs. Herford
3   herself was exposed to.
4           So we are going to be -- and we're leading
5   into this now.  We are going to be offering testimony
6   from her about exposure levels that can occur when an
7   individual uses consumer talcum powder products.
8           This is -- and one of the papers she's going
9   to rely on is Dr. Gordon's paper in 2014, where they
10  actually measured exposure levels that were created by
11  the use of cosmetic talcum powder products in the same
12  way that Mrs. Herford used hers.
13          So, no, we are not offering testimony as to
14  the total amount of asbestos Mrs. Herford was exposed to
15  from any product.  That is what Dr. Moline was talking
16  about at deposition that she hasn't attempted to
17  quantify.  But she was asked many questions in
18  deposition about her exposure opinions qualitatively,
19  and that's what we're talking about.
20          And she was asked questions about her
21  reliance.  And that is part of what we're talking about.
22          So there's no issue of a quantification that
23  she's doing or needs to have done.  She's not offering
24  opinions that were not disclosed in the 2034 or in
25  deposition.
26      MR. MASAITIS:  May I be heard, Your Honor?
27      THE COURT:  Let Mr. Calfo respond.
28      MR. CALFO:  Well, Your Honor, she told us she

Page 1570

1    performed no analysis, no analysis.  Otherwise, we would
2    have followed up, number one.
3              Number two, Dr. Gordon was on the stand.  He
4    could have testified about his own studies.
5              Go ahead, Mr. Masaitis.
6        MR. MASAITIS:  And then, Your Honor, the other
7    issue here is a severe prejudice issue under 352 because
8    she's going to be talking about quantification from
9    other studies of asbestos in other products that have
10   nothing to do with the products at issue in this case.
11   And the effort here is to acquaint them and say, well,
12   if this other product, Colgate, this Colgate product,
13   Cashmere Bouquet, has some amount of asbestos in it,
14   then there must be asbestos in the J&J products.
15   There's nothing connecting the two.
16             And so her discussion of those other studies
17   and amounts of asbestos and what was respirable in those
18   studies bears no relevance to a case here that is
19   exclusively about Johnson & Johnson products.  And
20   there's no foundation between similar concentrations in
21   the product at issue here.
22       MR. CALFO:  And, Your Honor, under Sargon there's
23   too great an analytical gap here.  And on top of it,
24   Mrs. Herford had specific testimony of how she used the
25   product, how long she used the product, how long she put
26   it on herself.  There's just too great an analytical
27   gap.
28       MR. STUEMKE:  Your Honor, I need to quickly

Page 1571

1    correct -- we'll just say a lack of clarity in the
2    representations here.
3                She was asked specifically in her deposition
4    by a defense lawyer:
5                "QUESTION:  One of the things you used
6         the Gordon paper for is the fact that it
7         shows if there is asbestos contamination in
8         a particular talc product, it is released in
9         the air during use; is that fair?
10               "ANSWER:  It is released and released at
11        levels that are capable of causing disease,
12        yes."
13               This is a 441-page deposition that she gave
14   over multiple days.  For them to take one isolated
15   quotation out of context, dramatically misapply it to
16   the question that's being asked here, and then to argue
17   that she should be precluded from offering any of this
18   kind of testimony is exactly the subject of their motion
19   in limine that we argued at considerable length and that
20   Your Honor correctly ruled that, as an occupational
21   medicine doctor, this is exactly the kind of information
22   she can rely upon in rendering a causation opinion in
23   Mrs. Herford's case.
24               Now, the limitation on that that we are
25   going to respect and abide by was that she is not going
26   to be permitted to offer a product-specific causation
27   opinion.  Your Honor expressly indicated that she could
28   testify that -- including the bases for this, that

Page 1572

1   exposure to asbestos-contaminated cosmetic talc caused

2   Mrs. Herford's disease, but that she couldn't do it

3   product-specific.  A product-specific would need to be

4   done by hypothetical.

5        THE COURT:  Let me just assume that she did no

6   quantification analysis or step.  Assuming that the

7   question and the answer is correct, how does that --

8   what limitation does that place on her testimony?

9        MR. STUEMKE:  It means that she -- it means that

10  she is not going to be able to come up here to the

11  board -- I'm sorry, Your Honor.  Do you mind if I

12  approach?

13       THE COURT:  Go ahead.

14       MR. STUEMKE:  She is not going to be able to come

15  up here and write on the board, Mrs. Herford, dose,

16  eight fiber cc years.  She's not going to be allowed to

17  do that.  She hasn't performed that analysis.  That's

18  the analysis she was referring to.  She hasn't attempted

19  to quantify Mrs. Herford's lifetime dose of exposure to

20  asbestos.

21            That is not what we are asking her about.

22  We're asking her about exposure levels that have been

23  documented in the scientific literature that she relies

24  on as an occupational medicine doctor, which she's

25  already described relying on in other contexts.  This is

26  what she does.

27       THE COURT:  So her answer to the question in the

28  deposition was she did no study on the quantification of

Page 1573

1   the doses that Mrs. Herford was exposed to.

2        MR. STUEMKE:  That's right.  She was not

3   attempting to reconstruct Mrs. Herford's lifetime dose

4   of exposure to asbestos.

5        THE COURT:  What do you want to ask her about

6   that?  What's relevant?

7        MR. STUEMKE:  What we're driving at is what are

8   the amounts of asbestos that have been documented to be

9   released from consumer talcum powder products like those

10  at issue here.  That's what she's going to be offering

11  opinions --

12       THE COURT:  The general population?

13       MR. STUEMKE:  Yes.  Not specific to Mrs. Herford.

14       MR. MASAITIS:  Your Honor, it's really the other

15  products, other mines' motions in limine that's more

16  relevant here.  And that's one that Your Honor deferred

17  until you saw how that kind of evidence was going to

18  come in.

19            And what's happening here is that evidence

20  about a different product, different constituents,

21  all -- an entirely different story.  The Cashmere

22  Bouquet products mined from different mines that are at

23  issue here --

24       THE COURT:  Is that what this Langer --

25       MR. MASAITIS:  It's the Gordon article.

26       THE COURT:  Is that what the Gordon article is

27  about?

28       MR. MASAITIS:  Yes.

Page 1574

1     MR. STUEMKE:  So let me make it clear.  The Gordon
2     article, as Dr. Gordon described in some level of
3     detail, involved two aspects.  There was the product
4     testing aspect in which they examined dozens of bottles
5     of Cashmere Bouquet talcum powder products and they
6     found asbestos in each one.
7             And then there was a separate exposure
8     scenario study that was done that's reported on.  And
9     what she's going to rely on is the portion of that
10    exposure study that was done where they used a shaker
11    container like those that Johnson's products were in and
12    the amount of asbestos exposure that was measured from
13    using those shaker containers.
14    THE COURT:  And whose product was in the shaker
15    containers?
16    MR. STUEMKE:  That was Colgate's Cashmere Bouquet
17    product.  And she's also going to rely on the average --
18    in order to relate that to the Johnson's baby powder
19    product, she's going to rely on the fact that the
20    average asbestos fibers per gram of the Colgate Cashmere
21    Bouquet product, as measured by Dr. Gordon, was about
22    40,000 asbestos fibers per gram, whereas the Johnson &
23    Johnson's baby powder, as measured by Dr. Longo, as he
24    testified yesterday and which is in evidence in this
25    case -- the average on that works out to be about -- if
26    you throw out the high outlier for Dr. Longo even and
27    you count all nondetects as being absolute zeros, the
28    average fibers per gram of Dr. Longo is about a quarter

Page 1575

1    of a million fibers per gram.

2            Now, she's not going to be saying that

3    therefore Johnson & Johnson causes more exposure than

4    Colgate.  What she's going to be saying is that I'm

5    making a conservative estimate of the exposure levels

6    generated by using this type of a product as reported in

7    the medical and scientific literature, which is part of

8    the wheelhouse of occupational medicine.

9       THE COURT:  I tend to agree with Mr. Masaitis that

10   I don't think it's relevant or worth our time to hear

11   testimony comparing an analysis to the Colgate-Palmolive

12   product and then try to compare that to the Johnson &

13   Johnson product.

14           I can see her being able to testify about

15   studies that were done on the Johnson & Johnson products

16   and whether or not those -- what those quantifications

17   were as far as fibers per square -- per cubic

18   centimeter.

19           But I don't see how we get into what anybody

20   did with respect to Cashmere Bouquet or the products of

21   any other manufacturer of talcum powder.

22      MR. STUEMKE:  Well, Your Honor, I can lay a

23   greater foundation for this.  But this is really no

24   different than what is done in any case involving

25   asbestos exposure whereby when there's a study that's

26   published and it's a fiber release study from brakes,

27   well, it's not considered a threshold of reliance that

28   it has to be the same brand of brake shoe that was

Page 1576

1   studied in that published paper as what is being

2   evaluated in the case at issue.

3          Nor is it a requirement that it be the same

4   brand of gasket that was published about in the

5   scientific literature as what is -- in order for it to

6   be applied to an expert's opinion in a particular case.

7   The threshold issue is whether this is the type of

8   information upon which an expert may reasonably rely.

9          And this is exactly the type of information

10  on which occupational medicine doctors rely all the

11  time.

12         THE COURT:  Let me just hear from Mr. Masaitis.

13         MR. MASAITIS:  Thank you, Your Honor.

14         THE COURT:  Do you agree on the analysis to the

15  brake linings?

16         MR. MASAITIS:  Absolutely not, Your Honor.  The

17  analogy attempting to be made is to known

18  asbestos-containing products.  And you can analogize the

19  product that you know has 50 percent asbestos to another

20  product that you know has 50 percent asbestos.

21         Here we're talking about trace

22  contamination.  And the analogy is being made to a

23  totally different product mined from different mines,

24  and that by the way was also tested differently than

25  Dr. Longo tested the product in this case.

26         So there's simply no analogy to be made.

27  There's no crossover between these different products.

28         MR. STUEMKE:  Your Honor, respectfully, it's

Page 1577

1  actually stronger than that because here we do have that

2  link.  We have evidence of the amount of the -- the

3  relative amount of asbestos that was in the products

4  studied in the Gordon paper as being an order of

5  magnitude less than the quantity of asbestos that's been

6  found in Johnson & Johnson.

7          THE COURT:  Okay.

8          MR. STUEMKE:  We're not trying to multiply it.

9  We're just trying to say this was published information

10 that is of a type that she can rely upon in terms of the

11 amount of asbestos that's released by working with this

12 type of product.

13         THE COURT:  I really -- I tend to think that the

14 defendants have the better argument on the comparison of

15 a product by Colgate-Palmolive and a different

16 manufacturer.  And I'm going to sustain the objection

17 insofar as this witness is going to be testifying that

18 she's relying on testing a Cashmere Bouquet product that

19 was manufactured by Colgate-Palmolive.

20              I think she can testify as to what Dr. Longo

21 may have said or what other people may have said with

22 respect to the testing of the product of this --

23 manufactured, sold and distributed by Johnson & Johnson.

24 I'm just going to have to make that bright-line.

25              I frankly don't understand it myself.  But I

26 will assume that the defendants will call my attention

27 to the fact when they -- the fact that they feel that

28 that bright-line is being crossed.

Page 1578

1        MR. CALFO:  Your Honor, just so we have a

2   heads-up, Dr. Longo never testified in this courtroom to

3   250,000 fibers per cc.  That was the first time I've

4   ever heard that figure, and I've been sitting here --

5        MR. STUEMKE:  I didn't say that figure.

6        MR. CALFO:  What figure did you say?

7        MR. STUEMKE:  250 fibers per gram.

8        MR. CALFO:  Per gram.  I've never heard that

9   number.

10       THE COURT:  Let's stay on task.

11       MR. CALFO:  You're right.  Thank you, Your Honor.

12            The last thing --

13       THE COURT:  Do you understand the line I am trying

14   to draw?

15       MR. STUEMKE:  I'm trying to understand it.  I want

16   to, obviously, be very respectful of the Court's

17   rulings.  I'm trying to figure out in terms of

18   presenting this evidence where we go.

19            We have -- she can certainly testify

20   qualitatively that the exposures that would occur from

21   somebody using the consumer talcum powder products that

22   have asbestos in them is many, many orders of magnitude

23   above background.  There is no question about that.

24            And she can rely on published literature

25   about that.  She can rely on analogy to various types of

26   published literature about that.  But for -- so we can

27   do it without the quantity -- without putting numbers on

28   the board, that's fine.

Page 1579

1              But the idea that because Cashmere Bouquet
2    was found to have less asbestos in it than what
3    Johnson & Johnson has been found to have in it means
4    that you can't rely on that study as even showing that
5    you have the release of asbestos fibers from this type
6    of product at orders of magnitude above background is
7    unjustified.
8              So I think if we could say that she relies
9    on studies that show the release of asbestos fibers from
10   consumer talcum powders at levels thousands of times
11   greater than background, which is what the evidence is,
12   I think we can go that route.
13        MR. MASAITIS:  Your Honor, respectfully, I don't
14   believe it would respect your ruling that you just
15   issued because he's still equating a release of fibers
16   to a totally different product that is not relevant to
17   the Johnson & Johnson product here.
18              I'd also -- just to force out another issue,
19   I think we're running into, based on what Mr. Stuemke
20   just said about what's coming next, is that it sounds as
21   though the plan is to extrapolate from Dr. Longo's fiber
22   studies of a handful of containers to what a consumer
23   like Mrs. Herford would have been exposed to, that
24   there's another evidentiary gap that we discussed
25   before.
26              Dr. Longo was not allowed to extrapolate
27   beyond the findings of his own containers.  And it's
28   undisputed that those containers were never used by

Page 1580

1    Mrs. Herford.

2            So I think we have a couple of sort of

3    interrelated evidentiary issues here that are very

4    problematic if Dr. Moline issues opinions based on

5    assumptions related to those topics.

6        THE COURT:  Tell me once again, Mr. Stuemke, what

7    is the point you want to make with this line of

8    questioning?

9        MR. STUEMKE:  The point is that the type of

10   products -- the type of products that Mrs. Herford used

11   have been shown in the medical literature to release

12   asbestos fibers substantially above background.  That's

13   the point.

14            And I'm --

15       THE COURT:  Cosmetic?

16       MR. STUEMKE:  At some point we're going to need an

17   offer of proof from Defendants that Johnson's baby

18   powder is some entirely different type of product than

19   Cashmere Bouquet, because there is no evidence of that.

20       THE COURT:  Let's don't go there.

21       MR. STUEMKE:  Because there is no evidence --

22       THE COURT:  Let me ask you a question so I can

23   understand this.

24            You want her to testify based upon her

25   understanding of the asbestos content of talcum powder

26   in general?

27       MR. STUEMKE:  She's relying on studies of

28   Johnson & Johnson's baby powder showing asbestos

Page 1581

1   content.  And she's going to testify about the release

2   of asbestos fibers from consumer talcum powders that

3   contain asbestos, yes.

4        THE COURT:  I may not have a problem with that if

5   I understand it correctly.

6        MR. CALFO:  And I understand, Your Honor.  But we

7   took her deposition.  We asked her at Page 86, lines 13

8   through 16:

9             "QUESTION:  You defer to other experts

10       in this case as to how much asbestos, if

11       any, was in the specific Johnson & Johnson

12       products Mrs. Herford used or the other

13       products she used?"

14            And she said, yes, I defer.

15       MR. STUEMKE:  That's a different question.

16       THE COURT:  That can be subject of

17   cross-examination.

18       MR. CALFO:  But, Your Honor, we didn't follow up

19   with her on that.  If she would have said no, I want to

20   talk about the type of products Mrs. Herford used and

21   the potential exposures --

22       MR. PANATIER:  She's saying she's not the one who

23   tested it, Your Honor.  She's not the one who tested it.

24       THE COURT:  I beg your pardon?

25       MR. PANATIER:  She's saying she's not the one who

26   tested it.  She can rely on the test.  She had the test

27   at that time.  That's all she's relying on.

28       THE COURT:  If you can lay the foundation that she

Page 1582

```
 1   is relying on information -- if she is relying upon
 2   analysis of Johnson & Johnson's baby powder, I think
 3   that's on the permissible side of my bright-line.  Now,
 4   if she's not, then I think that the objection should be
 5   sustained.
 6            And the other aspects I think you can take
 7   up in cross-examination.
 8       MR. MASAITIS:  Your Honor, if I can just clarify
 9   one point with respect to what you just said.  I think
10   that ruling is appropriate.
11            We just wanted to clarify that there are no
12   fiber release studies of Johnson & Johnson product.  So
13   she can refer to Dr. Longo's study of concentration in
14   the bulk material, but she cannot extrapolate from that
15   to what fiber releases -- to respirable fibers would be
16   for that product.
17       MR. PANATIER:  All she's going to say with regard
18   to that is the literature proves that if a cosmetic
19   product has asbestos in it, it can release the asbestos,
20   not what the concentration is or anything.  It's a
21   friable product.  It's common sense.  And that's all
22   she's going to do.
23       THE COURT:  We'll listen to what she has to say.
24   I can't split the hairs any more than I have.
25       MR. CALFO:  Your Honor, I know we need a break.
26   But I have a major problem with what came into evidence.
27   They testified, and it was never mentioned in the
28   deposition, that there were 41 other lawsuits or
```

Page 1583

```
 1   instances where patients had no exposure other than
 2   cosmetic talc and they have mesothelioma.
 3             And so what that really makes us do -- and I
 4   don't have anything to do with it -- is Dr. Moline, now,
 5   how are we going to dispute for each of those 41
 6   patients' causation?  We don't know any of those
 7   patients.  We don't know what they --
 8        MR. MASAITIS:  They're plaintiffs.
 9        MR. CALFO:  And they're plaintiffs.  So what the
10   heck am I supposed to do with that, Your Honor?  Now I
11   have 41 mini trials that we're going to have to somehow
12   get out of the jury's mind.
13        MR. STUEMKE:  It's part of her expertise.
14        MR. CALFO:  That was blurted out.  I objected.
15   And I think it's very surprising.
16        THE COURT:  Let's take a break.
17             (At 10:59 a.m. a recess was taken.)
18             (At 11:07 a.m. the proceedings
19              resumed.)
20        THE COURT:  We're ready for the jury.
21             Your last point, Mr. Calfo, I think you can
22   go into in cross-examination about the 31 [sic]
23   patients.  I kind of understood that question to be
24   referring to patients that she had provided medical
25   treatment to.
26        MR. DUBIN:  Your Honor, we won't argue because we
27   have to preserve it at this point.  We would move for a
28   mistrial on it.  As I indicated as I think this was
```

Page 1584

```
 1   discussed, these are -- I got it.
 2        THE COURT:  You can make it at the end of the day.
 3   It will be deemed made --
 4        MR. DUBIN:  Thank you very much.
 5        THE COURT:  -- whenever you want to have it deemed
 6   made.
 7        MR. DUBIN:  Thank you very much.
 8        THE COURT:  Okay.  We're ready for the jury.
 9             (At 11:11 a.m. the following
10              proceedings were held in open court
11              in the presence of the jury:)
12        THE COURT:  The jury has returned.
13             You can continue, Mr. Stuemke.
14        Q.   BY MR. STUEMKE:  Dr. Moline, have you
15   reviewed Dr. Longo's report on asbestos in Johnson &
16   Johnson talcum powder products?
17        A.   I have.
18        Q.   And can you tell us what have you learned
19   from that report?
20        MR. CALFO:  Objection, Your Honor.  Overbroad.
21   Calls for a narrative.
22        THE COURT:  Sustained.
23        Q.   BY MR. STUEMKE:  What did it show in terms
24   of the average asbestos content of Johnson & Johnson
25   talc?
26        MR. CALFO:  Same objection, Your Honor, and
27   hearsay.
28        THE COURT:  Overruled.
```

Page 1585

1       THE WITNESS:  That if you looked at the samples on
2   average, I think if you -- there was one very high.  He
3   tested the various containers he received.  If you
4   average all of them conservatively, I think if you
5   exclude the highest measurement, which was much higher
6   than all the others, it's about 250,000 fibers.
7       MR. CALFO:  Your Honor, I move to strike.  There's
8   no foundation in this courtroom to that testimony.
9       THE COURT:  Overruled.
10      Q.   BY MR. STUEMKE:  Dr. Moline, do you know how
11  to take a series of numbers and create an average of
12  those numbers?
13      A.   Yes.
14      Q.   Okay.  And you said that the average was
15  250,000 fibers per gram?
16      A.   Yes.
17      Q.   Have you reviewed published literature in
18  Johnson & Johnson's own documents pertaining to the
19  ability of cosmetic talc, if it contains asbestos, to
20  release asbestos into the air?
21      MR. CALFO:  Objection, Your Honor.  Kennemur.  No
22  factual foundation.  352.
23      THE COURT:  Overruled.
24      THE WITNESS:  Yes, I have.
25      Q.   BY MR. STUEMKE:  Is talc a friable product?
26      A.   Yes.
27      Q.   What does "friable" mean?
28      A.   "Friable" means it's in a condition where it

Page 1586

1   can become airborne.

2        Q.    Okay.  And as a matter of common sense, if

3   there is asbestos in a friable talcum powder product

4   that causes a dust cloud when you use it, is there going

5   to be some asbestos in that dust cloud?

6        A.    Yes, common sense would tell you that.  And

7   the scientific measurements have also shown us that.

8        Q.    Do you have an opinion to a reasonable

9   degree of medical certainty whether Mrs. Herford had

10  exposure to asbestos from cosmetic talcum powder

11  products?

12       MR. MASAITIS:  Objection.  Lacks foundation.

13       THE COURT:  Why don't we rephrase the question.

14       MR. STUEMKE:  Okay.

15       Q.    Have you reviewed Mrs. Herford's deposition

16  testimony?

17       A.    Yes, I have.

18       Q.    Okay.  Have you formed opinions regarding

19  the ways in which she used various products?

20       A.    Yes.

21       Q.    And have you formed opinions about her

22  asbestos exposures that she experienced?

23       A.    Yes.

24       Q.    Do you have an opinion to a reasonable

25  degree of medical certainty, Doctor, whether

26  Mrs. Herford had exposure to asbestos from her cosmetic

27  talcum powder?

28       MR. MASAITIS:  Objection, Your Honor.  Assumes

Page 1587

1    facts not in evidence.  Lacks foundation, Jennings.
2          THE COURT:  Overruled.
3          THE WITNESS:  Yes.
4          Q.    BY MR. STUEMKE:  What that opinion?
5          A.    That she had asbestos exposure from her
6    decades-long use of talcum powder.
7          Q.    Would that asbestos exposure have been above
8    background?
9          A.    Yes.
10         MR. CALFO:  Objection, Your Honor.  Same
11   objection.
12         THE COURT:  Overruled.
13         Q.    BY MR. STUEMKE:  And when an occupational
14   medicine doctor says an exposure to asbestos occurred
15   above background, what does that mean?
16         A.    Well, we know that because of the widespread
17   use of asbestos, that when you look at overall air
18   levels in the community, that there is a very small but
19   measurable amount of asbestos that you can measure.  And
20   that's called the background level.  And so that's what
21   we describe as the ambient or background level of
22   asbestos.
23         Q.    And you said her exposures to asbestos from
24   cosmetic talcum powder would have been above that?
25         A.    Yes, it would have been.
26         Q.    In general terms how would you compare those
27   levels?
28         MR. CALFO:  Same objection, Your Honor.

Page 1588

1        THE COURT:  Overruled.

2        THE WITNESS:  The levels of ambient exposure that

3   have been measured and described by the government

4   agencies responsible for measuring this are -- for

5   ambient air is approximately 0.00005 fibers per cubic

6   centimeter.

7             The measurements that have been described in

8   the medical literature with respect to and in other

9   documents with respect to the use of talc have been

10  thousands fold greater.

11       MR. MASAITIS:  Objection, Your Honor.  Move to

12  strike.

13       THE COURT:  Overruled.

14       Q.   BY MR. STUEMKE:  Now, we talked about how

15  epidemiology relates to occupational medicine earlier.

16  Have you reviewed epidemiology studies of talc miners

17  from Italy?

18       A.   Yes.

19       Q.   And the jury has heard suggestion that there

20  are no mesotheliomas in those Italian miner and miller

21  studies.

22            Is that true?

23       A.   None that they describe.  In those studies

24  there are none.

25       Q.   Would you characterize those -- first, when

26  we say "those epidemiology studies," can you describe

27  how many studies we're talking about.

28       A.   It's really one group of workers that they

Page 1589

1    followed.  And there have been three studies that have

2    been done in follow-up of this one group of workers.

3        Q.    Okay.  And do those reports of that group of

4    people have strengths and weaknesses?

5        A.    Yes.

6        Q.    Would you describe some of the weaknesses of

7    that series of studies in terms of detecting

8    mesothelioma?

9        MR. MASAITIS:  Objection, Your Honor.  Beyond the

10   scope of this expert's expertise.

11       THE COURT:  Overruled.

12       THE WITNESS:  Sure.  First of all, mesothelioma is

13   an exceedingly rare cancer.  So we know that it occurs

14   on the order in the United States of less than 1 per

15   million in the population if we look at the fact that --

16   or a little more than 1 per million in the population,

17   if there are 4,000 cases and there are 350 million

18   people.

19           They followed about 1,800 miners and

20   millers.  Of that group -- they followed them, and over

21   the studies more and more of them died.  So they were

22   doing a mortality study.  They were reporting out on, I

23   think at maximum, a little over a thousand deaths.

24           There were a number of issues.  They

25   excluded all women.  They excluded anyone over 85.  They

26   didn't consider what they might have died of.  And

27   that's fairly arbitrary.

28           They didn't -- well, they did address the

Page 1590

1   fact -- and this is a strength -- that it was mentioned
2   that the -- I believe it was mentioned in one of the
3   studies that the dust -- that their exposures and the
4   dust-suppression mechanisms were in place in the
5   mid-1940s.  So the exposures that the earlier people
6   have had might have been far greater than people in the
7   later years but don't differentiate between the earlier
8   groups and the later groups.
9             But their comparison group -- in any
10  population when you're doing a study, you say how many
11  would you expect in a given population.  We know in
12  the -- that the expected rate that they were comparing
13  to was in a region of Italy where there is a lot of
14  asbestos used in various industries.  So the rates of
15  mesothelioma are higher; so there's a higher expected
16  rate or a higher level in the community that they were
17  comparing it to.  So that was one of the flaws.
18            They included people who might have had one
19  month of exposure in the workplace.  They -- that was
20  one of the criteria; so we don't know exactly how long
21  they worked there or what they were doing.  There is
22  some question of the qualification of if they were a
23  miller or miner and what they were actually doing within
24  the mines or mills.  So there are a number of flaws to
25  the studies.
26            There's also some numbers that don't seem to
27  make sense.  Some cancers seem to be lower in a later
28  study that were reported in an earlier study, which

Page 1591

1  doesn't make sense because I don't know how the cancers
2  go away.  But yet they reported fewer numbers of a
3  certain type of cancer.
4       Q.   BY MR. STUEMKE:  Now, if you were to look
5  for an ideal study to study epidemiologically whether a
6  certain agent could cause a rare disease like
7  mesothelioma, would you want to have a very large number
8  of people involved?
9       A.   You would.  And you would need a very large
10  number in order to have enough what we call statistical
11  power, ability to see if there is a meaningful
12  difference.  And so that's why often these studies quite
13  frankly aren't done, because they take a lot of time and
14  effort and money to do a very large study.
15            But you do need a large group in order to
16  adequately answer the question and to have enough power
17  to see a difference.
18       Q.   Let me just cut to the chase.  These Italian
19  studies -- based on your review, are these studies
20  powerful enough to say that the Italian talc that those
21  people were involved with does not cause mesothelioma?
22       A.   Well, first of all, these weren't end users.
23  So this is talking about only those folks who were
24  dealing with the rock and the actual talc as it was
25  being taken out of the earth and perhaps milled, but not
26  the people who were dealing with finished product.
27            So we've seen differences in the United
28  States between rates of disease among asbestos miners

Page 1592

1  and millers, which tend to be lower, than those who were

2  actually working with the finished product where there

3  is greater releasability.  So that's first off.

4          They don't have -- and there was not a large

5  number of individuals that they were following.  So I

6  don't think there was sufficient power to be able to

7  answer the question they were looking at.  They didn't

8  have a large enough sample size.

9      Q.   So did those studies prove that somebody

10  that used a product containing Italian talc that came

11  out of those mines could not develop mesothelioma from

12  that product?

13      A.   No.

14      Q.   I'd like to now talk with you about your

15  opinions regarding Ms. Herford.

16      A.   Okay.

17      Q.   Can you describe, based on your review of

18  the materials you were provided, her history of exposure

19  that she had?

20      A.   Sure.  Mrs. Herford had baby powder applied

21  to her.  Johnson & Johnson's Baby Powder was applied to

22  her from when she was an infant to around 1966.  It was

23  applied on her body except to her face.  She noted there

24  was some powder on the floor when it was being applied.

25          She then used Shower to Shower powder, and

26  used that starting around age 10 to 12, and used that

27  every time she showered until around 1980.

28          She also used some other talcum products

Page 1593

1   when she was a teenager in high school.  She used some
2   Jean Nate, some Jovan Musk, some Intimate.  In later
3   years she also used some other perfumed talcum powders,
4   White Diamonds and Passion, starting around 1990 until
5   about 2010, 2012.
6           When her children were born in 1980, she
7   applied Johnson & Johnson to her two daughters and was
8   also using the Johnson & Johnson on herself.  She
9   applied the powder to her children after she diapered
10  them and after she bathed them, and cleaned up after
11  applying the powder, and used the Johnson & Johnson Baby
12  Powder until around 1993 and I think stopped using
13  powders around 2012.
14      Q.    Based on the exposure history, the medical
15  records, the testing and internal documents that you've
16  seen, scientific and medical literature, have you
17  reached an opinion as to the cause of Tina Herford's
18  mesothelioma?
19      A.    Yes.
20      Q.    What caused her mesothelioma in your
21  opinion?
22      A.    Her decades of exposure to cosmetic talc or
23  the various talcum powders she used caused it.  And
24  there might be a contribution as well from the
25  radiation.
26      Q.    Okay.  Do you hold that opinion to a
27  reasonable degree of medical certainty?
28      A.    Yes.

Page 1594

1     Q.    I'm going to ask you just a couple of
2   hypothetical questions, and then we'll be done.
3           Dr. Moline, I would like you to assume that
4   the Johnson & Johnson's baby powder and Shower to Shower
5   talc products that Mrs. Herford used contained asbestos.
6           With that assumption in mind, combined with
7   your education, training, and experience, do you have an
8   opinion whether she was exposed to asbestos from those
9   products?
10          MR. MASAITIS:  Objection, Your Honor.  Assumes
11  facts not in evidence.  Lacks foundation.  Jennings.
12          THE COURT:  Overruled.
13    Q.    BY MR. STUEMKE:  Do you have the question in
14  mind, Doctor?  I can ask it again.
15    A.    I think you're asking if I have an opinion,
16  and I do have an opinion.
17    Q.    What is that opinion?
18    A.    That her exposure to Johnson & Johnson's
19  Baby Powder, assuming those facts, caused her
20  mesothelioma or contributed to her mesothelioma.
21    Q.    Would those exposures have been substantial
22  contributing factors in the development of her
23  mesothelioma to a reasonable degree of medical
24  certainty?
25    A.    Yes, they would have been.
26    Q.    Dr. Moline, next exposure hypothetical.
27          I would like you to assume that the
28  Johnson & Johnson's baby powder products that

Page 1595

1    Mrs. Herford used in about 1980 and from 1989 to 1993
2    contained asbestos.
3            I would like you to further assume that
4    Cyprus, the predecessor to Imerys Talc America, supplied
5    some of the talc used in Johnson's baby powder in 1980
6    and all of the talc used in Johnson's baby powder
7    beginning in 1989.
8            With those assumptions in mind, combined
9    with your knowledge of Tina Herford's use of those
10   products and your education, training, and experience,
11   do you have an opinion whether she was exposed to
12   asbestos from the talc supplied by Cyprus?
13       MR. MASAITIS:  Objection, Your Honor.  Assumes
14   facts not in evidence.  Lacks foundation.  Jennings.
15       THE COURT:  Overruled.
16       THE WITNESS:  Yes, I do.
17       Q.   BY MR. STUEMKE:  What is that opinion,
18   Doctor?
19       A.   That the talcum powder was a substantial
20   contributing factor.
21       Q.   And do you hold that opinion to a reasonable
22   degree of medical certainty?
23       A.   I do.
24       MR. STUEMKE:  No further questions.
25       THE COURT:  Cross-examination?
26       MR. CALFO:  Yes, Your Honor.
27            May we have just a minute to set up?
28       THE COURT:  Certainly.

Page 1596

1                    CROSS-EXAMINATION

2       BY MR. CALFO:

3            Q.    Good morning, Dr. Moline.  My eye is

4       twitching.  I don't know why.  I'm having a contact

5       problem.  So it's nothing about your answers why I'm

6       twitching like that.

7            A.    Or my presence.

8            Q.    Forgive me.

9                  All right.  So, Dr. Moline, I want to talk a

10      little bit about your courtroom experience.  Okay?

11           A.    Sure.

12           Q.    And you're no stranger to the courtroom, are

13      you, Doctor?

14           A.    No.

15           Q.    In fact, you've been testifying in

16      litigation for over 20 years; true?

17           A.    It's about 20 years, yes.

18           Q.    And, Doctor, you testify in asbestos cases

19      about once a month; true?

20           A.    About that, yes.

21           Q.    And all of your testimony in asbestos cases

22      has been on behalf of the plaintiffs; true?

23           A.    Yes.

24           Q.    And I think you told us you charge the

25      plaintiffs' law firm, Simon Greenstone, $550 an hour?

26           A.    I said actually my organization charges them

27      for my courtroom time, but yes.

28           Q.    And you've made at least 2- to $3 million

Page 1597

1    testifying on behalf of plaintiffs in asbestos

2    litigation; fair?

3          A.    Over 20 years, yes.

4          Q.    Dr. Moline, this is the first time you've

5    ever testified at trial where it was alleged Johnson's

6    baby powder or Shower to Shower body powder somehow

7    caused someone's mesothelioma; true?

8          A.    In a courtroom, I believe that is correct.

9          Q.    Now, you told the jury you're an

10   occupational and environmental medicine doctor; true?

11   Did I say that right?

12         A.    That I told them -- that is what I am.

13         Q.    Okay.  And just so we're clear, there are

14   doctors who specialize in lung disease; right?

15         A.    Yes, they're called pulmonologists.

16         Q.    And you're not a pulmonologist; true?

17         A.    Correct.

18         Q.    And there are doctors who specialize in

19   pathology; true?

20         A.    Yes.

21         Q.    And you're not a pathologist?

22         A.    I am not.

23         Q.    And there are doctors who specialize in

24   oncology, the treatment of cancer; true?

25         A.    Right.  And I said earlier I was not an

26   oncologist.

27         Q.    And you do not treat patients with cancer,

28   including mesothelioma; isn't that right?

Page 1598

1      A.    I assist in their care.  I do not give
2    chemotherapy.  But I am -- for some of my patients I --
3    they don't stop seeing me just because they're seeing an
4    oncologist.  So I will work in concert with their
5    oncologist, but I certainly leave the specific cancer
6    treating to the oncologist.
7      Q.    Forgive me.  I'm going to ask a few similar
8    questions.  You're not a radiologist; true?
9      A.    Correct.
10     Q.    You're not what they call a cell biologist;
11   right?
12     A.    That is correct.
13     Q.    You're not a toxicologist?
14     A.    I am not.
15     Q.    And you're not an industrial hygienist;
16   correct?
17     A.    Correct.
18     Q.    And, Dr. Moline, you've done no workplace
19   testing for airborne asbestos, have you?
20     A.    I personally have not myself put monitors on
21   people.
22     Q.    Okay.  Now, you've talked a little bit and
23   the jury has heard about epidemiology.  To be clear,
24   Dr. Moline, you have no degree and no certification in
25   epidemiology; right?
26     A.    I'm unaware of a certification in
27   epidemiology.  I don't have -- I don't think one exists.
28   And I do not have a formal degree in epidemiology.

Page 1599

1      Q.    In fact, you've testified under oath that
2  you do not consider yourself an epidemiologist; true?
3      A.    That is correct.
4      Q.    And you've told us, I think when Mr. Stuemke
5  was asking you questions, that you've written over --
6  was it 50 articles in your career?
7      A.    It's somewhere over 50.  I haven't counted
8  recently.
9      Q.    Okay.  And, Doctor, none of the articles
10 that you've written discuss cosmetic talc as a potential
11 source of asbestos exposure; true?
12     A.    Correct.
13     Q.    And of all the articles you've written, only
14 two of them relate to mesothelioma specifically, as you
15 said; right?
16     A.    Yes.
17     Q.    And neither of those two articles have
18 anything to do with cosmetic talc; true?
19     A.    Correct.
20     Q.    Now, let me change subjects for a little
21 bit.  You told the jury about all the asbestos
22 screenings that you've done over the years.  And I think
23 you mentioned Mt. Sinai and your current position.
24           Have you mentioned those?
25     A.    I don't think we talked about screenings
26 that I've done over the years.  I talked about the fact
27 that we're seeing patients now in our clinical center
28 and that I've -- I have taken part in screenings.  But I

Page 1600

```
 1  don't think we discussed --
 2       Q.   Well, I may have misunderstood you, Doctor.
 3  Forgive me.
 4            But over your 20-year career, you've seen, I
 5  think you told us, hundreds of individuals with actual
 6  asbestos-related illnesses; true?
 7       A.   No.  In fact, I didn't say that earlier
 8  today.  I said that we saw 700 people last year with
 9  asbestos exposure.  Some of them have disease.
10            And I've been doing this for 26 years now.
11  And over the course of 26 years, I've seen thousands of
12  individuals with asbestos exposure -- not all of them
13  have disease, thankfully, but all of them were seen --
14  who had some modicum of asbestos exposure.
15       Q.   Let me ask you this:  How many patients in
16  the clinical setting do you believe you have seen who
17  have an actual asbestos-related disease?
18       A.   Goodness.  I know from some of the groups
19  that we see currently, that about 50 percent of them
20  have asbestos-related radiologic findings.  Not all of
21  them might have symptoms.  But they have X-ray findings
22  that are associated that are asbestos-related disease.
23  In other groups the numbers aren't as high.  But it
24  certainly would be hundreds of folks with
25  asbestos-related disease.
26       Q.   Okay.  So you've seen hundreds of
27  individuals with asbestos-related illnesses; fair?
28       A.   Yes.
```

Page 1601

1       Q.    And before being hired by plaintiffs'
2  lawyers to testify in cosmetic talc cases, Doctor, you
3  never attributed any of those hundreds of
4  asbestos-related illnesses to cosmetic talc exposure;
5  true?
6       A.    In those construction workers that I was
7  evaluating, I did not.
8       Q.    But, Doctor, before being hired by
9  plaintiffs' lawyers to testify in cosmetic talc cases,
10 you never once attributed any of those hundreds of
11 asbestos-related illnesses to cosmetic talc exposure;
12 true?
13      A.    That's true.  They had other exposures.
14      Q.    Now, there's no evidence that talc by itself
15 without asbestos contamination causes mesothelioma;
16 true?
17      A.    Not that I'm aware of.
18      Q.    In fact, talc without asbestos is not a
19 factor in causing mesothelioma at all; true?
20      A.    Correct.
21      Q.    So if there's no asbestos in any of
22 Johnson & Johnson's baby powder or Shower to Shower body
23 powder used by Mrs. Herford, then these products could
24 not have caused or contributed to her mesothelioma;
25 true?
26      A.    Yes.
27      Q.    Thank you, Doctor.  Moving right along.
28 Thanks for your patience.

Page 1602

1          Now, you mentioned a little bit about
2    Mrs. Herford.  And you told us about her -- do you
3    remember that? -- in terms of her alleged exposures.
4          A.    Yes.
5          Q.    All right.  Now, you've never spoken to
6    Mrs. Herford before rendering your opinions in this
7    case; true?
8          A.    Correct.
9          Q.    And you're not one of Mrs. Herford's
10   treating doctors; correct?
11         A.    I am not.
12         Q.    And you never obtained an exposure history
13   from Mrs. Herford before rendering your opinions;
14   correct?
15         A.    Correct.
16         Q.    And you've never spoken to any of
17   Mrs. Herford's family members before you gave your
18   opinions; right?
19         A.    I did not.
20         Q.    All right.  And you've never spoken to any
21   of Mrs. Herford's treating doctors; correct?
22         A.    Correct.
23         Q.    Now, you told us that you reviewed
24   Mrs. Herford's medical records; right, Dr. Moline?
25         A.    Correct.
26         Q.    So you know that Mrs. Herford was diagnosed
27   with right breast cancer in 1998; true?
28         A.    Yes.

Page 1603

1      Q.    Mrs. Herford's breast cancer, as you know,
2   was treated aggressively, wasn't it?
3      A.    It was treated with the appropriate or the
4   state-of-the-art treatment at that time, yes.
5      Q.    You also know that Mrs. Herford received
6   ionizing radiation therapy to treat her right breast
7   cancer; right?
8      A.    As part of her comprehensive treatment, yes.
9      Q.    And, Dr. Moline, you know ionizing radiation
10  is a known carcinogen; right?
11     A.    As a general proposition?
12     Q.    Yes.
13     A.    Yes.
14     Q.    And you agree that there's
15  no-above-background dose of ionizing radiation to the
16  human body that is safe in terms of potentially causing
17  disease; true?
18     A.    I'm not in a position to say that every
19  exposure to ionizing radiation causes disease to the
20  human body.  There are thousands of people that have
21  received radiation that do not develop disease from it;
22  so I am unclear of any literature.  I have not reviewed
23  any literature that specifically said that.
24     MR. CALFO:  Your Honor, I'd like to --
25     Q.    Well, Dr. Moline, do you remember when you
26  were deposed in this case?
27     A.    I remember I was deposed in this case, yes.
28     MR. CALFO:  Your Honor, I'd like to read Page 99,

Page 1604

1  lines 11 through 19, of Dr. Moline's deposition.

2      MR. STUEMKE:  I would just ask that the witness be

3  provided a copy so she can see the context.

4      THE COURT:  Why don't you find it and follow

5  along.

6      MR. STUEMKE:  Page 99?

7      MR. CALFO:  Lines 11 through 19, counsel.

8      THE COURT:  If it's important, you can bring it up

9  on redirect.

10      MR. CALFO:  (Reading:)

11          "QUESTION:  There is no above

12      background" --

13      MR. STUEMKE:  Hold on a second, please.

14          Go ahead.

15      MR. CALFO:  (Reading:)

16          "QUESTION:  There is

17      no-above-background dose of ionizing

18      radiation to the human body that is safe for

19      the human body.  Do you agree with that?

20          "ANSWER:  With respect to the

21      potential of causing other types of

22      diseases?  Is that what you're asking me?

23          "QUESTION:  Yes, in general.

24          "ANSWER:  That is correct."

25      Q.    Doctor, do you agree that ionizing radiation

26  to the chest generally increases the risk of cancer?

27      A.    In answer to those questions, I was thinking

28  about radiation pneumonitis, which is the most

Page 1605

1   well-known and established complication of radiation to
2   the chest.
3            With respect to radiation to the chest
4   causing cancer, I think that there is potential and that
5   there are some studies that show a very small number of
6   individuals who develop cancers.  But it is a very small
7   number of cases out of the hundreds of thousands of
8   individuals who have received radiation.
9        THE COURT:  I think you've answered the question.
10       MR. CALFO:  Your Honor, I'd like to read from
11   Page 97, line 24, through Page 98, line 2, of
12   Dr. Moline's sworn testimony.
13            "QUESTION:  Do you believe ionizing
14        radiation increases the risk of cancer
15        generally?
16            "ANSWER:  Yes."
17       Q.    Now, Doctor, you agree that ionizing
18   radiation increases the risk of mesothelioma, don't you?
19       A.    Yes.
20       Q.    And you agree that studies have found that
21   therapeutic radiation to the chest is a possible cause
22   of mesothelioma; true?
23       A.    Yes.
24       Q.    And the bottom line, Dr. Moline, is it's
25   your expert opinion that Mrs. Herford's radiation
26   treatment for breast cancer was a cause of her
27   mesothelioma; true?
28       A.    Yes.

Page 1606

1      Q.     Do you agree with Dr. Brody, because he was
2  mentioned by counsel, that if Mrs. Herford had radiation
3  to her right chest and had no asbestos exposure above
4  background, then her mesothelioma was most likely caused
5  by the therapeutic radiation?
6      A.     Yes.
7      Q.     Let's move to the next subject if we could,
8  which is background levels.  And you talked about those;
9  right, Doctor?
10      A.     Yes.
11      Q.     And you agree that a de minimis, or a small
12  amount, of asbestos exposure may not be sufficient to
13  cause mesothelioma; true?
14      A.     Correct.
15      Q.     So if we're talking about cosmetic talc and
16  we assume it's somehow contaminated with asbestos, there
17  has to be enough of a level of contamination in order
18  for you to say it was a significant contributing factor;
19  isn't that right?
20      A.     That there has to be enough asbestos that's
21  measurable that would contribute, yes.
22      Q.     In fact, you've testified in prior cases
23  that a person's asbestos exposure level must be at least
24  two times that of background for you to attribute the
25  exposure as a cause of mesothelioma; true?
26      A.     I believe I've said that within the context
27  of background of .0000 -- .00005 fibers per cubic
28  centimeter, yes.

Page 1607

1      Q.    Is it fair to say, Doctor, that you've
2  opined that a person's asbestos exposure level must be
3  at least two times that of background for you to
4  attribute the exposure to a cause of mesothelioma?
5      MR. STUEMKE:  I'm just going to object as vague
6  whether we're talking about cumulatively or at a point
7  in time.
8      THE COURT:  Overruled.
9      THE WITNESS:  It was a -- I was asked that
10  question, and I said as a general -- that one would have
11  to have an exposure above background for me to attribute
12  it, yes.
13      Q.    BY MR. CALFO:  Do you remember testifying in
14  a case called Nemeth vs. Brenntag back in New York just
15  a little bit ago?
16      A.    Yes.
17      MR. CALFO:  Your Honor, I'd like to read
18  Page 2251, line 23, through 2252, line 9, of the
19  witness' sworn testimony in the Nemeth trial.
20      THE COURT:  Show it to Mr. Stuemke first, please.
21      MR. CALFO:  Of course, Your Honor.
22      MR. STUEMKE:  What page did you say?
23      MR. CALFO:  Page 2252, lines 5 through 9, of
24  Dr. Moline's sworn trial testimony.
25           In fact for your ease, counsel, I'll read
26  2251, line 23, through 2252, line 9, so we have context.
27           "QUESTION:  In terms of contamination,
28      if it's contaminated, there has to be enough

Page 1608

1          of a level of contamination in order for you
2          as a doctor to say that it's a significant
3          contributing factor; correct?
4              "ANSWER:  That was a much clearer
5          question.  Thank you.  Yes.
6              "QUESTION:  Okay.  In other words,
7          based on what we already talked about on
8          your cross, it has to be at least two times
9          background level in order for you to
10         attribute it to the cause.
11             "ANSWER:  Correct."
12     Q.    Now, Dr. Moline, we've been talking a little
13 bit about -- just so we're clear, you're not an expert
14 in microscopes or microscopy; fair to say?
15     A.    Correct.
16     Q.    And you're also not an expert in geology or
17 mineralogy; true?
18     A.    Correct.
19     Q.    And you've never tested any cosmetic talc
20 for possible asbestos contamination, have you?
21     A.    As a medical doctor, that's not something I
22 do.
23     Q.    In other words, it's great to be a medical
24 doctor and we honor medical doctors.  But you're not
25 qualified to test talc for asbestos; true?
26     A.    I am not qualified to do an actual
27 microscopic measurement, no.
28     Q.    And, Doctor, you would rely on a geologist

Page 1609

1    to test talc, wouldn't you?

2        A.    In what setting?  I would -- a geologist

3    might be talking about asbestos in the Earth.  I would

4    rely on a mineralogist or somebody who is an expert in

5    looking at samples or a microscopist to study.

6        Q.    Do you remember, Dr. Moline, testifying in a

7    trial called Depoian vs. American International

8    Industries?  Do you remember that case?

9        A.    Yes.

10       Q.    Do you remember that?

11       A.    Yes.

12   MR. CALFO:  Your Honor, I'd like to read Page 100,

13   lines 5 through 10, of Dr. Moline's sworn trial

14   testimony in the Depoian vs. American International

15   trial.

16       Q.    Mr. Stuemke was the lawyer in that case,

17   wasn't he?

18       A.    Yes.

19   MR. CALFO:  (Reading:)

20            "QUESTION:  You're not qualified to

21        test talcum powder for asbestos; correct?

22            "ANSWER:  That's correct.

23            "QUESTION:  You would rely on an

24        industrial hygienist or a geologist to test

25        talc; correct?

26            "ANSWER:  Yes."

27       Q.    Now, Dr. Moline, you don't have the

28   expertise to judge the methods that others have used to

Page 1610

1    test talc for possible asbestos contaminations and

2    whether those methods were adequate, do you?

3         A.    No.

4         Q.    You would defer to a geologist also as to

5    the mineralogical makeup of different talc mines; true?

6         A.    I'm sorry.  What was that?  Your voice

7    trailed off there.

8         Q.    I'm sorry.  I'm trying not to yell because

9    I'm a little soft spoken.

10            You'd defer --

11        A.    That made no sense.  But okay.  You're

12   trying not to yell because you're soft spoken.  Okay.

13        Q.    I'm sorry, Doctor?

14        A.    I'm sorry.  That didn't make sense.

15        THE COURT:  Just listen to the question.

16        MR. CALFO:  I'm trying to be courteous.

17        THE WITNESS:  I'm ready.  I didn't hear your

18   words.

19        Q.    BY MR. CALFO:  You'd defer to a geologist as

20   to the mineralogical makeup of different talc mines;

21   true?

22        A.    Yes.

23        Q.    You'd defer to other experts as to how much

24   asbestos, if any, was in the specific products used by

25   Mrs. Herford; true?

26        A.    I would defer to those who were testing the

27   talcum powder, yes.

28        MR. CALFO:  Your Honor, I'd like to read Page 86,

```
                                              Page 1611
 1   lines 13 through 16.
 2         MR. STUEMKE:  Of?
 3         MR. CALFO:  Of Dr. Moline's deposition testimony
 4   in the Herford matter.
 5              "QUESTION:  Are you" --
 6         THE COURT:  Wait until Mr. Stuemke finds it.
 7         MR. STUEMKE:  You're jumping around a little bit,
 8   Alex.
 9         MR. CALFO:  I'm sorry, counsel.
10         MR. STUEMKE:  Page 86, lines what?
11         MR. CALFO:  Lines 13 through 16.
12         MR. STUEMKE:  Okay.
13         MR. CALFO:  (Reading:)
14              "QUESTION:  Are you deferring to other
15         experts on the issue of how much asbestos,
16         if any, was in the specific products used by
17         Mrs. Herford?
18              "ANSWER:  Yes."
19         Q.    Now, Doctor, for the purposes of your
20   opinions in this case, you just assumed there was
21   asbestos contamination in the cosmetic talc products
22   used by Mrs. Herford; right?
23         A.    With respect to my -- what I reviewed, it
24   was based on others' work, yes.
25         MR. CALFO:  Your Honor, I'd like to read Page 82,
26   lines 12 through 17, the witness' sworn testimony in the
27   Herford deposition.
28              "QUESTION:  You have nonetheless, for
```

Page 1612

1          purposes of your opinion, made some
2          assumptions about there being asbestos
3          contamination in the cosmetic talc products
4          Mrs. Herford used; correct?
5               "ANSWER:  Correct."
6          Q.    Now, Dr. Moline, you performed no analysis
7     to quantify the amount of asbestos you assume
8     Mrs. Herford may have been exposed to through her use of
9     cosmetic talc products; true?
10         A.    I have not performed -- I have not done a
11    quantitative analysis.  Correct.
12         Q.    You also did not perform a cumulative
13    asbestos fiber-dose analysis for Mrs. Herford; true?
14         A.    Correct.
15         Q.    In fact, you're not aware of anyone in this
16    case who has calculated a cumulative asbestos fiber dose
17    for Mrs. Herford; right?
18         A.    I'm not aware of anyone.  Yes.
19         Q.    So, Dr. Moline, what you've done is you've
20    assumed some amount of the cosmetic talc used by
21    Mrs. Herford was contaminated with some amount of
22    asbestos.  That's what you assumed; right?
23         A.    I have -- based on the information that I've
24    been provided, yes, and various medical literature that
25    has demonstrated that there is asbestos contamination in
26    the talc.
27         MR. CALFO:  Your Honor, I'd like to read Page 69,
28    lines 14 through 24, of the witness' sworn testimony in

Page 1613

1    the Herford deposition.

2          MR. STUEMKE:  Hang on just a second.

3               I think this is improper impeachment, Your

4    Honor.

5          THE COURT:  Go ahead.

6          MR. CALFO:  (Reading:)

7               "QUESTION:  What I'm asking you is --

8          because I believe you indicated you have no

9          way to definitively know what is in a

10         particular container of talc Mrs. Herford

11         used.  So what I'm asking is if you have

12         instead assumed that some amount of those

13         cosmetic talc containers Mrs. Herford used

14         were contaminated with some amount of

15         asbestos.

16              "ANSWER:  Yes."

17         Q.    Now, Doctor, so you have no opinion as to

18   what concentration of asbestos there would have been in

19   the cosmetic talc used by Mrs. Herford to say her

20   exposure was a significant cause in her development of

21   mesothelioma; true?

22         A.    I think there has been information from

23   Dr. Longo with respect to his testing and finding

24   asbestos in the talcum powder that provides information

25   to me.  There's also been information published in -- by

26   others that show that there is asbestos contamination.

27         MR. CALFO:  Your Honor, I move to strike.

28         THE COURT:  Yeah.  The latter portion of the

Page 1614

1    answer will be stricken --

2         MR. CALFO:  Your Honor, I'd like to read --

3         THE COURT:  -- as nonresponsive.

4         MR. CALFO:  I'd like to read Page 316, line 20,

5    through 317, line 1, of Dr. Moline's sworn testimony at

6    her deposition in this case.

7              "QUESTION:  Okay.  Do you have an

8         opinion regarding what concentration of

9         asbestos there would need to have been in

10        the cosmetic talc actually used by

11        Mrs. Herford to render her exposure to

12        cosmetic talc a significant causal factor in

13        her development of mesothelioma?

14             "ANSWER:  I don't have a specific

15        number per se, no.  I'm unaware of anyone

16        who has a specific number per se."

17        Q.   So, Doctor, the most you can say is the

18   following.

19             And I'd like to put up on the screen Defense

20   exhibit next in order.

21             Ms. Romano, what is it?

22        MS. ROMANO:  8021.

23        Q.   BY MR. CALFO:  Doctor, the most you can say

24   is the following.

25             Can you please --

26        MR. STUEMKE:  I'm sorry.

27        Q.   BY MR. CALFO:  The most you can say,

28   Dr. Moline, is that Mrs. Herford was potentially exposed

Page 1615

1    to an unknown amount of asbestos through her use of

2    cosmetic talc products.  That's the most you can say,

3    isn't it?

4         A.    Correct.

5         Q.    Now, you rely on -- I think you talked about

6    the Helsinki criteria; is that right, Doctor?

7         A.    Yes.

8         Q.    And according to the Helsinki criteria, the

9    presence of asbestos bodies in the lung are the

10   hallmark, or a marker, of asbestos exposure; true?

11        A.    Yes.

12        Q.    And the studies performed on Mrs. Herford's

13   lung tissue samples in this case did not reveal any

14   asbestos fibers in her lung; true?

15        A.    My recollection is it was a minute fragment

16   and there was nothing found in her lung.

17        MR. CALFO:  Your Honor, I'd like to read Page 91,

18   lines 22 through 25, of Dr. Moline's sworn testimony in

19   this case at deposition.

20             "QUESTION:  In your review of her

21        medical records, you saw no indication that

22        she was diagnosed with asbestosis; is that

23        right?"

24        THE COURT:  Is there an answer?

25        MR. CALFO:  "ANSWER:  Correct."

26             May I have just one second, Your Honor.

27             Actually I read the wrong pages, I noticed,

28   while I was reading it.

Page 1616

1      Q.    Excuse me, Doctor.

2            I'd like to read Page 274, lines 14 through

3   19, of your sworn testimony.

4            "QUESTION:  Let's assume tremolite

5         asbestos exposure.  When considering

6         tremolite asbestos exposure, are asbestos

7         bodies the hallmark of asbestos exposure?

8            "ANSWER:  With respect to their

9         present informs you, yes.  But only a small

10        percentage become coated to form asbestos

11        bodies."

12           Now, Doctor, there's nothing in the Helsinki

13   criteria that discusses looking at lymph node tissues to

14   determine if mesothelioma is attributable to asbestos;

15   true?

16      A.    There's nothing about lymph nodes in the

17   1997.  There is some discussion of lymph nodes in the

18   2014.

19      MR. CALFO:  Your Honor, I'd like to read Page 274,

20   lines 21 through 25, of Dr. Moline's sworn testimony in

21   the Herford matter.

22           "QUESTION:  Are you aware of any

23        reference in the Helsinki criteria to

24        examining regional lymph nodes for purposes

25        of attributing mesothelioma to asbestos

26        exposure?

27           "ANSWER:  I don't recall them talking

28        about lymph node analyses within the

1        Helsinki criteria."

2        Q.    Doctor, other markers of asbestos exposures

3    include findings of asbestosis or pleural plaques; true?

4        A.    No, that's -- asbestosis is a disease.  It

5    is -- so that's not a -- that's a disease entity.  It

6    would not be described as a -- it's a disease.  It's a

7    condition.

8             Plaques are a marker of asbestos exposure.

9    So one has clinical implications with respect to it's a

10   clinical and radiological diagnosis.

11       Q.    And in your review of Mrs. Herford's medical

12   records, you saw no indication that Mrs. Herford has

13   ever been diagnosed with pleural plaques; true?

14       A.    That is correct.

15       MR. CALFO:  Your Honor, this may be a good

16   stopping point.

17       THE COURT:  We'll be in recess until 1:30, ladies

18   and gentlemen.

19             (Whereupon, at 12:01 p.m., the noon

20              recess was taken.)

21             (The next page number is 1618.)

22                        * * *

23

24

25

26

27

28

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                     FOR THE COUNTY OF LOS ANGELES
 3      DEPARTMENT NER              HON. C. EDWARD SIMPSON, JUDGE
 4
 5      LAOSD ASBESTOS CASES,            )No. JCCP 4674
        Coordinated Proceeding Special Title )
 6      (Rule 3.550)                     )
        _____ )
 7                                       )
        TINA HERFORD and DOUGLAS HERFORD, )
 8                                       )
                              Plaintiffs, )
 9                                       )
                     vs.                 )No. BC646315
10                                       )
        AT&T CORP., a subsidiary of AT&T INC. and )
11      its subsidiary PACIFIC BELL TELEPHONE )
        COMPANY, et al.,                 )
12                                       )
                              Defendants. )
13      _____ )
14
15
16          I, IRENE KUBERT, CSR No. 10105, Official Reporter
17      Pro Tempore of the Superior Court of the State of
18      California, for the County of Los Angeles, do hereby
19      certify that the foregoing pages, 1499 - 1617, comprise
20      a full, true, and correct transcript of the proceedings
21      and testimony taken in the matter of the above-entitled
22      cause on October 26, 2017.
23          Dated this 26th day of October, 2017.
24
25
26
27
        IRENE KUBERT, RMR, CRR, CLR
28      Official Reporter Pro Tempore, CSR No. 10105
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

| & |
| --- |
| **&**   1496:10,10,20 |
| 1496:24 1500:12 |
| 1500:23,24 1502:5 |
| 1502:12,16,21 |
| 1504:7 1521:28 |
| 1536:26 1570:19 |
| 1574:22 1575:3,12 |
| 1575:15 1577:6,23 |
| 1579:3,17 1580:28 |
| 1581:11 1582:2,12 |
| 1584:15,24 |
| 1585:18 1592:21 |
| 1593:7,8,11 |
| 1594:4,18,28 |
| 1601:22 |

| 0 |
| --- |
| **0.00005**   1588:5 |
| **0000**   1606:27 |
| **00005**   1606:27 |

| 1 |
| --- |
| **1**   1511:19 1513:16 |
| 1520:7 1521:7 |
| 1589:14,16 1614:5 |
| **1,800**   1589:19 |
| **10**   1566:24 |
| 1592:26 1609:13 |
| **100**   1609:12 |
| **10019**   1496:21 |
| **10105**   1495:28 |
| 1499:5 1618:16,28 |
| **10:35**   1566:26 |
| **10:59**   1583:17 |
| **11**   1539:3 1566:25 |
| 1604:1,7 |
| **1108**   1501:11 |
| **1118**   1501:11 |
| **114**   1501:11 |
| **1195**   1498:7 |
| 1527:1,2 |

**11:00**   1566:25
**11:07**   1583:18
**11:11**   1584:9
**12**   1567:18,23
1592:26 1611:26
**12:01**   1617:19
**13**   1581:7 1611:1
1611:11
**14**   1612:28 1616:2
**1499**   1495:26
1618:19
**15**   1566:24
**1505**   1497:9
**1506**   1498:14
**1507**   1498:15
**1510**   1498:13
**1517**   1497:10
1498:11
**1523**   1497:11
**1524**   1497:13
**1527**   1498:7
**1596**   1497:14
**16**   1581:8 1611:1
1611:11
**1617**   1495:26
1618:19
**1618**   1617:21
**16th**   1496:26
**17**   1611:26
**175**   1513:14,16
**17th**   1496:12
**1898**   1555:26
**19**   1498:11
1517:22,23 1604:1
1604:7 1616:3
**1930s**   1555:28
1556:18
**1933**   1563:22
**1940s**   1555:28
1564:7 1590:5

**1955**   1556:22
**1960**   1556:1,25
1557:14
**1960s**   1557:5
**1966**   1592:22
**1968**   1565:4
**1970s**   1565:13
**1973**   1565:10
**1980**   1502:6
1592:27 1593:6
1595:1,5
**1989**   1595:1,7
**1990**   1593:4
**1991**   1517:20
1518:22 1526:24
1532:16
**1992**   1518:27
1519:2,22,26
1520:4
**1993**   1537:9
1593:12 1595:1
**1994**   1520:5
1526:25
**1995**   1526:25
**1997**   1562:7
1616:17
**1998**   1602:27
**1:30**   1617:17

| 2 |
| --- |
| **2**   1596:28 1605:11 |
| **20**   1539:26 |
| 1543:25 1596:16 |
| 1596:17 1597:3 |
| 1600:4 1614:4 |
| **2001**   1539:3 |
| **2010**   1537:9,10,11 |
| 1537:21 1539:12 |
| 1593:5 |
| **2012**   1593:5,13 |
| **2014**   1562:8 |
| 1569:9 1616:18 |

**2017**   1495:18
1497:3 1498:3
1499:3 1618:22,23
**2034**   1569:24
**20th**   1556:12,16
**21**   1616:20
**212**   1496:22
**213**   1496:13,27
**22**   1615:18
**2251**   1607:18,26
**2252**   1607:18,23
1607:26
**23**   1537:14
1607:18,26
**24**   1537:14
1605:11 1612:28
**25**   1520:9 1615:18
1616:20
**250**   1578:7
**250,000**   1578:3
1585:6,15
**26**   1495:18 1497:3
1498:3 1499:3
1600:10,11
1618:22
**265**   1517:27
**26th**   1618:23
**27**   1527:9
**274**   1616:2,19
**281**   1496:18
**285**   1517:26
1521:7

| 3 |
| --- |
| **3**   1520:7 1596:28 |
| **3.550**   1495:6 |
| 1618:6 |
| **30**   1503:1 1553:26 |
| **31**   1583:22 |
| **316**   1614:4 |
| **317**   1614:5 |

**3232** 1496:7
**33** 1500:2 1556:1
  1556:25
**333** 1496:25
**350** 1589:17
**352** 1543:4 1558:3
  1570:7 1585:22
**3780** 1496:4

**4**

**4** 1510:21
**4,000** 1553:12
  1589:17
**40** 1510:9 1511:8
  1553:26
**40,000** 1574:22
**405** 1496:16
**40s** 1556:18
  1563:25,26
**41** 1509:25
  1542:12 1557:27
  1582:28 1583:5,11
**441** 1571:13
**443-4347** 1496:13
**4674** 1495:5
  1618:5
**4th** 1501:11

**5**

**5** 1510:21 1511:19
  1511:19 1607:23
  1609:13
**50** 1553:26
  1576:19,20 1599:6
  1599:7 1600:19
**500** 1496:17
**506-3752** 1496:22
**50s** 1533:7
  1563:28
**51** 1496:21
**52nd** 1496:21

**540** 1496:5
**550** 1543:18
  1596:25
**562** 1496:6
**576-1000** 1496:27
**5817** 1498:14
  1506:13,14
**5818** 1498:15
  1507:7,10
**59** 1567:17,22
**590-3400** 1496:6

**6**

**6** 1513:17
**60** 1560:21
**60s** 1533:7,7,18
  1563:28
**610** 1496:8
**65** 1517:27 1521:7
**655** 1496:11
**657-0732** 1496:18
**69** 1612:27

**7**

**700** 1538:16
  1600:8
**707** 1498:13
  1510:16,17
**709** 1508:3
**70s** 1533:7,18
**75** 1542:25
**75204** 1496:8
**7659** 1519:7
**77002** 1496:17
**7763** 1511:8

**8**

**8** 1567:18,22
**80** 1542:25
**801** 1501:1
**8021** 1614:22
**80s** 1533:7,18

**82** 1611:25
**85** 1589:25
**86** 1581:7 1610:28
  1611:10
**8:53** 1499:10

**9**

**9** 1498:13 1505:16
  1505:23,24,25
  1506:6,10 1507:2
  1507:8,18,23,27
  1508:8 1509:21
  1510:15,25 1511:2
  1511:13 1512:11
  1512:18 1514:26
  1515:13,18 1516:3
  1516:8 1607:18,23
  1607:26
**9's** 1505:28
**9/11** 1538:27
  1539:5,7
**90** 1515:8
**90071** 1496:12,26
**90806** 1496:5
**90s** 1532:17
  1533:8
**91** 1615:17
**93** 1515:14
**97** 1605:11
**98** 1605:11
**99** 1603:28 1604:6
**9:03** 1505:3

**a**

**a.m.** 1495:19
  1497:3 1498:3
  1499:6,10 1505:3
  1566:26 1583:17
  1583:18 1584:9
**abdomen** 1546:26
**abide** 1571:25

**ability** 1500:27
  1548:4 1585:19
  1591:11
**able** 1500:21
  1503:25 1535:20
  1539:10 1547:4
  1572:10,14
  1575:14 1592:6
**absolute** 1574:27
**absolutely**
  1503:13 1513:1
  1523:7 1576:16
**absurd** 1503:19
**academic** 1533:24
**acceptance**
  1554:22
**accepted** 1550:9
  1554:8 1555:15
  1558:11 1560:4
  1562:1
**accrediting** 1526:8
**accurate** 1523:15
  1567:13
**accused** 1516:3
**accusing** 1516:4,5
**acknowledge**
  1522:12
**acknowledgment**
  1522:6
**acknowledgments**
  1521:7
**acquaint** 1570:11
**act** 1539:13
**actinolite** 1510:5
  1510:12 1520:16
  1520:22
**action** 1510:3
**actionable** 1510:6
**actions** 1522:13
**activated** 1514:3

**actively** 1539:25
**acts** 1546:12
**actual** 1505:24
1532:6 1591:24
1600:5,17 1608:26
**add** 1555:17
1562:23
**addition** 1536:21
**additional**
1544:13
**address** 1499:28
1500:9 1589:28
**addressed** 1523:6
**addressing**
1525:18
**adequate** 1610:2
**adequately**
1591:16
**adjacent** 1547:2
**administration**
1560:7
**admits** 1500:26
**advanced** 1528:10
1546:16
**advancing**
1533:19
**affect** 1529:5
**affiliation** 1537:19
**african** 1556:26
1557:12
**aftermath** 1538:26
**age** 1592:26
**agencies** 1519:19
1588:4
**agency** 1534:7
**agent** 1591:6
**agents** 1558:14
**aggressively**
1603:2
**ago** 1543:25
1607:15

**agree** 1517:1
1523:20 1575:9
1576:14 1603:14
1604:19,25
1605:17,20 1606:1
1606:11
**ahead** 1519:20
1568:11 1570:5
1572:13 1604:14
1613:5
**ahera** 1516:9,24
**air** 1515:11,14
1532:2 1549:12,18
1549:20,25 1571:9
1585:20 1587:17
1588:5
**airborne** 1512:28
1550:16 1552:21
1586:1 1598:19
**airport** 1496:4
**al** 1495:12
1618:11
**alex** 1611:8
**alexander** 1496:10
**alleged** 1597:5
1602:3
**allow** 1550:17
1552:15
**allowed** 1550:22
1572:16 1579:26
**allows** 1539:13
**alphabetical**
1497:5
**alston** 1496:24
**amax** 1496:23
**ambient** 1587:21
1588:2,5
**ambiguous**
1559:26 1564:17
**america** 1496:23
1502:12 1595:4

**american** 1526:6
1535:28 1536:4,7
1536:28 1609:7,14
**amount** 1565:19
1567:19,26 1569:2
1569:14 1570:13
1574:12 1577:2,3
1577:11 1587:19
1606:12 1612:7,20
1612:21 1613:12
1613:14 1615:1
**amounts** 1516:21
1516:21 1566:5
1570:17 1573:8
**amphibole**
1508:16
**amphiboles**
1508:4 1512:19,25
1515:5,7,8 1518:6
**ample** 1501:26
**analogize** 1576:18
**analogy** 1557:10
1576:17,22,26
1578:25
**analyses** 1616:28
**analysis** 1505:22
1511:21 1516:7,28
1567:19,26 1568:6
1568:7 1570:1,1
1572:6,17,18
1575:11 1576:14
1582:2 1612:6,11
1612:13
**analysts** 1509:2
**analytical** 1523:8
1523:10,13
1570:23,26
**analyze** 1516:10
**analyzed** 1505:25
1516:25

**analyzing** 1515:19
1516:11
**angeles** 1495:2
1496:12,26 1618:2
1618:18
**annual** 1539:15
**answer** 1513:11
1513:21,25 1543:9
1558:9 1568:2
1571:10 1572:7,27
1591:16 1592:7
1604:20,24,27
1605:16 1608:4,11
1609:22,26
1611:18 1612:5
1613:16 1614:1,14
1615:24,25 1616:8
1616:27
**answered** 1509:18
1512:6 1514:23
1517:4 1534:18
1605:9
**answers** 1596:5
**anthophyllite**
1520:15,22 1521:2
**anybody** 1575:19
**apart** 1517:13
**apologize** 1511:14
1565:26
**appearances**
1495:22 1496:1
1499:7
**appeared** 1565:16
**appetite** 1547:10
**apples** 1512:16,17
**applicable** 1516:7
**application**
1540:23
**applications**
1540:15

| | | | |
|---|---|---|---|
| **applied**  1576:6 | 1511:16,27 1512:1 | 1562:10,13,18,22 | 1614:9 1615:1,9 |
| 1592:20,21,23,24 | 1512:10 1516:6 | 1563:17,20 | 1615:10,14 1616:5 |
| 1593:7,9 | 1518:26,26 | 1564:10,22,22 | 1616:6,6,7,10,14 |
| **applying**  1593:11 | 1548:10 | 1565:20 1566:5,13 | 1616:25 1617:2,8 |
| **approach**  1506:17 | **asbestos**  1495:5,5 | 1566:16 1567:19 | 1618:5 |
| 1572:12 | 1501:21 1502:1,8 | 1567:26 1568:14 | **asbestosis**  1615:22 |
| **appropriate** | 1502:14,19 | 1568:15,28 | 1617:3,4 |
| 1523:5,17 1561:12 | 1503:18 1507:28 | 1569:14 1570:9,13 | **asked**  1504:14 |
| 1582:10 1603:3 | 1508:22 1509:5,14 | 1570:14,17 1571:7 | 1505:17 1507:22 |
| **approximately** | 1510:12,26 1511:2 | 1572:1,20 1573:4 | 1517:18 1535:8 |
| 1510:9 1588:5 | 1511:15,23,23 | 1573:8 1574:6,12 | 1544:9,11 1557:9 |
| **arbitrary**  1589:27 | 1512:8,28 1515:16 | 1574:20,22 | 1568:10,13 |
| **archives**  1536:26 | 1516:7,25 1518:2 | 1575:25 1576:18 | 1569:17,20 1571:3 |
| **area**  1510:6 | 1518:4,7,14,15 | 1576:19,20 1577:3 | 1571:16 1581:7 |
| 1513:25 1526:16 | 1520:24 1521:1,2 | 1577:5,11 1578:22 | 1607:9 |
| 1530:27 1539:18 | 1521:13 1522:10 | 1579:2,5,9 | **asking**  1500:10 |
| 1553:5 | 1522:18 1532:18 | 1580:12,25,28 | 1519:10 1562:15 |
| **areas**  1528:7,21 | 1532:28 1533:6,10 | 1581:2,3,10 | 1568:11 1572:21 |
| 1547:1 | 1533:15,20 | 1582:19,19 | 1572:22 1594:15 |
| **argue**  1513:18 | 1534:22,24 | 1584:15,24 | 1599:5 1604:22 |
| 1571:16 1583:26 | 1536:15,15,18,18 | 1585:19,20 1586:3 | 1613:7,11 |
| **argued**  1571:19 | 1538:10,15,19,20 | 1586:5,10,22,26 | **asks**  1534:26 |
| **arguing**  1503:14 | 1541:15 1542:21 | 1587:5,7,14,17,19 | **aspect**  1511:19 |
| 1503:22 | 1543:3,24 1545:1 | 1587:22,23 | 1520:7 1574:4 |
| **argument**  1508:10 | 1546:6 1547:28 | 1590:14 1591:28 | **aspects**  1574:3 |
| 1577:14 | 1548:2,4,8,16,20 | 1594:5,8 1595:2 | 1582:6 |
| **arises**  1545:18 | 1548:25 1549:7,17 | 1595:12 1596:18 | **assessing**  1553:15 |
| **arrived**  1534:23 | 1550:3,6,12,16 | 1596:21 1597:1 | **assessment**  1567:4 |
| **art**  1565:28 | 1551:8,21 1552:2 | 1598:19 1599:11 | 1567:14 1568:22 |
| 1603:4 | 1552:11,14,20 | 1599:21 1600:6,9 | **assessments** |
| **article**  1498:11 | 1553:18,19,25 | 1600:12,14,17,20 | 1523:11 |
| 1517:17,20 | 1554:2,2,5,6,19,25 | 1600:22,25,27 | **assist**  1598:1 |
| 1518:23,23 | 1555:4,11,12,22 | 1601:4,11,15,18 | **assistance**  1501:7 |
| 1519:27 1521:5,8 | 1555:26 1556:4,5 | 1601:21 1606:3,12 | 1509:1 |
| 1521:10 1564:4 | 1556:10,14,17,21 | 1606:16,20,23 | **assistant**  1506:16 |
| 1573:25,26 1574:2 | 1556:23 1557:5,15 | 1607:2 1608:20,25 | 1507:12 1510:19 |
| **articles**  1536:19 | 1558:2 1559:1,16 | 1609:3,21 1610:1 | 1517:25 1524:13 |
| 1564:2 1599:6,9 | 1559:17,22 | 1610:24 1611:15 | 1524:18,23 1527:4 |
| 1599:13,17 | 1560:15,23 1561:5 | 1611:21 1612:2,7 | **assisted**  1509:23 |
| **asbestiform** | 1561:8,12,16,22 | 1612:13,16,22,25 | **associated** |
| 1510:22,25 1511:9 | 1561:28 1562:5,9 | 1613:15,18,24,26 | 1530:20 1546:1 |

1549:11 1556:3,6
1562:19 1600:22
**association** 1536:4
1536:4,28 1560:11
1560:21 1563:13
1563:16
**assume** 1500:10
1501:27 1521:21
1572:5 1577:26
1594:3,27 1595:3
1606:16 1612:7
1616:4
**assumed** 1501:4,6
1502:24 1611:20
1612:20,22
1613:12
**assumes** 1586:28
1594:10 1595:13
**assuming** 1521:3
1567:20 1572:6
1594:19
**assumption**
1501:19 1594:6
**assumptions**
1580:5 1595:8
1612:2
**at&t** 1495:11,11
1499:2 1618:10,10
**attempt** 1568:23
**attempted** 1569:1
1569:16 1572:18
**attempting** 1573:3
1576:17
**attention** 1509:24
1510:14 1547:27
1557:5 1577:26
**attorney** 1522:18
**attorneys** 1521:22
1521:23
**attributable**
1616:14

**attribute** 1558:13
1559:4 1562:12
1606:24 1607:4,11
1608:10
**attributed** 1601:3
1601:10
**attributing**
1558:17 1561:27
1616:25
**attribution** 1562:9
**atvs** 1512:26
1514:18
**author** 1536:21
1565:5
**available** 1519:24
1519:24 1562:23
1563:4
**avenue** 1496:7
**average** 1574:17
1574:20,25,28
1584:24 1585:2,4
1585:11,14
**award** 1529:23
**aware** 1506:8
1507:22,25 1508:1
1601:17 1612:15
1612:18 1616:22

**b**

**b** 1496:24 1498:1
**baby** 1502:13,13
1503:15 1574:18
1574:23 1580:17
1580:28 1582:2
1592:20,21
1593:11 1594:4,19
1594:28 1595:5,6
1597:6 1601:22
**back** 1501:13
1502:10 1509:15
1510:14 1511:16
1511:22 1513:13

1521:5,7 1524:6
1532:8,11 1536:5
1540:24 1555:25
1556:16 1563:19
1564:14 1607:14
**backdoor** 1568:3
**background**
1512:22 1513:3,7
1513:19,23,26,26
1514:7,7,11
1526:27 1527:11
1528:11 1565:24
1578:23 1579:6,11
1580:12 1587:8,15
1587:20,21
1603:15 1604:12
1604:17 1606:4,8
1606:24,27 1607:3
1607:11 1608:9
**backing** 1529:24
**bad** 1521:18
**bark** 1514:8
**bartlett** 1496:3
**base** 1500:12
**based** 1501:19
1502:7 1520:17
1523:9,12 1525:9
1538:3 1545:12
1579:19 1580:4,24
1591:19 1592:17
1593:14 1608:7
1611:24 1612:23
**bases** 1571:28
**basic** 1532:28
**basis** 1539:16
1541:9
**bathed** 1593:10
**bc464315** 1499:1
**bc646315** 1495:10
1618:9

**beach** 1496:5
**bears** 1570:18
**beg** 1581:24
**began** 1534:23
1539:3 1556:18
**beginning** 1595:7
**begins** 1504:17
1508:15
**behalf** 1596:22
1597:1
**behavioral** 1528:5
**believe** 1504:4
1506:1 1514:16
1518:22 1546:23
1556:22 1562:8
1563:22 1567:27
1568:16 1579:14
1590:2 1597:8
1600:16 1605:13
1606:26 1613:8
**bell** 1495:11
1618:11
**benoff** 1496:24
1497:9 1504:20
1505:7,9,12
1506:17,24 1507:1
1507:13 1508:8,12
1509:16,20 1510:1
1510:20 1512:5,7
1513:12,16
1514:24 1517:6,18
**better** 1509:3
1517:15 1552:9
1564:19 1577:14
**beyond** 1542:23
1548:12 1551:23
1560:17 1565:24
1566:21 1579:27
1589:9
**bias** 1522:15

**biased** 1521:18,22
1521:23
**big** 1512:4
1540:23 1568:7
**biological** 1562:21
**biologically**
1566:4 1568:15
**biologist** 1598:10
**biomechanics**
1534:13
**biostatistics**
1528:5
**bird** 1496:24
**bit** 1500:15 1519:4
1530:1 1533:2,26
1543:7 1564:19
1596:10 1598:22
1599:21 1602:1
1607:15 1608:13
1611:7
**blood** 1531:16
1538:22
**blow** 1517:28
1519:22
**blurted** 1583:14
**board** 1526:6,8,11
1526:12,15,20,21
1526:22,23,24
1536:2 1562:14
1572:11,15
1578:28
**bodies** 1615:9
1616:7,11
**body** 1526:8
1545:19 1546:16
1547:11 1553:3,4
1553:19 1560:6
1592:23 1597:6
1601:22 1603:16
1603:20 1604:18
1604:19

**bone** 1546:28
**bony** 1547:16
**born** 1593:6
**bottles** 1574:4
**bottom** 1605:24
**bouquet** 1570:13
1573:22 1574:5,16
1574:21 1575:20
1577:18 1579:1
1580:19
**brain** 1546:28
**brake** 1575:28
1576:15
**brakes** 1575:26
**brand** 1575:28
1576:4
**break** 1516:28
1582:25 1583:16
**breast** 1602:27
1603:1,6 1605:26
**breathed** 1552:21
**breathing** 1525:15
**brenntag** 1607:14
**bridge** 1500:3
1503:6
**bridging** 1503:8
**brief** 1499:21
1519:21
**briefly** 1535:27
**bright** 1577:24,28
1582:3
**bring** 1499:17,19
1505:1 1604:8
**bringing** 1549:6
**broadly** 1530:8
**brody** 1553:13
1557:13 1606:1
**broke** 1516:27
**brought** 1508:8
1521:9

**building** 1511:22
1511:22
**bulk** 1515:14,17
1515:25,26,28
1516:5,6,10,18,20
1516:24 1582:14
**bullets** 1531:25
**bureaus** 1565:9

**c**

**c** 1495:3 1496:4
1499:4 1524:22
1618:3
**cal.app.** 1501:11
**calculated**
1612:16
**calculation**
1568:18
**calfo** 1496:10
1497:14 1504:7
1542:9,22 1543:4
1548:12 1551:23
1558:3,5,8
1559:25 1561:18
1564:15 1565:22
1566:9,20 1567:2
1567:3,12,17
1568:11 1569:27
1569:28 1570:22
1578:1,6,8,11
1581:6,18 1582:25
1583:9,14,21
1584:20,26 1585:7
1585:21 1587:10
1587:28 1595:26
1596:2 1603:24,28
1604:7,10,15
1605:10 1607:13
1607:17,21,23
1609:12,19
1610:16,19,28
1611:3,9,11,13,25

1612:27 1613:6,27
1614:2,4,23,27
1615:17,25
1616:19 1617:15
**california** 1495:1
1496:5,12,26
1499:3 1503:20
1508:5 1512:25
1514:27 1515:1
1568:20 1618:1,18
**call** 1500:18
1519:6 1524:1
1525:10 1526:1,22
1532:20 1552:22
1577:26 1591:10
1598:10
**called** 1509:4
1524:10 1528:2
1529:15,18 1534:9
1534:27 1537:12
1537:15,19
1539:13 1547:8
1551:5,6 1553:24
1560:8 1562:4
1587:20 1597:15
1607:14 1609:7
**calling** 1538:13
**calls** 1542:10
1584:21
**cameron** 1540:22
1541:6
**canada** 1521:13
**cancer** 1532:27
1541:18 1545:18
1555:28 1556:17
1556:19,22,24
1589:13 1591:3
1597:24,27 1598:5
1602:27 1603:1,7
1604:26 1605:4,14
1605:26

**cancers** 1546:13
1590:27 1591:1
1605:6
**capable** 1564:4
1571:11
**carcinogen**
1603:10
**care** 1528:5
1532:4 1598:1
**career** 1528:13
1533:13,13,14
1551:4 1599:6
1600:4
**case** 1499:1,2
1500:16 1501:6,9
1501:22,23,26
1502:16 1503:5,25
1505:21,22
1515:22 1528:23
1528:24 1530:2
1542:23 1544:10
1544:17 1545:13
1545:20 1547:28
1550:4 1552:8
1553:5 1556:2
1557:17,21 1559:1
1563:25 1570:10
1570:18 1571:23
1574:25 1575:24
1576:2,6,25
1581:10 1602:7
1603:26,27
1607:14 1609:8,16
1611:20 1612:16
1614:6 1615:13,19
**cases** 1495:5
1515:4 1541:20
1542:12,14 1543:1
1543:12,20,24
1546:9 1547:22
1553:12,21

**cancers** 1554:12,13
1555:24,27 1556:1
1556:20,25
1557:27 1561:4
1563:27 1589:17
1596:18,21 1601:2
1601:9 1605:7
1606:22 1618:5
**cashmere** 1570:13
1573:21 1574:5,16
1574:20 1575:20
1577:18 1579:1
1580:19
**cat** 1541:9
**causal** 1555:21
1558:14 1559:21
1614:12
**causation** 1500:2
1500:13 1501:17
1568:23 1571:22
1571:26 1583:6
**cause** 1501:18
1524:14 1542:26
1547:7 1548:4,25
1550:6 1552:2,11
1552:24 1554:3,10
1555:13 1556:11
1559:5,11,18
1560:5,14 1591:6
1591:21 1593:17
1605:21,26
1606:13,25 1607:4
1608:10 1613:20
1618:22
**caused** 1548:9
1556:17 1557:15
1558:26 1568:28
1572:1 1593:20,23
1594:19 1597:7
1601:24 1606:4

**causes** 1525:18
1530:17 1533:15
1546:10 1548:16
1548:20 1558:28
1559:4,9 1560:15
1560:23 1575:3
1586:4 1601:15
1603:19
**causing** 1561:17
1561:23 1564:5
1571:11 1601:19
1603:16 1604:21
1605:4
**cavity** 1545:19,21
1547:16
**cc** 1550:17
1572:16 1578:3
**cell** 1598:10
**cells** 1552:16
**center** 1533:11
1534:6 1539:15,16
1539:24,26 1540:3
1599:27
**centers** 1538:1,2
1539:17,25
**centimeter**
1549:20,25,26
1575:18 1588:6
1606:28
**century** 1556:12
1556:16
**certain** 1501:4
1502:5 1550:15
1552:14 1558:13
1558:18,19 1591:3
1591:6
**certainly** 1514:2
1522:5,11 1546:22
1578:19 1595:28
1598:5 1600:24

**certainty** 1544:4
1586:9,25 1593:27
1594:24 1595:22
**certification**
1526:8,11,21
1598:24,26
**certified** 1526:12
1526:15,20,22,23
1526:24
**certify** 1618:19
**cfr** 1511:8
**challenge** 1562:16
**change** 1519:3
1520:10 1537:10
1599:20
**changed** 1520:28
1533:26
**chapter** 1536:3
**characterize**
1588:25
**charge** 1537:15
1538:1,17 1596:24
**charged** 1501:8
**charges** 1596:26
**charging** 1543:14
1543:15
**chase** 1591:18
**chemical** 1508:19
**chemicals** 1547:7
**chemotherapy**
1598:2
**chest** 1545:19,20
1546:19,23
1547:16 1604:26
1605:2,3,21
1606:3
**chicago** 1527:14
1527:17
**chicken** 1553:23
**chief** 1536:25

**children** 1593:6,9
**cholesterol** 1530:19
**chorus** 1499:14
**chose** 1516:9 1529:10
**christopher** 1496:3
**chronological** 1497:5
**circumstantial** 1503:12 1504:3,4
**clarify** 1522:26 1582:8,11
**clarity** 1571:1
**classify** 1510:4
**cleaned** 1593:10
**clear** 1560:21 1574:1 1597:13 1598:23 1608:13
**clearer** 1608:4
**clinic** 1537:28
**clinical** 1533:11 1537:22,26 1538:1 1538:2 1539:25 1540:26 1541:27 1599:27 1600:16 1617:9,10
**clothes** 1549:7,8
**cloud** 1586:4,5
**clr** 1618:27
**coated** 1616:10
**code** 1511:5
**cog** 1541:19
**cold** 1553:23
**colgate** 1570:12,12 1574:20 1575:4,11 1577:15,19
**colgate's** 1574:16
**collaborative** 1508:27

**colleagues** 1538:7
**collected** 1502:3
**college** 1527:14,16 1536:1,7
**combined** 1594:6 1595:8
**come** 1524:3 1528:17 1531:21 1533:4 1535:19 1538:4 1541:8,18 1542:2 1566:23 1572:10,14 1573:18
**comes** 1499:17 1530:6,18,20 1566:14
**coming** 1502:15 1523:26 1579:20
**commercial** 1508:22
**common** 1553:7 1582:21 1586:2,6
**communities** 1523:9,14,17
**community** 1508:28 1527:23 1527:25 1539:22 1587:18 1590:16
**company** 1495:12 1521:14,18 1618:11
**compare** 1575:12 1587:26
**comparing** 1512:15 1575:11 1590:12,17
**comparison** 1577:14 1590:9
**competing** 1542:26

**completed** 1526:16 1529:14 1529:16
**completely** 1559:14
**completing** 1533:21
**complication** 1605:1
**comprehensive** 1550:28 1603:8
**comprise** 1618:19
**compton** 1500:4 1500:20 1544:25
**concentration** 1582:13,20 1613:18 1614:8
**concentrations** 1550:16 1555:3 1570:20
**concept** 1545:23 1549:22 1553:14
**concerned** 1500:2 1525:18
**concerning** 1520:14
**concert** 1598:4
**conclude** 1520:20
**concluded** 1499:22 1527:20
**concluding** 1501:5
**conclusion** 1518:1
**condition** 1585:28 1617:7
**conditions** 1539:17
**conduct** 1507:23
**conducted** 1509:27 1510:3
**confined** 1525:22

**conform** 1518:7
**congressional** 1539:13
**connecting** 1570:15
**connection** 1530:24 1544:10 1556:23 1561:7
**consensus** 1562:7
**conservative** 1575:5
**conservatively** 1585:4
**consider** 1541:27 1542:2 1544:26 1558:12 1589:26 1599:2
**considerable** 1571:19
**considered** 1519:27 1529:12 1544:16 1546:2 1548:26 1550:19 1550:23 1554:4 1575:27
**considering** 1520:4,10 1616:5
**consistently** 1533:28
**constant** 1533:27
**constituents** 1573:20
**construction** 1516:11,15 1555:5 1601:6
**consulted** 1551:14 1551:20,26
**consulting** 1542:3 1543:11
**consumer** 1564:11 1569:7 1573:9

1578:21 1579:10
1579:22 1581:2
**consuming**
1568:16
**contact** 1596:4
**contain** 1581:3
**contained** 1503:4
1594:5 1595:2
**container** 1503:16
1574:11 1613:10
**containers**
1500:23,24 1503:1
1503:4,9,16
1574:13,15
1579:22,27,28
1585:3 1613:13
**containing**
1554:19 1576:18
1592:10
**contains** 1585:19
**contaminated**
1500:12 1501:21
1501:28 1502:14
1502:19 1503:24
1504:6 1572:1
1606:16 1607:28
1612:21 1613:14
**contamination**
1503:4 1571:7
1576:22 1601:15
1606:17 1607:27
1608:1,20 1611:21
1612:3,25 1613:26
**contaminations**
1610:1
**content** 1516:25
1580:25 1581:1
1584:24
**context** 1503:12
1542:3 1571:15
1604:3 1606:26

1607:26
**contexts** 1572:25
**continue** 1505:7
1539:14 1584:13
**continued** 1532:25
**continuing**
1534:13 1539:23
**contribute**
1555:13 1558:25
1606:21
**contributed**
1535:22 1594:20
1601:24
**contributing**
1594:22 1595:20
1606:18 1608:3
**contribution**
1593:24
**controlled**
1538:24
**coordinated**
1495:6 1618:5
**copy** 1527:7
1604:3
**core** 1528:7
**corp** 1495:11
1618:10
**corporate** 1502:17
**correct** 1510:26
1512:20 1513:1,20
1513:21 1514:15
1514:16 1515:3
1516:13 1518:12
1543:12 1544:1
1545:11 1548:17
1550:4 1557:15
1559:18 1568:2
1571:1 1572:7
1597:8,17 1598:9
1598:12,16,17
1599:3,12,19

1601:20 1602:8,10
1602:14,15,21,22
1602:25 1604:24
1606:14 1608:3,11
1608:15,18
1609:21,22,25
1612:4,5,11,14
1615:4,25 1617:14
1618:20
**correctly** 1508:23
1509:6 1571:20
1581:5
**cosmetic** 1542:7
1542:20,21 1543:2
1545:1 1557:28
1564:4,23 1565:11
1565:13 1566:5,13
1567:21,28
1569:11 1572:1
1580:15 1582:18
1583:2 1585:19
1586:10,26
1587:24 1593:22
1599:10,18 1601:2
1601:4,9,11
1606:15 1608:19
1611:21 1612:3,9
1612:20 1613:13
1613:19 1614:10
1614:12 1615:2
**cough** 1552:24
**counsel** 1499:16
1500:8 1604:7
1606:2 1607:25
1611:9
**count** 1511:18
1574:27
**counted** 1599:7
**counting** 1507:27
1508:18 1509:12
1518:10 1520:2

**country** 1513:9,24
1514:1,9,12
1539:20
**county** 1495:2
1618:2,18
**couple** 1529:27
1539:4 1580:2
1594:1
**course** 1503:13
1504:16 1528:4
1529:26 1600:11
1607:21
**courses** 1528:10
1528:10
**court** 1495:1,27
1499:11,13,16
1500:20 1501:2,13
1501:23 1502:22
1503:11,26
1504:15,24 1505:1
1505:4,6 1506:18
1506:23,26
1508:10 1509:18
1512:6 1513:10
1514:23 1519:10
1519:20 1522:19
1522:22,27
1523:23,25 1524:3
1524:15 1534:18
1542:11,24 1543:6
1543:9 1548:14
1551:25 1552:6
1558:4,7,9
1559:27 1560:19
1561:20 1564:18
1565:1,23 1566:11
1566:22,27 1567:1
1567:15 1568:8
1569:27 1572:5,13
1572:27 1573:5,12
1573:24,26

1574:14 1575:9
1576:12,14 1577:7
1577:13 1578:10
1578:13 1580:6,15
1580:20,22 1581:4
1581:16,24,28
1582:23 1583:16
1583:20 1584:2,5
1584:8,10,12,22
1584:28 1585:9,23
1586:13 1587:2,12
1588:1,13 1589:11
1594:12 1595:15
1595:25,28 1604:4
1604:8 1605:9
1607:8,20 1610:15
1611:6 1613:5,28
1614:3 1615:24
1617:17 1618:1,17
**court's** 1522:24
1578:16
**courteous** 1610:16
**courtroom** 1578:2
1585:8 1596:10,12
1596:27 1597:8
**cover** 1517:16
**covered** 1528:7
**cralley** 1565:5
**create** 1585:11
**created** 1569:10
**criteria** 1508:18
1520:2 1558:11
1562:1,5,12,20
1563:2,5 1590:20
1615:6,8 1616:13
1616:23 1617:1
**criticism** 1506:6
1507:2,17
**criticized** 1515:13
**criticizing** 1506:25
1507:8 1522:2

**cross** 1497:14
1581:17 1582:7
1583:22 1595:25
1596:1 1608:8
**crossed** 1577:28
**crossover** 1576:27
**crr** 1495:27
1618:27
**crush** 1518:9
**crushing** 1518:5
**crust** 1515:5,8,9
**csr** 1495:27
1499:5 1618:16,28
**cube** 1549:26
**cubic** 1549:20,25
1549:26 1575:17
1588:5 1606:27
**cumulative**
1555:16,20
1612:12,16
**cumulatively**
1607:6
**current** 1599:23
**currently** 1509:4
1536:2 1600:19
**curriculum**
1527:7
**cut** 1566:1
1591:18
**cv** 1498:7 1527:8
1532:11
**cyprus** 1496:23
1501:28 1502:20
1595:4,12

**d**

**d** 1497:1
**daily** 1514:6
1540:4 1555:18
1561:11,16
**dallas** 1496:8

**damaging** 1553:6
**date** 1518:23
**dated** 1618:23
**daughters** 1593:7
**day** 1499:24
1505:15 1514:15
1534:23 1539:26
1541:24,24
1554:18,19 1555:4
1555:4 1584:2
1618:23
**days** 1540:1
1553:25 1554:15
1571:14
**de** 1606:11
**deal** 1504:17
**dealing** 1515:9
1538:26 1549:8
1591:24,26
**deals** 1525:8
**death** 1546:11
**deaths** 1589:23
**debate** 1509:15
**debated** 1512:1
**decades** 1502:10
1503:18 1553:21
1559:22 1561:11
1561:16 1587:6
1593:22
**decide** 1540:17,20
1548:8
**decided** 1503:15
**decisions** 1521:25
1523:9,19 1540:19
**decreased** 1547:10
1551:2
**deemed** 1584:3,5
**deep** 1553:3
**defendants**
1495:13 1498:9
1577:14,26

**damaging** 1580:17 1618:12
**defense** 1506:14
1507:10 1510:17
1517:23 1519:7
1521:23 1571:4
1614:19
**defenses** 1521:23
**defer** 1581:9,14
1610:4,10,19,23
1610:26
**deferred** 1573:16
**deferring** 1611:14
**defined** 1509:13
**defines** 1511:27
**definition** 1510:22
1511:2,5,9,15,18
1511:20,23,26
1512:8,10,11
1515:16 1516:5,6
1516:15 1518:7
**definitions**
1507:28 1508:22
1518:11 1520:7
**definitively**
1613:9
**degree** 1527:16,23
1527:25,26
1529:25 1544:3
1586:9,25 1593:27
1594:23 1595:22
1598:24,28
**delve** 1535:20
**demonstrated**
1612:25
**department**
1495:3 1499:4
1533:25 1537:15
1618:3
**depending**
1525:28

depends   1504:20
depoian   1609:7,14
deposed   1603:26
  1603:27
deposition   1513:2
  1513:8,13 1544:12
  1544:19,22
  1566:21 1567:9,18
  1568:19 1569:16
  1569:18,25 1571:3
  1571:13 1572:28
  1581:7 1582:28
  1586:15 1604:1
  1611:3,27 1613:1
  1614:6 1615:19
depth   1563:1
deputy   1536:25
describe   1505:22
  1528:11 1552:18
  1587:21 1588:23
  1588:26 1589:6
  1592:17
described   1528:23
  1537:7 1541:28
  1544:22 1551:6
  1566:16,17
  1572:25 1574:2
  1588:3,7 1617:6
describing
  1533:15 1561:14
descriptions
  1566:14
detail   1574:3
detailed   1535:17
  1563:8
detecting   1589:7
determination
  1520:19
determine
  1540:15 1548:9
  1616:14

determined
  1556:21
determining
  1501:9 1551:22
develop   1509:2
  1530:26 1537:13
  1553:27 1554:20
  1555:1 1592:11
  1603:21 1605:6
developed   1549:2
  1549:8 1554:17
  1557:2 1560:25
  1561:3,15 1564:7
developing   1551:2
  1558:23
development
  1533:6 1555:17
  1556:8 1594:22
  1613:20 1614:13
develops   1545:26
  1555:12 1559:23
  1561:13
devoted   1533:12
diabetes   1538:22
diagnosed   1602:26
  1615:22 1617:13
diagnosis   1541:15
  1546:24 1617:10
diagnostic
  1541:20
diamonds   1593:4
diapered   1593:9
diaphragm
  1546:25
died   1556:14
  1589:21,26
difference   1591:12
  1591:17
differences
  1591:27

different   1503:24
  1506:20 1511:14
  1515:8 1528:21
  1533:25 1549:2
  1550:2 1559:6,9
  1569:1 1573:20,20
  1573:21,22
  1575:24 1576:23
  1576:23,27
  1577:15 1579:16
  1580:18 1581:15
  1610:5,20
differentiate
  1590:7
differentiates
  1535:3
differently
  1546:13 1576:24
difficult   1510:4
difficulties
  1525:15
diffraction
  1565:21
digestion   1545:10
direct   1497:13
  1509:24 1510:14
  1524:25 1539:23
  1540:8
directed   1521:6
  1534:3
directly   1508:9
  1523:11
director   1534:3
disagree   1511:3
  1512:3
discipline   1530:4
  1531:1
disclosed   1569:24
discover   1538:23
discuss   1503:11
  1521:26 1599:10

discussed   1517:17
  1521:9 1579:24
  1584:1 1600:1
discusses   1616:13
discussing
  1521:14
discussion
  1517:28 1570:16
  1616:17
discussions   1504:2
disease   1525:19
  1530:17,18,20
  1535:20,22
  1536:15 1538:21
  1543:24 1545:14
  1545:27 1548:4,9
  1548:17 1549:2,8
  1551:3 1552:3,12
  1553:7,8,10,16,18
  1553:27 1555:13
  1555:27 1556:11
  1556:17 1557:5,24
  1558:13,13,16,26
  1558:28 1559:4,11
  1559:16 1561:17
  1563:13,26 1564:5
  1564:8 1571:11
  1572:2 1591:6,28
  1597:14 1600:9,13
  1600:17,22,25
  1603:17,19,21
  1617:4,5,6
diseases   1525:9
  1530:5,25 1533:15
  1538:19 1553:25
  1557:1,2 1562:10
  1604:22
display   1508:3
dispute   1583:5
distant   1546:27

distinct 1511:18
distinction
1518:25
distinguish
1518:17
distributed
1515:12 1577:23
disturb 1514:20
disturbed 1514:22
disturbing
1512:27
doctor 1525:1
1534:25,26 1535:1
1541:2 1544:2
1548:1 1553:15
1563:6,11 1571:21
1572:24 1586:25
1587:14 1594:14
1595:18 1596:13
1596:18 1597:10
1599:9 1600:2
1601:2,8,27
1604:25 1605:17
1606:9 1607:1
1608:2,21,24,28
1610:13 1611:19
1613:17 1614:17
1614:23 1615:6
1616:1,12 1617:2
doctors 1548:23
1576:10 1597:14
1597:18,23
1602:10,21
1608:24
document 1498:14
1506:12 1507:6
1509:25 1522:25
1523:3 1527:6
documented
1572:23 1573:8

documents
1544:28 1585:18
1588:9 1593:15
doing 1511:21
1516:3 1528:18
1532:14,26 1533:3
1536:5 1537:21
1542:4 1549:3,6
1557:25 1562:1
1568:25 1569:23
1589:22 1590:10
1590:21,23
1600:10
donald 1496:20
dorado 1508:5
1510:6
dose 1554:28
1555:2,8 1568:18
1568:21 1572:15
1572:19 1573:3
1603:15 1604:17
1612:13,16
doses 1573:1
doubly 1526:22
douglas 1495:8
1618:7
dozens 1532:21
1574:4
dr 1499:21,28
1500:4,4,10,17,20
1500:21,26 1501:1
1501:17 1504:19
1504:25,26,27
1506:8,21,25
1507:2 1517:10
1523:23 1524:2,21
1525:3 1527:6
1533:3,11,19
1540:22 1541:6
1544:25,25 1545:3
1545:4,6,12

1553:13 1557:13
1557:14 1560:4
1565:27 1569:9,15
1570:3 1574:2,21
1574:23,26,28
1576:25 1577:20
1578:2 1579:21,26
1580:4 1582:13
1583:4 1584:14,15
1585:10 1594:3,26
1596:3,9 1597:4
1598:18,24
1602:24 1603:9,25
1604:1 1605:12,24
1606:1 1607:24
1608:12 1609:6,13
1609:27 1611:3
1612:6,19 1613:23
1614:5,28 1615:18
1616:20
dramatically
1571:15
draw 1578:14
driving 1512:26
1573:7
drs 1521:10
dubin 1496:20
1497:10 1499:18
1504:22 1509:28
1517:9,26 1519:12
1519:18,21
1522:23 1583:26
1584:4,7
dust 1532:22
1586:4,5 1590:3,4

**e**

e 1496:11,25
1497:1,1,8 1498:1
1524:22,22,22
earlier 1551:6
1565:15 1588:15

1590:5,7,28
1597:25 1600:7
early 1556:16
earth 1591:25
1609:3
earth's 1515:5,7,9
ease 1607:25
easier 1517:13
editor 1536:25
education 1534:6
1534:13 1594:7
1595:10
educational
1526:27 1527:11
edward 1495:3
1499:4 1618:3
effect 1530:9
effective 1518:18
effects 1509:4
1520:14,23
1525:13 1530:17
1533:9 1538:27
1539:7 1552:26
1553:6,19 1555:26
1565:6,10
effort 1508:28
1567:19 1570:11
1591:14
eight 1572:16
either 1504:23
1525:28 1559:28
1565:18
el 1508:5 1510:5
elapsed 1558:24
electron 1516:22
element 1540:4
elements 1530:16
1532:25
elevated 1531:25
1532:10

ellis 1496:15
emphasis 1528:12
employers 1538:5
enclosed 1547:17
ended 1534:2,4
  1537:5
endings 1547:18
enforcement
  1510:3
england 1556:13
  1556:23
entire 1520:18
  1546:16 1567:14
entirely 1573:21
  1580:18
entitled 1618:21
entity 1617:5
environment
  1518:5 1525:11,13
  1531:3
environmental
  1525:4,6,16,17,21
  1526:2 1528:6,15
  1530:12,22 1536:1
  1536:26 1537:1,2
  1542:17 1561:2
  1565:8 1597:10
epa 1507:27
  1510:21 1511:8,15
  1511:17,26
  1515:28
epa's 1511:1,20
  1519:12
epidemic 1530:6
epidemiologic
  1530:18,21
epidemiological
  1555:23 1557:21
epidemiologically
  1591:5

epidemiologist
  1599:2
epidemiology
  1528:4,10 1529:28
  1530:1,3,4,8,13
  1537:16 1545:22
  1557:18 1588:15
  1588:16,26
  1598:23,25,27,28
equating 1579:15
equivalent
  1527:28
ergonomics
  1534:13
esq 1496:3,4,7,10
  1496:11,16,20,24
  1496:25
establish 1539:8
  1568:27
established
  1548:24 1555:23
  1556:2 1557:14
  1559:2,18 1605:1
establishing
  1548:16,19
  1568:26
estimate 1575:5
et 1495:12
  1618:11
evaluate 1542:14
  1551:6
evaluated 1531:27
  1539:9 1542:7
  1545:6 1576:2
evaluating
  1531:10,11
  1541:22 1551:21
  1566:3 1601:7
evaluations
  1541:26 1542:16

eventually
  1547:11
evidence 1498:5,9
  1501:21,26
  1502:15 1503:6,12
  1503:22 1504:3,4
  1519:24,25
  1520:13,20
  1538:18 1560:13
  1561:7 1573:17,19
  1574:24 1577:2
  1578:18 1579:11
  1580:19,21
  1582:26 1587:1
  1594:11 1595:14
  1601:14
evidentiary
  1579:24 1580:3
exact 1509:20
  1520:9
exactly 1504:13
  1571:18,21 1576:9
  1590:20
examination
  1497:9,10,11,13
  1497:14 1505:8,11
  1517:8,19 1523:1
  1524:25 1526:18
  1526:19 1581:17
  1582:7 1583:22
  1595:25 1596:1
examine 1558:12
examined 1508:17
  1520:16 1565:21
  1574:4
examining
  1616:24
example 1525:14
  1526:7 1531:23
  1549:7 1556:13
  1566:17

exceedingly
  1553:11 1589:13
exclude 1559:3
  1585:5
excluded 1589:25
  1589:25
exclusively
  1570:19
excruciating
  1547:15
excuse 1510:20
  1616:1
executive 1508:13
  1536:2
exert 1553:6
exhibit 1506:13,14
  1507:7,10 1508:3
  1510:16,17
  1517:23 1519:7
  1527:1,2 1614:20
exist 1501:6
exists 1598:27
expect 1590:11
expected 1550:28
  1590:12,15
experience
  1526:27 1541:27
  1542:24 1565:25
  1594:7 1595:10
  1596:10
experienced
  1509:1 1586:22
expert 1499:20
  1503:22 1576:8
  1605:25 1608:13
  1608:16 1609:4
expert's 1501:3
  1564:28 1576:6
  1589:10
expertise 1548:13
  1560:18 1564:28

1583:13 1589:10
1609:28
**experts** 1500:17
1581:9 1610:23
1611:15
**explain** 1549:21
1550:21
**explicitly** 1521:1
**exploratory**
1557:25
**exposed** 1515:12
1530:25 1532:28
1535:21 1542:7
1548:28 1552:25
1553:22,27 1554:7
1554:13,15,28
1566:4,13 1567:20
1567:27 1568:14
1569:3,14 1573:1
1579:23 1594:8
1595:11 1612:8
1614:28
**exposure** 1525:9
1525:16,27 1531:6
1531:7,18,21,24
1532:5,23 1534:22
1534:24 1535:8
1536:19,26 1538:8
1538:10,16
1541:16,23
1542:21,27 1543:2
1543:3 1545:28
1546:1,6 1548:20
1548:27 1549:1
1550:12,15 1551:1
1552:26,27 1554:2
1554:5,6,10,16,23
1554:25 1555:12
1555:16,22 1556:4
1556:5,17,21,23
1557:15,28 1558:2

1558:18,19,20,21
1558:21,23
1559:12,17,21,22
1560:15 1561:5,12
1561:17,23,28
1562:9,13,18
1563:28 1565:20
1567:4,7,8 1568:4
1568:28 1569:6,10
1569:18 1572:1,19
1572:22 1573:4
1574:7,10,12
1575:3,5,25
1583:1 1586:10,26
1587:5,7,14
1588:2 1590:19
1592:18 1593:14
1593:22 1594:18
1594:26 1599:11
1600:9,12,14
1601:4,11 1602:12
1603:19 1606:3,12
1606:23,25 1607:2
1607:4,11 1613:20
1614:11 1615:10
1616:5,6,7,26
1617:8
**exposures** 1525:24
1525:26 1531:2,11
1532:18 1535:5,7
1538:4 1539:15,27
1542:17 1544:12
1544:20,21
1553:15 1554:18
1555:13,18,18,19
1555:20 1558:20
1558:25 1559:7
1578:20 1581:21
1586:22 1587:23
1590:3,5 1594:21
1601:13 1602:3

1617:2
**expressed** 1549:25
**expressly** 1571:27
**extent** 1564:16,27
**extraordinarily**
1547:20
**extrapolate**
1500:21 1579:21
1579:26 1582:14
**extrapolation**
1500:27
**eye** 1596:3
**eyes** 1552:23

**f**

**face** 1592:23
**fact** 1509:20
1515:4 1521:9
1541:11 1543:19
1550:11 1571:6
1574:19 1577:27
1577:27 1589:15
1590:1 1596:15
1599:1,26 1600:7
1601:18 1606:22
1607:25 1612:15
**factor** 1531:14
1547:8 1559:6
1595:20 1601:19
1606:18 1608:3
1614:12
**factors** 1550:24
1558:24 1559:10
1563:9 1594:22
**facts** 1501:4,6
1502:24,27 1587:1
1594:11,19
1595:14
**factual** 1566:10
1585:22
**faculty** 1533:23

**fail** 1547:11
**fair** 1528:12
1543:28 1557:4,9
1571:9 1597:2
1600:27 1607:1
1608:14
**fairly** 1589:27
**falls** 1526:6
**false** 1510:28
1512:14,15 1513:8
**familiar** 1519:2
1550:11
**family** 1602:17
**far** 1557:26
1561:6,6 1563:19
1575:17 1590:6
**fatal** 1546:7,9
1556:11
**fatigue** 1547:10
**feasibility** 1520:17
**feasible** 1550:26
**federal** 1509:8,10
1509:11 1511:5
**feel** 1577:27
**feeling** 1534:26
**fellow** 1529:16,16
**fellowship**
1521:11 1529:11
1529:21,23
1532:12,26
1533:21 1537:5
**felt** 1551:2
**fewer** 1591:2
**fiber** 1520:6
1550:3,6 1552:20
1572:16 1575:26
1579:21 1582:12
1582:15 1612:13
1612:16
**fibers** 1509:14
1511:10,18,24

1514:1 1545:9
1549:19,24,25,27
1550:16 1552:2,11
1552:14 1553:2
1566:15,16,19
1569:2 1574:20,22
1574:28 1575:1,17
1578:3,7 1579:5,9
1579:15 1580:12
1581:2 1582:15
1585:6,15 1588:5
1606:27 1615:14
**fibrils** 1511:10
**fibrosity** 1511:10
**fibrous** 1510:8
**field** 1526:3,8,12
1529:1 1530:11
1532:25 1537:4,25
1545:22 1554:1
1557:18 1558:11
**fields** 1529:26
**fifth** 1496:11
**figure** 1578:4,5,6
1578:17
**films** 1532:21,22
**finally** 1523:5
**find** 1502:24
1514:7,7 1530:23
1538:23 1604:4
**finding** 1504:5
1533:13 1613:23
**findings** 1562:21
1579:27 1600:20
1600:21 1617:3
**finds** 1611:6
**fine** 1499:23
1578:28
**finished** 1537:8
1591:26 1592:2
**finite** 1549:27

**finland** 1562:6
**fires** 1525:13
**firing** 1531:24,28
**firm** 1522:8,8,9
1543:21 1596:25
**first** 1517:17,18
1518:1 1527:24
1529:7,17,28
1533:13 1548:3,6
1548:9 1549:15
1550:19 1553:26
1557:8 1558:28
1559:16 1563:15
1563:22 1578:3
1588:25 1589:12
1591:22 1592:3
1597:4 1607:20
**fit** 1518:10
**five** 1499:27
1520:8 1528:7
1566:25
**fix** 1532:3
**fixed** 1532:4
**flag** 1499:25
**flaws** 1590:17,24
**flexibility** 1511:11
1512:13
**floating** 1514:1
**floor** 1496:12,26
1592:24
**focus** 1528:13
1529:3
**focused** 1500:3
1529:26
**fold** 1588:10
**folks** 1531:23
1532:8 1538:3,7
1539:9,20 1547:3
1549:9 1555:3,9
1555:27 1556:13
1556:20 1558:22

1560:11 1561:3
1591:23 1600:24
**follow** 1505:18
1581:18 1589:2
1604:4
**followed** 1520:28
1556:24 1570:2
1589:1,19,20
**following** 1499:10
1504:25 1505:3
1538:15 1539:7
1566:26 1584:9
1592:5 1614:18,24
**follows** 1524:11
**footnote** 1510:21
**force** 1579:18
**foregoing** 1618:19
**forgive** 1596:8
1598:7 1600:3
**form** 1510:26
1616:10
**formal** 1541:15
1598:28
**formed** 1548:10
1566:6 1586:18,21
**former** 1522:17
**forward** 1524:4
**found** 1502:14
1503:1,2 1507:27
1545:8,9 1574:6
1577:6 1579:2,3
1605:20 1615:16
**foundation** 1501:5
1506:23 1552:5
1564:19 1566:10
1570:20 1575:23
1581:28 1585:8,22
1586:12 1587:1
1594:11 1595:14
**four** 1540:11

**fragment** 1615:15
**fragments** 1518:6
**frame** 1502:20
**frames** 1502:11
**frankly** 1577:25
1591:13
**friable** 1582:21
1585:25,27,28
1586:3
**front** 1568:4
**frost** 1496:16
**frustrated**
1528:22
**fulfilled** 1528:2
**full** 1618:20
**fund** 1521:11
**funded** 1534:5,6
1540:6,7
**funding** 1521:19
1540:15,18
**funds** 1522:7
1539:10
**further** 1497:11
1502:15 1522:23
1523:1 1562:24
1595:3,24

**g**

**g** 1496:10
**gap** 1500:3 1503:6
1503:8 1570:23,27
1579:24
**gasket** 1576:4
**gather** 1566:24
**general** 1525:12
1525:27 1528:20
1530:23 1535:9
1538:21 1573:12
1580:26 1587:26
1603:11 1604:23
1607:10

**generally** 1550:9 1558:10 1560:4 1561:28 1604:26 1605:15
**generate** 1518:6
**generated** 1575:6
**generating** 1512:27
**gentleman** 1507:8
**gentlemen** 1525:2 1617:18
**geological** 1564:27
**geologist** 1502:3,4 1548:9 1551:20,26 1608:28 1609:2,24 1610:4,19
**geology** 1608:16
**getting** 1526:10 1529:25 1542:22 1554:26
**give** 1524:14 1527:10 1541:5 1598:1
**given** 1549:24 1557:24 1590:11
**glasses** 1517:12
**go** 1501:13 1511:16,22 1517:26 1519:20 1520:5 1521:6 1527:10 1532:21 1534:25 1546:25 1546:28,28 1550:24 1558:17 1563:1,19,20 1564:14 1568:11 1570:5 1572:13 1578:18 1579:12 1580:20 1583:22 1591:2 1604:14 1613:5

**goal** 1550:26
**god** 1524:16
**goes** 1540:16 1542:24 1546:28 1547:1 1565:24
**going** 1499:19,19 1499:20 1500:1 1501:14,27 1502:10 1503:26 1504:14,18 1508:6 1513:13 1516:12 1517:16 1518:10 1519:13 1521:5 1522:16 1524:1,5 1524:6 1527:9 1528:19,20,21 1531:27 1534:26 1542:9 1543:6 1546:13 1547:13 1564:15 1565:23 1565:27 1567:11 1568:5 1569:4,5,8 1570:8 1571:25,25 1572:10,14,16 1573:10,17 1574:9 1574:17,19 1575:2 1575:4 1577:16,17 1577:24 1580:16 1581:1 1582:17,22 1583:5,11 1586:4 1594:1 1598:7 1607:5
**good** 1499:13,14 1505:13,14 1517:10,11 1524:27,28 1596:3 1617:15
**goodness** 1600:18
**gordon** 1533:3 1545:6 1570:3 1571:6 1573:25,26

1574:1,2,21 1577:4
**gordon's** 1545:3,4 1569:9
**gotten** 1503:19 1535:10
**government** 1509:8,11,12,21 1519:18 1534:5,7 1588:3
**grab** 1511:17
**grade** 1508:22
**gram** 1574:20,22 1574:28 1575:1 1578:7,8 1585:15
**grant** 1521:12 1540:9,10,12,13 1540:14,15,23
**great** 1528:28 1570:23,26 1608:23
**greater** 1511:19 1520:8,8 1575:23 1579:11 1588:10 1590:6 1592:3
**greenstone** 1496:3 1522:8 1596:25
**group** 1532:27 1562:5 1588:28 1589:2,3,20 1590:9 1591:15
**groups** 1530:9,19 1530:23 1538:6,9 1538:15 1590:8,8 1600:18,23
**growing** 1547:2
**grows** 1547:16,16 1547:17,17,20
**guess** 1521:17 1529:10

## h

**h** 1498:1
**habit** 1548:10
**hairs** 1582:24
**hallmark** 1615:10 1616:7
**hallway** 1566:24
**hand** 1526:28 1532:6,6
**handed** 1562:15
**handful** 1560:23 1561:4,4 1579:22
**hands** 1531:4
**hang** 1613:2
**happen** 1520:2 1546:18
**happened** 1518:24 1519:1,26 1539:3 1539:9
**happening** 1573:19
**happens** 1512:2 1547:3
**hard** 1554:21
**hazard** 1551:22
**hazardous** 1552:3
**hazards** 1533:6 1541:22 1556:8,28
**head** 1534:5 1540:10,11,13
**heads** 1578:2
**health** 1508:28 1509:3 1520:14,23 1523:9,12,16,18 1528:1,2,3,5,6 1529:5,11,22 1531:9,10 1533:9 1534:8,10,15 1536:4 1537:12,13 1537:14 1538:8,11 1538:13,20,21,27

1539:7,10 1540:3
1541:9 1543:15
1552:26 1555:26
1565:3,6,8,10,10
1565:16
**hear**  1525:22
1540:24 1565:28
1575:10 1576:12
1610:17
**heard**  1499:15
1530:1,5 1533:2
1536:10 1544:25
1547:28 1553:13
1557:13 1569:26
1578:4,8 1588:19
1598:23
**hearing**  1500:9
1501:16
**hearsay**  1584:27
**heart**  1530:17,18
1530:20 1546:20
1546:20
**heck**  1583:10
**held**  1499:11
1505:4 1566:27
1584:10
**help**  1524:16
**helsinki**  1562:4,6
1562:12,20 1563:2
1563:5 1615:6,8
1616:12,23 1617:1
**herbert**  1521:11
**heretofore**  1499:7
**herford**  1495:8,8
1499:2 1500:6,25
1501:20 1503:4,10
1504:5 1515:1
1545:14 1567:5,20
1567:27 1568:17
1569:2,12,14
1570:24 1572:15

1573:1,13 1579:23
1580:1,10 1581:12
1581:20 1586:9,26
1592:15,20 1594:5
1595:1 1601:23
1602:2,6,13,26
1603:5 1606:2
1610:25 1611:4,17
1611:22,27 1612:4
1612:8,13,17,21
1613:1,10,13,19
1614:11,28
1616:21 1617:12
1618:7,7
**herford's**  1501:18
1544:10 1545:6,20
1546:24 1571:23
1572:2,19 1573:3
1586:15 1593:17
1595:9 1602:9,17
1602:21,24 1603:1
1605:25 1615:12
1617:11
**herrington**
1496:20
**high**  1511:11
1512:12 1514:5
1538:22 1555:3
1574:26 1585:2
1593:1 1600:23
**higher**  1555:5
1585:5 1590:15,15
1590:16
**highest**  1585:5
**hire**  1521:22,24
**hired**  1601:1,8
**historical**  1503:7
**histories**  1535:2
**history**  1527:15
1534:27 1535:9,18
1538:10 1542:17

1542:20 1543:2
1561:2 1563:7,8
1592:18 1593:14
1602:12
**hobbies**  1535:7
**hodgkin's**  1560:10
**hofstra**  1537:19
1537:20
**hold**  1544:3
1593:26 1595:21
1604:13
**home**  1525:12,25
1525:28 1549:6,7
**hon**  1495:3 1499:4
1618:3
**honor**  1499:18,27
1500:14,16
1501:12 1503:21
1504:7,9,21,27
1505:9 1506:17,19
1508:6 1509:16,19
1512:5 1519:8
1522:24,28
1523:24 1524:1,5
1542:9,22 1543:4
1543:10 1548:12
1551:23 1558:8
1559:25 1560:2,17
1561:18 1564:15
1564:26 1565:22
1565:26 1566:9,20
1567:3,17 1568:5
1568:20 1569:26
1569:28 1570:6,22
1570:28 1571:20
1571:27 1572:11
1573:14,16
1575:22 1576:13
1576:16,28 1578:1
1578:11 1579:13
1581:6,18,23

1582:8,25 1583:10
1583:26 1584:20
1584:26 1585:7,21
1586:28 1587:10
1587:28 1588:11
1589:9 1594:10
1595:13,26
1603:24,28
1605:10 1607:17
1607:21 1608:24
1609:12 1610:28
1611:25 1612:27
1613:4,27 1614:2
1615:17,26
1616:19 1617:15
**hope**  1496:25
1504:21
**hospitalized**
1541:13
**hospitals**  1537:14
1538:3
**hour**  1543:18
1596:25
**hourly**  1543:16
**houston**  1496:17
**human**  1603:16,20
1604:18,19
**humans**  1552:3
**hundreds**  1502:17
1502:17 1566:15
1600:5,24,26
1601:3,10 1605:7
**hygiene**  1528:9
1530:28,28 1531:1
1531:12,17
1534:12
**hygienist**  1531:27
1549:13 1598:15
1609:24
**hygienists**  1551:14

**hypothetical**
1500:10,28
1501:10,14,19,22
1502:23,26,27,28
1503:3,28 1504:10
1504:14 1560:1
1561:19 1572:4
1594:2,26

**i**

**i.d.**  1498:5,9
**idea**  1579:1
**ideal**  1591:5
**identification**
1506:15 1507:11
1510:16,18
1517:24 1518:18
1527:3
**identified**  1543:3
**identify**  1518:16
1564:19
**identifying**
1533:14
**ignored**  1561:23
**ii**  1496:20
**illnesses**  1600:6,27
1601:4,11
**illuminate**  1567:1
**imerys**  1496:23
1500:11 1501:19
1502:11,20
1503:14 1504:8
1595:4
**immediate**
1552:25
**immediately**
1558:23
**impeachment**
1613:3
**implication**
1521:17

**implications**
1617:9
**importance**
1562:21
**important**  1533:5
1535:16 1553:1
1567:22 1604:8
**improper**  1561:18
1613:3
**inability**  1500:3
**inadmissible**
1501:1 1502:26
**incidence**  1553:9
**include**  1542:16
1548:19 1617:3
**included**  1528:8
1590:18
**including**  1502:6
1502:11,19
1562:10 1571:28
1597:28
**incomplete**  1560:1
**incomprehensible**
1559:26
**inconsistent**
1514:17
**increases**  1604:26
1605:14,18
**incubation**
1553:24
**independent**
1507:23 1523:10
**index**  1497:5
**indicated**  1500:8
1548:7 1557:26
1559:17 1571:27
1583:28 1613:8
**indication**  1615:21
1617:12
**indirectly**  1523:11

**individual**
1530:10 1561:24
1563:26 1569:7
**individual's**
1561:24
**individuals**  1530:9
1530:23 1531:10
1538:16 1539:14
1542:13 1555:6
1557:1 1560:24,28
1592:5 1600:5,12
1600:27 1605:6,8
**indulgence**
1522:25
**industrial**  1528:9
1530:28,28 1531:1
1531:2,12,17,26
1534:12 1549:13
1551:14 1598:15
1609:24
**industries**  1590:14
1609:8
**industry**  1521:19
**infancy**  1556:20
**infant**  1592:22
**influence**  1523:12
**information**
1503:7 1523:16
1531:16 1562:24
1568:27 1571:21
1576:8,9 1577:9
1582:1 1612:23
1613:22,24,25
**informed**  1523:17
**informs**  1616:9
**inhaled**  1552:15
**initially**  1529:13
1539:9
**insofar**  1577:17
**instance**  1549:13

**instances**  1583:1
**institute**  1521:13
1534:9 1565:8
**institutes**  1565:9
**instructed**
1503:27
**instruction**
1502:23
**insulation**  1514:5
**insulators**  1555:5
**insurance**  1556:15
**integral**  1530:14
1530:15
**intend**  1500:18
**interactions**
1540:4
**interdisciplinary**
1534:17
**interesting**
1528:23,24
**internal**  1526:17
1526:23 1527:18
1528:13,18
1529:14 1536:8
1593:15
**international**
1609:7,14
**internist**  1528:20
**interpreted**
1551:18
**interrelated**
1580:3
**interrupt**  1499:24
**intimate**  1593:2
**introduce**  1525:1
**invade**  1546:20
**investigators**
1562:5 1565:18
**involve**  1527:27
**involved**  1521:19
1522:3,13 1528:4

1534:2 1535:23
1536:3 1541:2
1543:20,21 1574:3
1591:8,21
**involvement**
1534:22 1538:26
1540:1
**involving** 1543:24
1575:24
**inward** 1547:18
**ionizing** 1603:6,9
1603:15,19
1604:17,25
1605:13,17
**irene** 1495:27
1499:5 1618:16,27
**irrelevant** 1542:23
**irritate** 1552:23
1552:24
**irving** 1533:11
**island** 1538:2
**isolated** 1571:14
**issue** 1499:25,28
1500:10 1519:15
1569:22 1570:7,7
1570:10,21
1573:10,23 1576:2
1576:7 1579:18
1611:15
**issued** 1579:15
**issues** 1500:19
1523:6 1580:3,4
1589:24
**italian** 1588:20
1591:18,20
1592:10
**italy** 1588:17
1590:13

## j

**j** 1496:3,16
1524:22
**j&j** 1501:20
1570:14
**jacqueline**
1497:12 1524:2,9
1524:21 1525:3
**james** 1508:3,12
1510:23 1511:7
**jay** 1496:7
**jccp** 1495:5
1618:5
**jean** 1593:2
**jennings** 1500:28
1501:2 1502:25
1587:1 1594:11
1595:14
**jersey** 1534:6
**job** 1525:25
1537:10
**jobs** 1535:5
**johnson** 1496:10
1496:10 1500:12
1500:12,23,23,24
1500:24 1502:5,6
1502:12,13,16,21
1502:21 1504:7,7
1521:28,28
1570:19,19
1574:22 1575:3,3
1575:12,13,15,15
1577:6,6,23,23
1579:3,3,17,17
1580:28 1581:11
1581:11 1582:2,12
1582:12 1584:15
1584:16,24,24
1585:18 1592:21
1593:7,7,8,8,11,11
1594:4,18,28

1601:22
**johnson's** 1502:16
1574:11,18,23
1580:17,28 1582:2
1585:18 1592:21
1594:4,18,28
1595:5,6 1597:5
1601:22
**join** 1537:12
**joins** 1504:7
**journal** 1536:28
1537:1,3
**journals** 1536:24
1537:4
**jovan** 1593:2
**judge** 1495:3
1499:4 1609:28
1618:3
**judicial** 1506:15
1507:11 1510:18
1517:24 1524:13
1524:18,23 1527:3
**julia** 1496:11
**july** 1532:16
**jumping** 1611:7
**jury** 1499:12,17
1501:7,8,8
1502:23,24
1503:27 1504:3
1505:1,5,6 1525:2
1539:1 1547:28
1549:21 1565:27
1566:28 1568:4
1583:20 1584:8,11
1584:12 1588:19
1597:9 1598:23
1599:21
**jury's** 1583:12

## k

**kagan** 1496:4
**kazan** 1522:9
**keep** 1503:15
1534:19
**kennemur** 1566:9
1566:21,21
1585:21
**key** 1531:14
**kidney** 1528:23,25
1529:6
**kilroy** 1496:4
**kind** 1515:19
1530:12 1534:27
1553:9 1556:7,9
1566:1 1568:17
1571:18,21
1573:17 1583:23
**king** 1496:10
**know** 1504:13
1506:5 1507:1,15
1507:17 1511:21
1521:27 1522:21
1529:3 1530:17
1540:24 1542:8
1552:23 1553:22
1554:5 1561:2
1564:17 1567:6,7
1567:7 1576:19,20
1582:25 1583:6,7
1585:10 1587:16
1589:13 1590:11
1590:20 1591:1
1596:4 1600:18
1602:26 1603:1,5
1603:9 1613:9
**knowledge** 1533:6
1533:9,20 1556:8
1595:9
**known** 1529:1
1542:21 1554:6

1556:16 1576:17
1603:10 1605:1
**knows** 1500:20
1507:4,21 1568:20
**kubert** 1495:27
1499:5 1618:16,27

**l**

**l** 1524:22,22
**lack** 1571:1
**lacking** 1520:20
**lacks** 1552:5
1586:12 1587:1
1594:11 1595:14
**laden** 1549:7
**ladies** 1525:2
1617:17
**langer** 1498:11
1506:8,21 1517:20
1517:22 1521:10
1565:14,17
1566:18 1573:24
**langer's** 1506:25
1507:2
**language** 1504:13
**lanier** 1522:8
**laosd** 1495:5
1618:5
**large** 1530:7,19,21
1537:12 1591:7,9
1591:14,15 1592:4
1592:8
**late** 1563:24
**latency** 1553:14
1553:16,17,20,23
1561:12 1562:17
**laughter** 1522:20
**law** 1503:20
1511:5 1522:8,8,9
1539:13 1596:25
**lawsuits** 1582:28

**lawyer** 1571:4
1609:16
**lawyers** 1543:20
1601:2,9
**lay** 1506:23
1564:18 1575:22
1581:28
**lead** 1531:24,26
1532:2,8,9 1551:5
1554:23
**leading** 1543:7
1569:4
**leads** 1529:8
1555:16
**leah** 1496:4
**learn** 1533:5
**learned** 1550:3
1584:18
**learning** 1532:24
1542:16
**leave** 1507:4,20
1598:5
**lee** 1506:1,10
1509:13 1515:13
1516:3
**left** 1519:23
1562:15
**length** 1554:9
1571:19
**letter** 1498:13,16
1505:16,23,28
1506:2,6,9,25,27
1507:2,3,7,9,14,18
1508:8 1510:15,21
1511:13 1512:11
1512:18 1514:26
1515:13 1548:24
**level** 1512:22
1525:27 1535:17
1550:27 1551:2
1554:2,4,6 1574:2

1587:20,21
1590:16 1606:17
1606:23 1607:2
1608:1,9
**levels** 1513:3,7,19
1513:24,26
1530:20 1531:5,18
1531:21,26 1532:9
1547:13,22
1550:12,15,19,22
1551:7,8 1554:22
1562:19 1563:4
1566:13 1568:15
1568:28 1569:6,10
1571:11 1572:22
1575:5 1579:10
1587:18,27 1588:2
1606:8
**libby** 1514:2,12,21
1515:6
**license** 1495:28
**life** 1556:15
**lifetime** 1572:19
1573:3
**light** 1511:17
1512:3 1518:15
1523:6
**likelihood** 1554:25
**limine** 1500:1,9,15
1501:16 1504:2
1571:19 1573:15
**limit** 1516:14
1550:25
**limitation** 1571:24
1572:8
**line** 1513:17
1521:7 1567:10
1577:24,28
1578:13 1580:7
1582:3 1605:11,11
1605:24 1607:18

1607:18,26,26
1614:4,5
**lines** 1567:18,22
1581:7 1604:1,7
1607:23 1609:13
1611:1,10,11,26
1612:28 1615:18
1616:2,20
**lining** 1546:18
**linings** 1576:15
**link** 1555:21
1577:2
**listen** 1582:23
1610:15
**literature** 1500:5
1536:11,12 1548:3
1548:6,16,19
1551:28 1555:25
1557:6 1560:6,22
1561:6,22 1563:12
1563:16,21
1564:10,13,16,17
1565:3,3,16
1566:15 1572:23
1575:7 1576:5
1578:24,26
1580:11 1582:18
1585:17 1588:8
1593:16 1603:22
1603:23 1612:24
**litigation** 1522:10
1596:16 1597:2
**little** 1507:26
1517:12 1519:4
1528:22 1530:1
1533:2,26 1543:7
1563:1 1564:18
1589:16,23
1596:10 1598:22
1599:20 1602:1
1607:15 1608:12

1610:9 1611:7
**lived** 1515:1
**liver** 1528:25
1529:6
**llp** 1496:15,20
**locally** 1546:17
1547:16
**long** 1496:5
1497:8 1526:20
1537:5 1538:2
1543:23 1548:28
1558:22 1570:25
1570:25 1587:6
1590:20
**longer** 1504:18
1532:9
**longo** 1499:21
1500:4,21 1504:19
1504:25,27
1517:10 1523:23
1544:25 1574:23
1574:26,28
1576:25 1577:20
1578:2 1579:26
1613:23
**longo's** 1579:21
1582:13 1584:15
**look** 1508:12,25
1511:4 1515:26
1519:4,5 1528:28
1530:24 1531:3,15
1545:27 1555:25
1558:19 1562:11
1587:17 1589:15
1591:4
**looked** 1515:25
1532:18 1548:27
1548:28 1549:10
1549:10 1560:26
1560:27 1565:5,13
1585:1

**looking** 1516:18
1516:20 1525:26
1530:18 1531:22
1532:5,27 1555:15
1560:20 1562:28
1592:7 1609:5
1616:13
**looks** 1530:4,8
1531:2
**los** 1495:2 1496:12
1496:26 1618:2,18
**lot** 1529:1 1532:2
1532:17,18,19
1533:19 1535:4
1547:18,28
1565:28 1590:13
1591:13
**low** 1554:22
1555:9 1562:18
**lower** 1590:27
1592:1
**lucky** 1528:26
1531:18
**lung** 1529:7
1538:14 1546:18
1546:19 1547:5,5
1553:3 1555:27,28
1556:17,21,24
1563:26 1564:5,7
1597:14 1615:9,13
1615:14,16
**lymph** 1545:7,9
1546:22 1616:13
1616:16,17,24,28
**lymphoma**
1560:10

---

**m** 1497:1 1524:22
**ma'am** 1524:19
**magnesiohornbl...**
1510:5,10,12

**magnitude**
1520:23 1577:5
1578:22 1579:6
**main** 1496:16
**maintain** 1537:22
**major** 1527:15
1582:26
**majority** 1510:4,7
**makeup** 1610:5,20
**making** 1520:18
1534:16 1541:26
1575:5
**malcolm** 1498:15
1507:8,16
**malignant**
1545:15
**manifest** 1553:19
**mantle** 1560:9
**manufactured**
1577:19,23
**manufacturer**
1575:21 1577:16
**manuscript**
1521:12,20
**marked** 1506:14
1507:10 1510:17
1517:21,23 1519:6
1526:28 1527:2
**marker** 1615:10
1617:8
**markers** 1532:27
1617:2
**married** 1522:17
**maryland** 1506:3
**masaitis** 1496:25
1499:19,27
1501:15 1502:25
1503:21 1504:9
1552:5 1560:1,17
1564:26 1569:26
1570:5,6 1573:14

**magnitude** — continued
1573:25,28 1575:9
1576:12,13,16
1579:13 1582:8
1583:8 1586:12,28
1588:11 1589:9
1594:10 1595:13
**master** 1527:22,25
1527:28 1528:2,3
**master's** 1529:25
**material** 1510:6
1514:19 1516:19
1582:14
**materials** 1514:3
1516:15,16 1520:1
1544:13,16
1592:18
**mattenklott**
1566:17
**matter** 1586:2
1611:4 1616:21
1618:21
**maximum**
1589:23
**mckinney** 1496:7
**mean** 1511:26
1526:14 1530:15
1535:3 1547:24
1585:27 1587:15
**meaning** 1552:22
**meaningful**
1591:11
**means** 1513:27
1515:18 1526:15
1529:16 1546:27
1549:22 1550:21
1553:16 1572:9,9
1579:3 1585:28
**measurable**
1514:11 1587:19
1606:21

**measure** 1514:20
1531:5 1587:19
**measured** 1549:24
1550:1 1553:20
1569:10 1574:12
1574:21,23 1588:3
**measurement**
1531:4,20 1532:7
1549:19 1550:26
1551:11 1585:5
1608:27
**measurements**
1531:19 1549:11
1549:11,12,12,16
1551:12,17 1586:7
1588:7
**measuring** 1588:4
**mechanisms**
1590:4
**medical** 1527:14
1527:16 1528:5
1535:9 1536:9,28
1537:18 1544:4,11
1544:18 1545:13
1548:3,6,8,23
1551:28 1554:27
1555:25 1557:6
1560:21 1561:22
1563:12,20 1565:2
1575:7 1580:11
1583:24 1586:9,25
1588:8 1593:14,16
1593:27 1594:23
1595:22 1602:24
1608:21,23,24
1612:24 1615:21
1617:11
**medication**
1547:26
**medications**
1541:5 1547:25

**medicine** 1525:4,7
1525:18,22 1526:4
1526:6,7,9,17,18
1526:23,25
1527:17,18,21,23
1527:25 1528:9,13
1528:15,18,27
1529:13,14,18
1530:12,16,22
1531:13 1532:13
1533:4,13 1534:12
1535:1,17,25
1536:1,5,8 1537:1
1537:2,13,16,20
1537:25 1541:2
1543:27 1545:17
1548:1 1553:1,15
1554:1 1558:12
1563:6 1566:3
1571:21 1572:24
1575:8 1576:10
1587:14 1588:15
1597:10
**medicolegal**
1542:3 1543:11
**meet** 1507:28
1508:17,21
1509:12 1520:2
**member** 1535:28
1536:7
**members** 1602:17
**memory** 1568:8
**mention** 1562:20
**mentioned**
1505:23 1529:28
1530:27 1539:28
1543:11 1553:8
1557:12 1563:22
1563:24 1565:4,17
1582:27 1590:1,2
1599:23,24 1602:1

1606:2
**mentors** 1528:28
**merit** 1540:18,20
**merits** 1521:24
**mesothelial**
1553:5
**mesothelioma**
1501:18 1540:27
1541:3,12,14
1542:6,20 1543:1
1545:15,17,18
1546:2,7,9,12,17
1547:12 1548:20
1548:25 1550:7
1552:4,11 1553:7
1554:3,11,17,20
1554:23,26 1555:2
1555:6,12,17,22
1556:3,3,6,26
1557:3,14,28
1558:17,18,23
1559:2,16,18,23
1560:5,12,14,16
1560:23,25 1561:3
1561:8,8,13,16,24
1561:27 1562:10
1562:12 1583:2
1589:8,12 1590:15
1591:7,21 1592:11
1593:18,20
1594:20,20,23
1597:7,28 1599:14
1601:15,19,24
1605:18,22,27
1606:4,13,25
1607:4 1613:21
1614:13 1616:14
1616:25
**mesotheliomas**
1588:20

**met** 1507:27
**metastases**
1546:27
**method** 1515:14
1515:19,28 1516:9
1520:6,6
**methods** 1609:28
1610:2
**metropolitan**
1539:18
**micrometers**
1520:8
**microscope**
1512:3
**microscopes**
1608:14
**microscopic**
1608:27
**microscopist**
1609:5
**microscopy**
1511:17 1516:23
1518:16 1608:14
**mid** 1590:5
**middle** 1519:23
**milled** 1591:25
**miller** 1588:20
1590:23
**millers** 1589:20
1592:1
**milling** 1518:5
**million** 1575:1
1589:15,16,17
1596:28
**millions** 1500:22
1500:22 1503:9
1566:19
**millman** 1564:6
**mills** 1590:24
**mind** 1562:13,14
1572:11 1583:12

1594:6,14 1595:8
**mine** 1502:5
1503:1 1514:2
**mined** 1502:5
1573:22 1576:23
**miner** 1588:20
1590:23
**mineral** 1511:10
**mineralogical**
1523:8,14 1610:5
1610:20
**mineralogist**
1609:4
**mineralogists**
1509:2,22
**mineralogy**
1508:4 1509:9,11
1608:17
**minerals** 1518:4
1518:17
**miners** 1588:16
1589:19 1591:28
**mines** 1514:13
1573:15,22
1576:23 1590:24
1592:11 1610:5,20
**mini** 1558:5
1583:11
**minimis** 1606:11
**minimum** 1534:19
**mining** 1514:6
1518:5
**minute** 1519:16
1595:27 1615:15
**minutes** 1499:28
1504:21,22
1566:24,24,25
**misapply** 1571:15
**mistrial** 1583:28
**misunderstood**
1600:2

**modicum** 1600:14
**moline** 1497:12
1499:28 1500:10
1500:17,26 1501:1
1501:17 1504:26
1524:2,9,21
1525:3 1527:6
1545:12 1560:4
1565:27 1569:15
1580:4 1583:4
1584:14 1585:10
1594:3,26 1596:3
1596:9 1597:4
1598:18,24
1602:24 1603:9,25
1605:24 1608:12
1609:6,27 1612:6
1612:19 1614:28
**moline's** 1498:7
1604:1 1605:12
1607:24 1609:13
1611:3 1614:5
1615:18 1616:20
**moment** 1519:10
1567:16
**money** 1591:14
**monitor** 1541:9,9
**monitoring**
1518:19
**monitors** 1598:20
**montana** 1514:2
1514:12,21 1515:6
**month** 1555:19
1590:19 1596:19
**morning** 1499:13
1505:13,14
1517:10,11
1524:27,28
1566:22 1596:3
**mornings** 1499:14

**morphological**
1508:19,21
**morphology**
1508:4
**mortality** 1589:22
**morton** 1496:20
**motion** 1499:21
1500:1,9 1501:16
1504:8 1571:18
**motions** 1500:15
1504:1 1573:15
**mouth** 1538:6
**move** 1509:16
1522:22 1543:10
1558:7,8 1583:27
1585:7 1588:11
1606:7 1613:27
**moved** 1533:24
1539:21
**moving** 1601:27
**mt** 1527:21
1532:13,14,15
1533:4,5,18,22
1534:21 1537:6,9
1539:2 1540:8
1543:27 1565:7,12
1599:23
**multiple** 1550:2
1571:14
**multiply** 1577:8
**muscle** 1546:20
**muscles** 1547:19
**mushrooming**
1556:28 1557:6,9
**musk** 1593:2

**n**

**n** 1497:1 1524:22
1524:22
**name** 1499:2
1514:18 1524:20
1525:3 1533:26

1537:3
**named** 1507:8
1533:12
**narrative** 1584:21
**narratives**
1534:19
**nate** 1593:2
**national** 1534:9
1539:19 1565:8,9
**naturally** 1509:5
1512:19,24,28
1514:19,27
**nature** 1529:17
1568:9,9
**near** 1549:4
**necessarily**
1552:27
**necessary** 1562:24
**necrosis** 1547:8
**need** 1504:11
1508:10 1558:7
1570:28 1572:3
1580:16 1582:25
1591:9,15 1614:9
**needed** 1508:28
**needs** 1504:12
1548:9 1569:23
**negate** 1559:11,21
**neither** 1599:17
**nemeth** 1607:14
1607:19
**ner** 1495:3 1499:4
1618:3
**nerve** 1547:18
**nerves** 1547:19,20
**network** 1537:28
**never** 1519:17
1551:26 1558:22
1578:2,8 1579:28
1582:27 1601:3,10
1602:5,12,16,20

1608:19
**new** 1496:21,21
1534:5,5 1536:3
1537:12,18,27
1539:18,21,21,22
1539:24 1607:14
**niosh** 1518:7
1534:9 1539:28
1540:1,2
**node** 1545:7,9
1616:13,28
**nodes** 1546:22
1616:16,17,24
**nolan** 1498:12
1517:20 1521:10
**non** 1518:26
**nonasbestiform**
1520:1,15,21
**nonasbestos**
1513:23 1518:9
**nondetects**
1574:27
**nonresponsive**
1509:17 1614:3
**noon** 1617:19
**normal** 1518:6
**northwell** 1537:13
1537:20
**noted** 1499:7
1556:13 1592:23
**noticed** 1615:27
**number** 1499:1
1533:17,25 1537:4
1537:28 1539:17
1540:10 1543:28
1550:24 1556:24
1563:27,27 1565:4
1570:2,3 1578:9
1589:24 1590:24
1591:7,10 1592:5
1605:5,7 1614:15

**numbers** 1557:1,1
1578:27 1585:11
1585:12 1590:26
1591:2 1600:23
**nursing** 1534:14
1534:15

**o**

**o** 1524:22
**o0o** 1499:8
**oath** 1599:1
**object** 1508:6
1542:9 1558:3
1564:15 1607:5
**objected** 1583:14
**objection** 1503:27
1504:10,12
1542:22 1543:4
1548:12 1551:23
1552:5 1559:25
1560:17 1561:18
1564:26 1565:22
1565:23 1566:9
1567:1 1577:16
1582:4 1584:20,26
1585:21 1586:12
1586:28 1587:10
1587:11,28
1588:11 1589:9
1594:10 1595:13
**objections**
1506:20,21
**obligation** 1523:13
**observed** 1508:5
**obtained** 1602:12
**obviously** 1578:16
**occasion** 1551:15
**occupational**
1525:4,6,11,17,22
1526:1,6,17,24
1528:6,9,10,14,27

1529:11,13,18,22
1530:11,22
1531:13 1533:4
1534:8,9,11,12,14
1535:1,4,16,24
1536:1,26 1537:1
1537:2,13,15,25
1538:13,14 1541:2
1542:16 1543:27
1545:16 1548:1
1553:1,15 1554:1
1558:11 1561:1
1563:6,7 1565:3
1565:16 1566:3
1571:20 1572:24
1575:8 1576:10
1587:13 1588:15
1597:10
**occupy** 1529:4
**occur** 1525:24,25
1525:25 1530:6
1545:19 1565:20
1569:6 1578:20
**occurred** 1501:9
1587:14
**occurring** 1509:5
1512:19,25,28
1514:19,27
1563:16
**occurs** 1526:1
1589:13
**october** 1495:18
1497:3 1498:3
1499:3 1618:22,23
**offer** 1544:2
1571:26 1580:17
**offered** 1533:23
1537:11 1544:7
**offering** 1543:23
1569:5,13,23
1571:17 1573:10

**offers** 1510:21
**official** 1511:1,4,8
1511:12,15
1512:10 1519:13
1519:14 1618:16
1618:28
**oh** 1545:8
**okay** 1505:18,27
1506:8 1507:20,25
1508:2,25 1510:1
1517:27 1518:3,4
1518:13 1521:5
1524:7 1525:17
1527:24 1529:9,24
1530:11 1531:8,12
1532:11 1533:2
1534:20,25
1535:10 1536:10
1536:20 1537:10
1537:17,22 1538:9
1539:28 1540:22
1541:1 1542:15,28
1543:8,16,19,26
1544:4 1545:12
1546:2 1547:24
1549:21 1550:2
1551:4 1553:13,28
1554:9 1555:11,21
1557:4,8,26
1558:16 1559:3,8
1559:13 1560:13
1562:15,25,27
1563:3,5,23
1564:1,9,13,20
1565:17,26 1577:7
1584:8 1585:14
1586:2,14,18
1589:3 1592:16
1593:26 1596:10
1597:13 1598:22
1599:9 1600:26

1608:6 1610:11,12
1611:12 1614:7
**once** 1555:19
1580:6 1596:19
1601:10
**oncologist** 1541:4
1597:26 1598:4,5
1598:6
**oncology** 1597:24
**onion** 1552:22
**open** 1499:11
1505:4 1566:27
1584:10
**opined** 1502:4
1607:2
**opinion** 1500:2,13
1501:3,17 1502:26
1552:1 1566:6,8
1566:12 1568:5,14
1571:22,27 1576:6
1586:8,24 1587:4
1593:17,21,26
1594:8,15,16,17
1595:11,17,21
1605:25 1612:1
1613:17 1614:8
**opinions** 1544:3,6
1567:4 1569:18,24
1573:11 1580:4
1586:18,21
1592:15 1602:6,13
1602:18 1611:20
**opportunity**
1537:11 1542:14
**opposite** 1509:20
**options** 1520:17
**oranges** 1512:16
1512:16
**order** 1513:6
1514:20 1515:11
1553:20 1559:4

1562:12 1568:22
1574:18 1576:5
1577:4 1589:14
1591:10,15
1606:17 1608:1,9
1614:20
**orders** 1578:22
1579:6
**organization**
1528:6 1536:9
1540:2 1596:26
**organizations**
1535:24
**organs** 1547:11
**originally** 1522:17
**orrick** 1496:20
**osha** 1518:1,7,25
1519:2,22,24,27
1520:13,19
1550:11,24
**osha's** 1519:14
**ought** 1552:9
**outcomes** 1523:12
**outlier** 1574:26
**outline** 1527:11
**outlined** 1556:7,28
**outside** 1508:7
1519:8 1525:25
1539:22 1564:28
**outward** 1547:17
**overall** 1538:17,20
1587:17
**overbroad**
1584:20
**overrule** 1503:26
**overruled** 1508:11
1542:11,24
1551:25 1560:19
1564:18 1565:1
1566:11 1584:28
1585:9,23 1587:2

1587:12 1588:1,13
1589:11 1594:12
1595:15 1607:8
**overseeing**
1534:15
**oversees** 1540:3
**oxygen** 1547:4,6

**p**

**p.m.** 1617:19
**pacific** 1495:11
1618:11
**page** 1495:22
1497:7 1501:11
1508:26 1509:25
1509:26 1510:20
1510:21 1513:14
1513:16 1517:26
1567:10,17,22
1571:13 1581:7
1603:28 1604:6
1605:11,11
1607:18,22,23
1609:12 1610:28
1611:10,25
1612:27 1614:4
1615:17 1616:2,19
1617:21
**pages** 1495:26
1527:9 1615:27
1618:19
**paid** 1557:5
**pain** 1547:13,15
1547:22
**painful** 1547:21
**palmolive** 1575:11
1577:15,19
**panatier** 1496:3,3
1497:11 1504:27
1505:16 1506:19
1508:6 1513:15
1517:19 1519:8,15

1519:17 1521:9,15
1521:27 1522:24
1522:28 1523:2,22
1524:5 1527:5
1581:22,25
1582:17
**panel** 1540:10,12
**panels** 1540:13,14
**paper** 1522:6
1556:25 1561:10
1561:14,21 1569:9
1571:6 1576:1
1577:4
**papers** 1556:25,28
1560:22,24,26
1563:27 1564:27
1569:8
**paragraph**
1505:16 1508:14
**parallel** 1511:19
**pardon** 1581:24
**part** 1500:2
1516:17 1521:6,8
1532:16 1541:23
1556:16 1569:21
1575:7 1583:13
1599:28 1603:8
**particles** 1507:26
1508:17,21 1510:7
1510:9 1518:10
**particular**
1503:16,16
1527:26 1531:6
1545:27 1546:1
1554:9 1558:27
1571:8 1576:6
1613:10
**particularly**
1500:18 1533:18
1560:7,8 1563:1

**parts**  1545:19
  1546:25 1553:4
**pasadena**  1499:3
**pass**  1517:6
**passage**  1523:4
**passed**  1526:19
**passion**  1593:4
**pathological**
  1562:21
**pathologist**
  1597:21
**pathology**  1597:19
**pathway**  1541:20
**patience**  1601:28
**patient**  1532:4
  1533:27 1547:12
**patients**  1528:22
  1531:15 1532:16
  1532:17,18
  1533:28 1534:24
  1535:2 1539:4,25
  1539:26 1541:3,8
  1541:11,17,18
  1542:2 1583:1,6,7
  1583:23,24
  1597:27 1598:2
  1599:27 1600:15
**pause**  1546:14
**peer**  1536:11,12
  1536:22 1561:22
**pel**  1550:25
**penalty**  1514:15
  1514:25
**pending**  1524:14
**penetrate**  1553:3
**people**  1511:21
  1515:12 1525:8,14
  1526:9 1530:19
  1532:22 1534:22
  1535:5,19 1538:10
  1540:27 1542:6,19

1547:10 1549:4,8
  1550:27,28 1551:1
  1552:25 1554:7,18
  1555:4 1557:2,27
  1560:9 1565:12
  1568:14 1577:21
  1589:4,18 1590:5
  1590:6,18 1591:8
  1591:21,26
  1598:21 1600:8
  1603:20
**percent**  1510:9
  1542:25 1576:19
  1576:20 1600:19
**percentage**
  1616:10
**perform**  1567:25
  1612:12
**performed**
  1567:18 1570:1
  1572:17 1612:6,10
  1615:12
**perfumed**  1593:3
**period**  1502:6
  1527:22 1549:28
  1553:20,24,24
  1561:13
**periodically**
  1540:12
**periods**  1554:14
**perjury**  1514:15
  1514:25
**permissible**
  1550:12,25 1551:8
  1582:3
**permitted**  1571:26
**person**  1503:14
  1506:21 1528:24
  1528:25 1529:7
  1555:11 1558:12
  1559:22 1561:11

1561:14,15
  1562:15 1566:4
**person's**  1555:13
  1558:13 1606:23
  1607:2
**personally**
  1598:20
**perspective**
  1533:3 1545:16
  1548:2 1549:16
**pertaining**
  1585:18
**peter**  1496:25
**philosophy**
  1527:15
**physician**  1533:10
  1535:4,17 1566:3
**physicians**  1536:8
  1538:7
**pinpoint**  1556:9
**place**  1513:9
  1528:26 1533:8
  1572:8 1590:4
**plaintiff**  1523:27
  1568:22
**plaintiffs**  1495:9
  1496:3 1497:7
  1498:5 1500:8,18
  1500:28 1501:24
  1501:25 1521:22
  1522:9,13,17
  1524:10 1527:1,2
  1567:15 1583:8,9
  1596:22,25 1597:1
  1601:1,9 1618:8
**plan**  1579:21
**planned**  1523:27
**plaques**  1617:3,8
  1617:13
**play**  1530:13
  1531:12,21

**played**  1533:5
  1561:17
**please**  1508:3,13
  1510:23 1511:7
  1524:19 1525:2
  1527:6 1539:1
  1604:13 1607:20
  1614:25
**pleural**  1553:6
  1617:3,13
**plm**  1516:10,25
  1517:2
**pneumonitis**
  1604:28
**point**  1504:1
  1528:1 1534:14
  1554:14 1580:7,9
  1580:13,16 1582:9
  1583:21,27 1607:6
  1617:16
**pointed**  1522:3
**poisoned**  1532:8
**polarized**  1511:16
  1518:15
**policy**  1523:18
**population**  1530:7
  1533:28 1573:12
  1589:15,16
  1590:10,11
**populations**
  1530:5
**portion**  1574:9
  1613:28
**position**  1501:24
  1501:25 1519:13
  1519:14 1533:23
  1567:15 1599:23
  1603:18
**positions**  1519:19
**positive**  1502:18

possess  1511:11
possibilities
  1501:10
possibility
  1564:22
possible  1521:12
  1522:7 1559:4
  1605:21 1608:20
  1610:1
possibly  1560:10
potential  1509:3
  1541:22 1542:27
  1567:7 1581:21
  1599:10 1604:21
  1605:4
potentially
  1516:21 1603:16
  1614:28
powder  1500:6
  1502:13,13 1503:1
  1503:15 1545:1
  1564:11,23 1565:6
  1565:21 1566:5
  1568:28 1569:7,11
  1573:9 1574:5,18
  1574:23 1575:21
  1578:21 1580:18
  1580:25,28 1582:2
  1584:16 1586:3,10
  1586:27 1587:6,24
  1592:20,21,24,25
  1593:9,11,12
  1594:4,19,28
  1595:5,6,19
  1597:6,6 1601:22
  1601:23 1609:21
  1610:27 1613:24
powders  1568:16
  1579:10 1581:2
  1593:3,13,23

power  1591:11,16
  1592:6
powerful  1591:20
pox  1553:23
practice  1537:23
  1537:26 1540:26
  1541:24
practicing
  1543:27
precluded  1571:17
predecessor
  1595:4
predecessors
  1502:12,20
predict  1554:21
prejudice  1570:7
premarked
  1506:13 1507:7
  1510:15
presence  1499:12
  1503:18 1505:5
  1551:21 1566:28
  1584:11 1596:7
  1615:9
present  1502:26
  1518:17 1520:22
  1549:17 1551:8
  1564:10,22 1616:9
presenting
  1578:18
preserve  1583:27
pressure  1538:22
pretty  1544:22
prevent  1526:9
prevention
  1537:16
preventive  1526:4
  1526:7,9 1536:5
previously  1520:3
prior  1606:22

prismatic  1510:8
pritzker  1527:17
pro  1495:27
  1618:17,28
probably  1499:20
  1552:8
problem  1528:25
  1528:25 1529:6,6
  1529:7,8 1568:7
  1581:4 1582:26
  1596:5
problematic
  1580:4
problems  1539:5
proceeding  1495:6
  1618:5
proceedings
  1495:17 1499:11
  1499:24 1505:4
  1566:27 1583:18
  1584:10 1618:20
process  1547:13
product  1500:24
  1516:19,20 1549:3
  1549:5 1565:21
  1567:28 1569:15
  1570:12,12,21,25
  1570:25 1571:8,26
  1572:3,3 1573:20
  1574:3,14,17,19
  1574:21 1575:6,12
  1575:13 1576:19
  1576:20,23,25
  1577:12,15,18,22
  1579:6,16,17
  1580:18 1582:12
  1582:16,19,21
  1585:25 1586:3
  1591:26 1592:2,10
  1592:12

products  1500:12
  1500:23 1501:20
  1516:11,16 1545:2
  1554:19 1564:11
  1564:23 1567:21
  1569:7,11 1570:9
  1570:10,14,19
  1573:9,15,22
  1574:5,11 1575:15
  1575:20 1576:18
  1576:27 1577:3
  1578:21 1580:10
  1580:10 1581:12
  1581:13,20
  1584:16 1586:11
  1586:19 1592:28
  1594:5,9,28
  1595:10 1601:23
  1610:24 1611:16
  1611:21 1612:3,9
  1615:2
professional
  1535:24 1536:8
professor  1506:2,5
program  1526:16
  1527:19,20,21
  1528:8,27 1534:4
  1538:17 1539:19
  1539:23 1540:3,7
programs  1534:11
  1534:14,15 1539:8
project  1532:26
  1533:1
projects  1540:5
proof  1580:17
properties  1552:2
  1552:14,18,22,28
proposing  1540:21
proposition
  1501:26 1603:11

**protect** 1550:27
  1550:28
**protocol** 1520:11
**prove** 1592:9
**proves** 1582:18
**provide** 1501:7,17
  1523:14 1531:16
  1531:17 1544:13
  1544:26 1547:6
  1567:3
**provided** 1500:11
  1521:19 1539:10
  1583:24 1592:18
  1604:3 1612:24
**provides** 1613:24
**public** 1527:28
  1528:2,3 1536:4
**publication**
  1518:24
**publish** 1522:11
**published** 1521:28
  1536:11,14
  1575:26 1576:1,4
  1577:9 1578:24,26
  1585:17 1613:25
**pull** 1511:7
  1517:21
**pulling** 1512:4
**pulmonologist**
  1597:16
**pulmonologists**
  1597:15
**purposes** 1510:16
  1516:13 1611:19
  1612:1 1616:24
**put** 1500:17
  1510:23 1520:5
  1570:25 1598:20
  1614:19
**putting** 1578:27

**q**

**qualification**
  1590:22
**qualified** 1503:23
  1608:25,26
  1609:20
**qualitatively**
  1569:18 1578:20
**quantification**
  1549:23 1568:21
  1568:24 1569:22
  1570:8 1572:6,28
**quantifications**
  1575:16
**quantify** 1567:19
  1567:26 1569:2,17
  1572:19 1612:7
**quantitative**
  1612:11
**quantity** 1577:5
  1578:27
**quarter** 1574:28
**quarters** 1543:1
  1557:27 1558:1
**queens** 1539:24,24
**question** 1506:24
  1509:18 1510:11
  1511:14 1512:6,7
  1512:8 1513:11,18
  1513:22 1514:23
  1517:4 1522:25
  1534:18 1552:7,9
  1552:10 1559:27
  1567:24,25 1568:9
  1568:9 1571:5,16
  1572:7,27 1578:23
  1580:22 1581:9,15
  1583:23 1586:13
  1590:22 1591:16
  1592:7 1594:13
  1604:11,16,23

  1605:9,13 1607:10
  1607:27 1608:5,6
  1609:20,23
  1610:15 1611:5,14
  1611:28 1613:7
  1614:7 1615:20
  1616:4,22
**questioning**
  1580:8
**questions** 1502:23
  1503:28 1504:10
  1519:28 1522:23
  1522:26 1559:1
  1568:18 1569:17
  1569:20 1594:2
  1595:24 1598:8
  1599:5 1604:27
**quick** 1517:16
**quickly** 1570:28
**quite** 1513:5
  1528:19 1591:12
**quotation** 1571:15
**quote** 1501:2

**r**

**r** 1497:1 1515:14
**r.j.** 1506:1,10
  1509:13 1515:13
  1516:3
**r.t.** 1521:13
  1522:2
**radiation** 1560:5,8
  1560:8,9,11,12,13
  1560:24,28 1561:3
  1561:9,15,25
  1593:25 1603:6,9
  1603:15,19,21
  1604:18,25,28
  1605:1,3,8,14,18
  1605:21,25 1606:2
  1606:5

**radiologic** 1600:20
**radiological**
  1617:10
**radiologist** 1598:8
**raise** 1504:11
**raised** 1504:13,16
  1517:18 1519:15
**range** 1531:24,28
  1554:22
**rare** 1541:18
  1553:8,11 1560:27
  1589:13 1591:6
**rarely** 1562:26,26
**rate** 1543:17
  1553:9 1590:12,16
**rates** 1555:5
  1590:14 1591:28
**rating** 1533:24
**ratio** 1511:19
  1520:8
**ray** 1532:20
  1565:21 1600:21
**rays** 1532:19
**reached** 1593:17
**read** 1505:16,17
  1506:7 1507:3
  1508:23 1509:6
  1510:1 1513:10,11
  1513:11 1514:26
  1520:28 1548:16
  1603:28 1605:10
  1607:17,25
  1609:12 1610:28
  1611:25 1612:27
  1614:2,4 1615:17
  1615:27 1616:2,19
**reading** 1505:28
  1532:22 1604:10
  1604:15 1609:19
  1611:13 1613:6
  1615:28

**ready**  1583:20
 1584:8 1610:17
**realized**  1539:6
**really**  1525:26
 1529:4 1530:7,16
 1533:12 1565:24
 1573:14 1575:23
 1577:13 1583:3
 1588:28
**reasonable**  1544:3
 1586:8,24 1593:27
 1594:23 1595:21
**reasonably**  1576:8
**reasons**  1528:1
**recall**  1521:14
 1522:2 1564:3
 1616:27
**received**  1527:22
 1529:23 1560:24
 1560:28 1585:3
 1603:5,21 1605:8
**receiving**  1560:12
**recess**  1566:22,23
 1583:17 1617:17
 1617:20
**recognition**
 1553:28
**recognized**
 1559:20 1562:1
 1568:26
**recollection**
 1615:15
**recommendations**
 1532:3 1538:19
**reconstruct**
 1573:3
**record**  1520:18
**records**  1542:13
 1544:11,18
 1545:13 1593:15
 1602:24 1615:21

1617:12
**recross**  1497:9,10
 1505:8,11 1517:8
**redirect**  1497:11
 1508:7 1517:19
 1519:9,15 1523:1
 1604:9
**refer**  1563:5
 1582:13
**reference**  1616:23
**referenced**  1503:7
 1526:11
**referrals**  1538:5
**referring**  1545:5
 1572:18 1583:24
**refresh**  1568:8
**regard**  1582:17
**regarded**  1554:5
**regarding**  1533:9
 1533:20 1552:1
 1561:7 1562:8
 1586:18 1592:15
 1614:8
**region**  1498:13
 1505:16,23,24,25
 1505:28 1506:6,10
 1507:2,8,18,23,27
 1508:8 1509:21
 1510:15,25 1511:2
 1511:13 1512:11
 1512:18 1514:26
 1515:13,18 1516:3
 1516:8 1590:13
**regional**  1537:28
 1616:24
**registry**  1538:13
 1538:14
**regular**  1541:9
**regulate**  1518:4,15
**regulates**  1550:12

**regulating**  1520:1
**regulation**
 1511:27 1520:3
 1521:1
**regulations**  1511:5
 1518:11 1519:2
 1520:27
**regulatory**  1511:1
 1512:10 1516:13
 1520:17 1523:16
 1523:18
**rejected**  1498:5,9
 1509:11
**rejecting**  1509:8
**relate**  1574:18
 1599:14
**related**  1499:28
 1508:9 1523:18
 1533:15 1536:18
 1538:4,19,20
 1539:15,16
 1544:12 1553:18
 1553:25 1562:10
 1580:5 1600:6,17
 1600:20,22,25,27
 1601:4,11
**relates**  1588:15
**relating**  1535:24
 1545:1 1548:4
 1563:12
**relationship**
 1554:24 1563:20
**relative**  1577:3
**releasability**
 1592:3
**release**  1575:26
 1579:5,9,15
 1580:11 1581:1
 1582:12,19
 1585:20

**released**  1547:8
 1571:8,10,10
 1573:9 1577:11
**releases**  1582:15
**relevance**  1570:18
**relevant**  1520:13
 1573:6,16 1575:10
 1579:16
**reliance**  1569:21
 1575:27
**relies**  1500:5
 1572:23 1579:8
**rely**  1506:9 1548:3
 1548:7 1569:9
 1571:22 1574:9,17
 1574:19 1576:8,10
 1577:10 1578:24
 1578:25 1579:4
 1581:26 1608:28
 1609:4,23 1615:5
**relying**  1572:25
 1577:18 1580:27
 1581:27 1582:1,1
**remember**
 1511:28 1602:3
 1603:25,27
 1607:13 1609:6,8
 1609:10
**remiss**  1522:16
**render**  1568:5
 1614:11
**rendering**  1571:22
 1602:6,13
**rep**  1502:17
**repetitive**  1504:17
 1543:9
**rephrase**  1586:13
**replaces**  1547:4
**report**  1505:20
 1513:18 1522:7
 1523:7 1545:3,4,8

1584:15,19
**reported** 1549:17
  1554:13 1556:10
  1558:27 1564:21
  1574:8 1575:6
  1590:28 1591:2
**reporter** 1495:27
  1499:5 1618:16,28
**reporter's** 1495:17
**reporting** 1589:22
**reports** 1544:25
  1544:26 1563:15
  1589:3
**represent** 1522:9
**representations**
  1571:2
**representative**
  1502:4
**representing**
  1567:11
**require** 1502:24
**required** 1503:19
  1518:16,18
  1554:10 1562:9
**requirement**
  1568:21 1576:3
**requirements**
  1508:20 1528:3
  1529:18
**research** 1508:27
  1529:11,22,22
  1532:26 1534:6
  1540:5,15
**researcher**
  1556:22,26
  1557:13
**researchers**
  1565:7
**residency** 1527:19
  1527:20 1529:10
  1529:13,17,19,20

1532:12 1534:3
1536:6
**respect** 1500:18
  1501:18 1503:28
  1518:24 1544:18
  1553:17 1558:16
  1560:15 1561:23
  1565:2 1567:4
  1571:25 1575:20
  1577:22 1579:14
  1582:9 1588:8,9
  1604:20 1605:3
  1611:23 1613:23
  1616:8 1617:9
**respectful** 1578:16
**respectfully**
  1566:20 1576:28
  1579:13
**respirable**
  1570:17 1582:15
**respiratory**
  1539:5
**respond** 1569:27
**responded**
  1539:20
**response** 1509:13
  1554:28 1555:2,8
**responsible**
  1534:7 1547:9
  1588:4
**resumed** 1505:11
  1583:19
**returned** 1505:6
  1584:12
**reveal** 1615:13
**review** 1536:11,12
  1540:10,12,13,14
  1540:14,17,25
  1544:11,14
  1545:12 1591:19
  1592:17 1615:20

1617:11
**reviewed** 1519:24
  1520:13 1542:13
  1544:24,28
  1551:28 1561:22
  1563:12 1564:10
  1564:21 1584:15
  1585:17 1586:15
  1588:16 1602:23
  1603:22 1611:23
**reviewer** 1536:22
  1536:27 1540:9
**ribs** 1547:1
**right** 1502:25
  1505:17,20 1506:1
  1506:3,4,10
  1507:23,28
  1511:13,28
  1512:22,25 1513:5
  1513:12 1514:27
  1515:2,6,15,20,25
  1516:10,25 1518:5
  1518:11,22,27
  1519:1,3 1520:3
  1520:25 1521:2,15
  1521:20 1522:1,10
  1522:18,23 1523:4
  1525:23,24
  1527:10 1538:27
  1541:11,13
  1543:21 1544:9,24
  1551:12,27 1573:2
  1578:11 1596:9
  1597:11,14,25,28
  1598:11,25
  1599:15 1601:27
  1602:5,18,20,24
  1602:27 1603:6,7
  1603:10 1606:3,9
  1606:19 1611:22
  1612:17,22 1615:6

1615:23
**risk** 1551:2
  1604:26 1605:14
  1605:18
**rmr** 1495:27
  1618:27
**rock** 1518:9
  1591:24
**rocks** 1508:5
  1518:6
**rohl** 1565:14,17
  1566:18,18
**role** 1503:28
  1523:8 1530:12
  1533:5 1559:22
  1561:17
**roles** 1533:25
**romano** 1496:11
  1614:21,22
**room** 1552:27
**ross** 1498:15
  1507:8,16,17
**rounds** 1532:20
**route** 1579:12
**rule** 1495:6
  1503:14 1508:18
  1515:22,27
  1516:27,28
  1520:18 1618:6
**ruled** 1571:20
**rules** 1507:27
  1509:12
**ruling** 1500:14
  1579:14 1582:10
**rulings** 1578:17
**run** 1552:27
**running** 1514:18
  1579:19

| s |
|---|

s  1497:1 1498:1
safe  1511:22
   1532:8 1550:19,23
   1551:7 1554:1,4,6
   1603:16 1604:18
safety  1534:8,10
   1534:12
sample  1515:17,19
   1516:6 1592:8
samples  1502:2,18
   1505:24,25
   1511:17 1515:12
   1515:14,25,26,28
   1516:5,10,18,20
   1516:24 1585:1
   1609:5 1615:13
sampling  1515:14
sargon  1570:22
sat  1526:18
saves  1505:2
saw  1532:17,18
   1533:28 1540:22
   1545:3 1573:17
   1600:8 1615:21
   1617:12
saying  1503:25
   1509:21 1510:12
   1513:22 1514:17
   1515:18 1516:8,8
   1521:22 1561:14
   1575:2,4 1581:22
   1581:25
says  1501:2
   1508:26 1509:26
   1510:25 1516:9,15
   1516:24 1518:1,13
   1519:23 1561:11
   1587:14
scan  1541:10

scenario  1531:7
   1558:20 1574:8
scenarios  1535:8
   1541:23 1548:27
   1551:9 1557:2
schedules  1552:12
school  1514:5
   1527:14,17,21
   1532:13 1537:18
   1537:20 1593:1
science  1527:15,22
   1527:25 1531:5
sciences  1565:8
scientific  1500:19
   1505:22 1540:17
   1540:18,20
   1572:23 1575:7
   1576:5 1586:7
   1593:16
scientifically
   1523:15
scientist  1533:1
scientists  1505:28
   1506:9 1510:28
   1512:9 1533:17
   1548:23 1562:6
scope  1508:7
   1519:9 1548:13
   1551:24 1565:24
   1589:10
screen  1509:28
   1510:24 1614:19
screenings
   1599:22,25,28
se  1530:10
   1614:15,16
seat  1524:18
second  1508:13
   1519:14 1527:20
   1529:12,20,24
   1533:12,14

1546:14 1604:13
   1613:2 1615:26
secretary  1536:2
section  1508:13
   1511:8 1512:12
see  1506:23
   1508:26 1517:14
   1518:1,20 1519:23
   1527:13 1530:24
   1531:6,22 1538:3
   1538:8,9,16,18
   1539:9,15,25,25
   1540:26 1541:8,8
   1541:17,18
   1545:27 1555:8,9
   1558:22 1566:22
   1575:14,19
   1591:11,17
   1600:19 1604:3
seeing  1511:28
   1530:19 1531:15
   1532:16 1534:23
   1539:3 1598:3,3
   1599:27
seen  1500:16
   1506:2,25 1507:13
   1516:22 1543:2
   1548:7,11 1557:27
   1561:10,13,21
   1564:14 1591:27
   1593:16 1600:4,11
   1600:13,16,26
selected  1503:7
selikoff  1533:11
   1533:19
seminars  1534:17
send  1532:8
sense  1539:6
   1555:8 1582:21
   1586:2,6 1590:27
   1591:1 1610:11,14

sentence  1508:26
   1509:25
sentinel  1545:23
   1545:26 1557:23
separate  1574:7
separating
   1555:14
september  1539:3
series  1556:2
   1557:17,21
   1585:11 1589:7
serve  1540:12
served  1536:20,22
   1540:9
session  1495:19
   1497:3 1498:3
   1499:6
set  1550:15
   1595:27
sets  1541:19
setting  1531:2
   1600:16 1609:2
severe  1570:7
shaker  1574:10,13
   1574:14
shape  1517:15
sharla  1496:16
shifted  1528:13
shocks  1522:21
shoe  1575:28
short  1554:14
   1566:1
show  1506:12
   1507:6 1523:4
   1579:9 1584:23
   1605:5 1607:20
   1613:26
shower  1592:25
   1592:25 1594:4,4
   1597:6,6 1601:22
   1601:22

**[showered - statements]**

showered 1592:27

showing 1502:13
1502:18 1564:4
1579:4 1580:28

shown 1523:3
1560:6,22 1564:9
1580:11 1586:7

shows 1571:7

sic 1556:3 1583:22

sick 1503:19
1526:10

side 1519:23
1536:20 1582:3

signal 1545:23
1546:3,5

significant 1566:4
1568:15,27
1606:18 1608:2
1613:20 1614:12

similar 1537:3
1541:7 1551:5
1570:20 1598:7

simon 1496:3
1522:8 1596:25

simpler 1560:3

simply 1576:26

simpson 1495:3
1499:4 1618:3

sinai 1527:21
1532:13,14,15
1533:4,5,18,22
1534:21 1537:6,9
1539:2 1540:8
1543:27 1565:7,12
1599:23

sir 1505:13,25
1506:7,11,24,28
1507:3,6,13,15,19
1507:24 1508:1,23
1508:24 1509:6,10
1510:11,13,27

1512:1,7,21,26
1513:13 1514:15
1514:28 1515:21
1515:24 1516:1,4
1517:5,11 1518:21
1521:16 1522:2,5

sit 1524:6

sitting 1578:4

situation 1551:5

size 1511:19
1549:26 1592:8

small 1553:2
1587:18 1605:5,6
1606:11 1616:9

society 1536:9

soft 1610:9,12

soil 1512:27
1514:19

soils 1508:5

sold 1500:23
1503:10 1577:23

solemnly 1524:13

somebody 1502:28
1530:2 1554:25
1578:21 1592:9
1609:4

somebody's
1531:20

someone's
1525:10 1531:17
1597:7

somewhat
1546:12 1556:20

sorry 1509:19
1538:14 1543:10
1556:5 1572:11
1610:6,8,13,14
1611:9 1614:26

sort 1500:16
1516:2 1527:26
1580:2

sorts 1503:8

sound 1523:15

sounds 1579:20

source 1512:27
1513:6,27 1514:10
1514:18 1515:11
1532:5 1599:11

sources 1568:26

south 1496:25
1556:26 1557:12

space 1547:17
1553:6

spalding 1496:10

speak 1565:18

special 1495:6
1618:5

specialist 1525:5

specialize 1528:20
1528:21 1597:14
1597:18,23

specialized
1529:21

specialty 1525:8
1526:5 1531:9

specific 1500:6,21
1500:24 1501:17
1503:3,9 1511:9
1545:28 1564:1
1568:17 1570:24
1571:26 1572:3,3
1573:13 1581:11
1598:5 1610:24
1611:16 1614:14
1614:16

specifically 1501:2
1501:15 1502:14
1514:18 1526:21
1529:27 1530:9
1536:18 1559:15
1561:28 1571:3
1599:14 1603:23

sorts 1503:8

spectrum 1555:10

speculation
1542:10

spell 1524:19

spend 1535:4

split 1582:24

spoken 1602:5,16
1602:20 1610:9,12

sporadically
1555:7

spread 1546:16,24

spreads 1546:17
1546:18

square 1575:17

stand 1504:28
1570:3

standard 1518:2
1518:14

standing 1504:9

standpoint 1530:2
1548:8 1553:1,14

start 1527:11

started 1532:15,15
1532:16,24
1537:18 1543:25
1549:1

starting 1513:16
1592:26 1593:4

state 1495:1
1524:13,19
1525:14 1536:9
1537:12,27
1565:28 1603:4
1618:1,17

stated 1509:12
1520:3

statement 1515:10
1562:7

statements
1548:11

**states** 1516:26
1533:8 1553:12
1561:22 1589:14
1591:28
**statistical** 1591:10
**stay** 1521:24
1533:22 1537:6
1578:10
**stayed** 1529:15
1537:8,9
**step** 1523:23
1572:6
**stick** 1515:10
**stony** 1521:11
**stood** 1506:1
**stop** 1552:27
1598:3
**stopped** 1593:12
**stopping** 1617:16
**story** 1573:21
**stranger** 1596:12
**street** 1496:11,16
1496:21,25
**strength** 1511:11
1512:13 1590:1
**strengths** 1589:4
**stress** 1523:7
**stricken** 1614:1
**strike** 1499:21
1509:16 1551:28
1558:8 1564:2
1585:7 1588:12
1613:27
**strong** 1528:27
**stronger** 1560:14
1577:1
**structure** 1510:26
**students** 1534:16
**studied** 1530:3
1563:11 1576:1
1577:4

**studies** 1530:18
1555:23 1557:19
1561:4 1564:21
1565:4,15 1570:4
1570:9,16,18
1575:15 1579:9,22
1580:27 1582:12
1588:16,21,23,26
1588:27 1589:1,7
1589:21 1590:3,25
1591:12,19,19
1592:9 1605:5,20
1615:12
**study** 1507:23,25
1508:17 1509:26
1510:2 1521:18
1529:27 1530:5,7
1530:21 1557:22
1564:6 1572:28
1574:8,10 1575:25
1575:26 1579:4
1582:13 1589:22
1590:10,28,28
1591:5,5,14
1609:5
**stuemke** 1496:7
1497:13 1501:25
1503:6,13 1504:12
1504:25 1524:1,26
1534:20 1542:15
1542:28 1543:8,10
1548:15 1551:27
1552:8 1558:10
1560:3 1561:10,21
1564:20 1565:26
1567:10,13
1568:10,12,13
1570:28 1572:9,14
1573:2,7,13
1574:1,16 1575:22
1576:28 1577:8

1578:5,7,15
1579:19 1580:6,9
1580:16,21,27
1581:15 1583:13
1584:13,14,23
1585:10,25
1586:14 1587:4,13
1588:14 1591:4
1594:13 1595:17
1595:24 1599:4
1604:2,6,13
1607:5,20,22
1609:16 1611:2,6
1611:7,10,12
1613:2 1614:26
**stuemke's** 1524:6
**stuff** 1565:28
**subject** 1506:19
1571:18 1581:16
1606:7
**subjects** 1599:20
**submit** 1501:12
**subsidiary**
1495:11,11
1618:10,11
**substance** 1558:28
1559:20
**substances**
1559:10
**substantial**
1520:20 1594:21
1595:19
**substantially**
1580:12
**suffering** 1541:12
1545:14
**sufficient** 1502:9
1504:4 1592:6
1606:12
**sufficiently**
1558:22

**sugar** 1549:26
**suggested** 1528:28
**suggestion**
1588:19
**suite** 1496:5,8,17
**summary** 1508:13
1508:16
**summer** 1554:15
**summer's** 1554:16
**superior** 1495:1
1618:1,17
**supplied** 1501:28
1502:5,12,21
1595:4,12
**support** 1501:22
1501:26 1502:27
1504:5
**supported**
1521:10
**supposed** 1522:14
1547:6 1583:10
**suppression**
1590:4
**sure** 1504:23
1512:3 1525:3
1527:13 1528:19
1534:16 1535:28
1539:2 1549:23
1552:6 1567:12
1589:12 1592:20
1596:11
**surgeon** 1541:5,6
**surgery** 1526:17
**surprising**
1583:15
**surrounds**
1546:19
**sustain** 1543:6
1565:23 1577:16
**sustained** 1522:19
1548:14 1561:20

1582:5 1584:22
**sutcliffe**   1496:20
**sworn**   1514:25
1524:10 1605:12
1607:19,24
1609:13 1611:26
1612:28 1614:5
1615:18 1616:3,20
**symptoms**
1541:13 1547:9
1600:21
**system**   1532:1
1537:12,14
1543:15

**t**

**t**   1497:1 1498:1
**take**   1504:27
1518:9 1519:16
1535:2,17 1549:13
1566:22 1571:14
1582:6 1583:16
1585:11 1591:13
**taken**   1551:17
1583:17 1591:25
1599:28 1617:20
1618:21
**takes**   1553:18
1554:3
**talc**   1496:23
1500:11 1501:20
1501:28 1502:2,4
1502:11,12,18,21
1502:28 1503:23
1504:5 1521:19
1542:7,20,21
1543:2 1557:28
1563:12,16,20,28
1564:4,7 1565:5
1565:11,13
1566:13 1567:21
1567:28 1571:8

1572:1 1583:2
1584:25 1585:19
1585:25 1588:9,16
1591:20,24
1592:10 1593:22
1594:5 1595:4,5,6
1595:12 1599:10
1599:18 1601:2,4
1601:9,11,14,18
1606:15 1608:19
1608:25 1609:1,25
1610:1,5,20
1611:21 1612:3,9
1612:20,26
1613:10,13,19
1614:10,12 1615:2
**talcum**   1500:6
1503:1 1545:1
1564:11,23 1565:6
1565:20 1566:5
1568:16,28 1569:7
1569:11 1573:9
1574:5 1575:21
1578:21 1579:10
1580:25 1581:2
1584:16 1586:3,10
1586:27 1587:6,24
1592:28 1593:3,23
1595:19 1609:21
1610:27 1613:24
**talk**   1519:13
1525:21 1526:26
1548:1 1559:15
1562:18,28 1563:8
1567:10 1581:20
1592:14 1596:9
**talked**   1519:17
1528:14 1529:24
1529:25 1532:12
1563:28 1565:10
1566:18 1588:14

1598:22 1599:25
1599:26 1606:8
1608:7 1615:5
**talking**   1505:27
1512:18,24 1518:8
1518:25 1519:12
1519:18 1520:7
1522:15 1547:14
1549:15 1553:9
1555:26,27
1564:16,27 1565:6
1569:15,19,21
1570:8 1576:21
1588:27 1591:23
1606:15 1607:6
1608:12 1609:3
1616:27
**talks**   1512:12
**target**   1552:12,15
**targeted**   1528:9
**task**   1578:10
**tasks**   1535:6
**teachers**   1536:5
**teaching**   1534:2
**technically**
1529:14
**teenager**   1593:1
**telephone**   1495:11
1618:11
**tell**   1501:13
1517:13 1527:5
1530:3 1532:13
1539:1 1541:1
1545:17 1546:10
1548:22 1553:16
1562:3 1564:25
1580:6 1584:18
1586:6
**telling**   1516:6
**tem**   1512:12
1516:7

**tempore**   1495:27
1618:17,28
**ten**   1504:21,22
**tend**   1575:9
1577:13 1592:1
**tensile**   1511:11
1512:13
**term**   1540:11
1554:27
**terms**   1538:26
1549:17 1551:11
1551:21 1552:3
1561:27 1563:7
1566:2 1567:4
1577:10 1578:17
1584:23 1587:26
1589:7 1602:3
1603:16 1607:27
**test**   1531:16
1581:26,26
1608:25 1609:1,21
1609:24 1610:1
**tested**   1502:28
1503:17 1576:24
1576:25 1581:23
1581:23,26 1585:3
1608:19
**testified**   1513:2
1515:4 1524:11
1543:12,19 1567:6
1567:17 1568:6
1570:4 1574:24
1578:2 1582:27
1597:5 1599:1
1606:22
**testify**   1506:26
1571:28 1575:14
1577:20 1578:19
1580:24 1581:1
1596:18 1601:2,9

**testifying** 1500:1
1504:26 1577:17
1596:15 1597:1
1607:13 1609:6
**testimony** 1499:22
1502:16 1504:16
1514:14,25
1523:25 1524:14
1543:23 1545:13
1567:9,11,14
1569:5,13 1570:24
1571:18 1572:8
1575:11 1585:8
1586:16 1596:21
1605:12 1607:19
1607:24 1609:14
1611:3,26 1612:28
1614:5 1615:18
1616:3,20 1618:21
**testing** 1500:22
1502:2,7,10
1503:8 1515:17
1544:24 1574:4
1577:18,22
1593:15 1598:19
1610:26 1613:23
**texas** 1496:8,17
**thank** 1499:26
1504:8 1505:9
1511:25 1517:4
1519:21 1522:28
1523:24,25,25
1524:23 1563:10
1576:13 1578:11
1584:4,7 1601:27
1608:5
**thankfully**
1540:19 1553:11
1600:13
**thanks** 1601:28

**theme** 1533:27
**therapeutic**
1561:15 1605:21
1606:5
**therapy** 1561:25
1603:6
**thing** 1499:18
1513:3,28 1516:2
1518:8 1521:21
1527:24 1534:27
1535:3 1578:12
**things** 1547:8
1548:25 1549:9
1556:9 1562:17
1571:5
**think** 1499:18
1501:14 1503:27
1504:1,12,15,18
1509:10 1512:6
1517:17 1518:28
1522:15 1533:8
1534:18 1552:8
1553:8 1557:8
1563:25 1564:6
1565:27 1567:5
1575:10 1577:13
1577:20 1579:8,12
1579:19 1580:2
1582:2,4,6,9
1583:15,21,28
1585:2,4 1589:23
1592:6 1593:12
1594:15 1596:24
1598:27 1599:4,22
1599:25 1600:1,5
1605:4,9 1613:3
1613:22 1615:5
**thinking** 1604:27
**thoracic** 1541:5,6
**thousand** 1589:23

**thousands**
1560:22,28
1566:15 1579:10
1588:10 1600:11
1603:20 1605:7
**three** 1527:19
1539:4 1543:1
1557:27 1558:1
1589:1
**threshold** 1575:27
1576:7
**throat** 1552:24
**throw** 1574:26
**thursday** 1495:18
1499:3
**time** 1499:6
1500:14 1502:6,11
1502:19 1504:1,11
1505:2 1527:22
1530:26 1532:14
1534:1 1535:4
1539:10 1543:14
1546:23 1553:18
1554:14 1557:8
1558:24 1565:13
1575:10 1576:11
1578:3 1581:27
1591:13 1592:27
1596:27 1597:4
1603:4 1607:7
**timeliness** 1499:26
**times** 1536:17
1579:10 1606:24
1607:3 1608:8
**tina** 1495:8
1593:17 1595:9
1618:7
**tissue** 1545:7
1547:5,6 1562:22
1562:28 1563:4
1615:13

**tissues** 1616:13
**title** 1495:6 1618:5
**today** 1500:1
1515:10 1517:12
1528:14 1542:4
1544:3 1600:8
**todd** 1496:24
**told** 1569:28
1596:24 1597:9,12
1599:4,21 1600:5
1602:2,23
**top** 1570:23
**topic** 1536:14
**topics** 1517:16
1580:5
**total** 1569:2,14
**totally** 1576:23
1579:16
**town** 1514:4
**toxicologist**
1598:13
**trace** 1516:21,21
1535:27 1576:21
**track** 1514:4
1538:10
**trade** 1539:14,16
1539:26 1540:3
**trades** 1556:14
**traditional**
1502:23
**traditionally**
1531:3
**trailed** 1610:7
**train** 1535:13
**trained** 1532:22
1534:4
**training** 1526:16
1527:27 1528:19
1532:17 1534:8
1535:11 1536:6
1537:8 1540:7

1594:7 1595:10
**transcript**   1495:17
  1618:20
**transcripts**
  1544:12,19,23
**translate**   1532:7
**transmission**
  1512:2 1516:22
**travel**   1553:4
**treat**   1533:14
  1539:11,16
  1540:27 1541:6
  1560:9 1597:27
  1603:6
**treated**   1531:23
  1603:2,3
**treating**   1539:14
  1598:6 1602:10,21
**treatment**   1561:1
  1583:25 1597:24
  1603:4,8 1605:26
**tree**   1514:8
**trees**   1514:8
**tremolite**   1512:19
  1512:25 1513:3,7
  1513:20,23,28
  1514:10,11,27
  1515:9,11 1516:22
  1520:15,21 1521:1
  1545:9 1616:4,6
**trial**   1597:5
  1607:19,24 1609:7
  1609:13,15
**trials**   1558:5
  1583:11
**true**   1501:4,5
  1502:24 1510:28
  1512:14,15,16,17
  1513:8 1539:6
  1544:6 1568:1
  1588:22 1596:16

1596:19,22 1597:7
  1597:10,16,19,24
  1598:8 1599:2,11
  1599:18 1600:6
  1601:5,12,13,16
  1601:19,25 1602:7
  1602:27 1603:17
  1605:22,27
  1606:13,25
  1608:17,25 1610:5
  1610:21,25 1612:9
  1612:13 1613:21
  1615:10,14
  1616:15 1617:3,13
  1618:20
**truth**   1524:15,15
  1524:16
**try**   1534:19
  1560:3 1575:12
**trying**   1526:9
  1566:1 1567:5
  1568:3 1577:8,9
  1578:13,15,17
  1610:8,12,16
**tuberculosis**
  1533:14
**tucker**   1496:15
**tumor**   1545:23,23
  1545:26,27 1546:3
  1546:12 1547:2,4
  1547:8,15,20
  1560:27
**tumors**   1546:15
  1547:7
**turn**   1547:27
  1556:12
**turned**   1531:28
**turning**   1532:11
**twitching**   1596:4,6
**two**   1510:8
  1517:16 1536:19

1539:4 1554:15
  1559:10,10 1570:3
  1570:15 1574:3
  1593:7 1599:14,17
  1606:24 1607:3
  1608:8
**type**   1500:28
  1511:9 1520:23
  1527:26 1557:23
  1559:20 1560:8
  1564:13,17,27
  1575:6 1576:7,9
  1577:10,12 1579:5
  1580:9,10,18
  1581:20 1591:3
**types**   1544:16
  1547:13 1550:3,6
  1557:18 1560:7,10
  1578:25 1604:21
**typically**   1535:8
  1546:17 1547:1,12
  1549:19,28

**u**

**u**   1524:22
**u.s.**   1509:21
  1511:6
**u.s.g.**   1512:9
**ubiquitous**
  1513:28
**unaware**   1598:26
  1614:15
**unbiased**   1523:15
**unclear**   1603:22
**uncontrollable**
  1547:23,24
**understand**
  1499:16 1538:25
  1552:6 1559:27
  1577:25 1578:13
  1578:15 1580:23
  1581:5,6

**understanding**
  1509:3 1556:19
  1566:14 1580:25
**understood**
  1554:10 1583:23
**undisputed**
  1579:28
**unions**   1538:6
**united**   1533:8
  1553:12 1589:14
  1591:27
**university**   1506:3
  1527:14,17
  1537:19
**unjustified**   1579:7
**unknown**   1615:1
**updated**   1562:8
  1563:2
**use**   1501:1
  1502:13 1515:19
  1515:28 1516:10
  1516:12 1517:2
  1542:20 1567:21
  1567:28 1569:1,11
  1571:9 1586:4
  1587:6,17 1588:9
  1595:9 1612:8
  1615:1
**usepa**   1508:18
  1509:26 1510:2
**users**   1591:22
**uses**   1569:7
**usgs**   1507:22,26
  1508:4,26 1509:26
  1511:1 1523:3

**v**

**vacuum**   1500:15
**vague**   1559:25
  1560:18 1564:17
  1607:5

**values** 1531:16
**vanderbilt**
  1521:14 1522:3
**variety** 1528:1
  1539:5
**various** 1503:8
  1532:24 1541:23
  1547:7 1551:8
  1553:4 1557:18
  1578:25 1585:3
  1586:19 1590:14
  1593:23 1612:24
**ventilation** 1532:1
**verbatim** 1536:27
**vermiculite**
  1514:13,21
**version** 1511:12
  1511:27 1512:2
**versus** 1526:1
**violate** 1515:27
**violated** 1515:22
**vitae** 1527:7
**voice** 1610:6
**volume** 1513:15
  1513:16 1549:24
  1549:28
**vs** 1495:10 1499:2
  1607:14 1609:7,14
  1618:9

**w**

**wagner** 1557:14
**wait** 1499:23
  1611:6
**waiting** 1540:23
**wall** 1546:19
**want** 1511:21
  1523:4 1524:3
  1526:26 1548:1
  1554:7 1559:15
  1573:5 1578:15
  1580:7,24 1581:19

1584:5 1591:7
  1596:9
**wanted** 1499:25
  1529:27 1540:24
  1582:11
**way** 1496:4 1524:6
  1531:15 1537:6
  1555:14,15 1564:3
  1569:12 1576:24
  1613:9
**ways** 1546:10
  1548:22,24
  1586:19
**we've** 1506:12
  1507:7 1518:25
  1520:7 1526:28
  1527:9 1530:1
  1536:10 1544:25
  1550:3 1591:27
  1608:12
**weaker** 1560:14
**weaknesses**
  1589:4,6
**week** 1532:21
  1565:28
**weeks** 1539:4,4
  1553:25
**weighed** 1511:1
  1512:9
**weighting** 1557:24
**went** 1527:13,18
  1531:27
**west** 1496:11,21
**wheelhouse**
  1575:8
**white** 1593:4
**wide** 1554:22
**widely** 1554:5,8
**widespread**
  1587:16

**william** 1497:8
**wish** 1500:28
**wishes** 1499:17
**withdraw** 1552:9
**withdrawn** 1498:5
  1498:9
**witness** 1504:20
  1506:28 1509:19
  1517:6 1522:21
  1523:24 1524:10
  1524:17,21
  1542:12,25
  1549:15 1551:24
  1551:26 1560:18
  1560:20 1565:2
  1566:10,12
  1577:17 1585:1,24
  1587:3 1588:2
  1589:12 1595:16
  1604:2 1607:9,19
  1610:17 1611:26
  1612:28
**witness's** 1548:13
  1566:21
**witnesses** 1497:5
**wold** 1521:11
**women** 1589:25
**word** 1530:6
  1538:6
**words** 1608:6,23
  1610:18
**wore** 1517:12
**work** 1500:4
  1505:21 1509:21
  1521:27 1522:12
  1522:12 1525:28
  1528:4 1533:19
  1534:15,16 1538:4
  1538:5 1541:7
  1554:17,18 1598:4
  1611:24

**worked** 1531:23
  1531:26 1532:6
  1533:19 1539:8
  1555:3,6 1590:21
**worker** 1564:7
**workers** 1532:28
  1538:15 1555:5
  1588:28 1589:2
  1601:6
**working** 1532:1
  1532:28 1549:3,4
  1577:11 1592:2
**workplace**
  1525:10,23 1531:7
  1532:9 1550:13,17
  1550:22 1590:19
  1598:18
**works** 1574:25
**world** 1539:14,16
  1539:26 1540:3
**worsening**
  1541:13
**worth** 1554:16
  1575:10
**write** 1562:15
  1565:18,19
  1572:15
**writing** 1521:12
  1522:7 1562:14
**written** 1518:27
  1519:27 1548:23
  1599:5,10,13
**wrong** 1506:10
  1615:27
**wrote** 1505:21
  1506:9
**wylie** 1506:2
**wylie's** 1506:5

**[x - zucker]**                                        Page 38

| x |
|---|
| **x**   1497:1 1498:1<br>1532:19,20<br>1565:21 1600:21 |

| y |
|---|
| **yale**   1527:19<br>1528:27 1529:15<br>**yeah**   1505:1<br>1613:28<br>**year**   1518:27<br>1519:26 1527:19<br>1538:16 1540:11<br>1553:12 1600:4,8<br>**years**   1540:9,11<br>1541:21 1543:25<br>1543:28 1553:21<br>1553:26 1554:17<br>1556:27 1560:21<br>1572:16 1590:7<br>1593:3 1596:16,17<br>1597:3 1599:22,26<br>1600:10,11<br>**yell**   1610:8,12<br>**yesterday**   1505:15<br>1505:27 1506:20<br>1511:28 1540:23<br>1574:24<br>**york**   1496:21,21<br>1534:5 1536:3<br>1537:12,27<br>1539:18,21,22,24<br>1607:14<br>**young**   1556:14 |

| z |
|---|
| **zadroga**   1539:13<br>**zeros**   1574:27<br>**zucker**   1537:20 |