RAWLE & HENDERSON LLP
John C. McMeekin II, Esquire #036331997
The Widener Building, 16th Floor
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorneys for Defendant
Imerys Talc America, Inc.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MIDDLESEX COUNTY

DOCKET NO. MID-7385-16 AS

FILED
FEB 21 2018
ANA C. VISCOMI, J.S.C.

| | |
|---|---|
| STEVEN LANZO, III and KENDRA LANZO, | : ASBESTOS MOTION |
| Plaintiffs, | : CIVIL ACTION |
| v. | : ORDER GRANTING MOTION AND MOTION TO JOIN *in part, and denying, in part* |
| CYPRUS AMAX MINERALS COMPANY, et al. | |
| Defendants. | |

This matter having come before the Court on Motion of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., and Rawle & Henderson LLP, attorneys for Defendant Imerys Talc America, Inc., having formally joined this Motion, and the Court having reviewed the moving and opposition papers, if any, and for good cause shown;

IT IS ON THIS 21st DAY OF February, 2018:

ORDERED that the Motion of Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. to exclude Dr. Jacqueline Moline's expert opinions and testimony or, in the alternative, for a Rule 104 Hearing is hereby ~~GRANTED~~ *denied as further indicated in this Order*;

IT IS FURTHER ORDERED that the relief requested by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. is also ~~granted~~ *denied* as to Defendant Imerys Talc America, Inc.;

11124817-1

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel within three (3) days of the date hereof.

_____
Honorable Ana C. Viscomi, J.S.C.

Opposed ✓   Unopposed _____

On __2/21/18__ the court's statement of reasons have been set forth on the record.

It is further Ordered:

① Dr. Moline may not testify with regard to 41 asbestos plaintiffs and her review of their medical records;

② Dr Moline may testify with regard to the Lamm study subject to the proper foundation; and

③ Dr Moline may testify with regard to non-asbestiform cleavage fragments from a medical point of view.

11124817-1

Jack N. Frost, Jr. (025312005)
Stephen R. Long (028811980)
**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. 973-549-7000
Attorneys for Defendant,
*Johnson & Johnson Consumer Inc.*

**FILED**

FEB 21 2018

ANA C. VISCOMI, J.S.C.

| | |
|---|---|
| **STEPHEN LANZO, III** and **KENDRA LANZO**, <br><br> Plaintiffs, <br><br> vs. <br><br> **CYPRUS AMAX MINERALS COMPANY,** et al., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: MIDDLESEX COUNTY <br> DOCKET NO.: MID-L-7385-16 AS <br><br> CIVIL ACTION <br> **ASBESTOS LITIGATION** *denying motion* <br><br> [~~PROPOSED~~] **ORDER EXCLUDING DR. JACQUELINE MOLINE'S EXPERT OPINION TESTIMONY** *in part* |

**THIS MATTER,** having come before the Court by Drinker Biddle & Reath LLP, attorneys for Defendant Johnson & Johnson Consumer Inc. for an Order excluding Dr. Jacqueline Moline's expert testimony or, in the alternative, request for Rule 104 hearing, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown

IT IS ON THIS ___21st___ day of ___February___, 20_18_,

**ORDERED** that Johnson & Johnson Consumer Inc.'s Motion *In Limine* to excluding Dr. Jacqueline Moline's expert testimony is hereby **GRANTED**; *denied as further indicated in this Order*

IT IS FURTHER ORDERED that Johnson & Johnson Consumer Inc.'s request for a Rule 104 hearing is hereby ~~GRANTED~~ *denied*; and

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel within seven (7) days of the date hereof.

_____
Hon. Ana C. Viscomi, J.S.C.

Motion was:

___✓___ Opposed

_____ Unopposed

On __2/21/18__ the court's statement of reasons have been set forth on the record.

*It is further Ordered:*

90510521.1

① Dr. Moline may not testify with regard to 41 asbestos plaintiffs and her review of their medical records;

② Dr. Moline may testify with regard to the Lamm study subject to the proper foundation; and

③ Dr. Moline may testify with regard to non-asbestiform cleavage fragments from a medical point of view.

1-10-18

| | |
|---|---|
| **RAWLE & HENDERSON** LLP<br>John C. McMeekin II, Esquire #036331997<br>The Widener Building, 16th Floor<br>One South Penn Square<br>Philadelphia, PA 19107<br>(215) 575-4200<br>Attorneys for Defendant<br>Cyprus Amax Minerals Company | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO. MID-7385-16 AS<br><br>FILED FEB 2 1 2018<br><br>ANA C. VISCOMI, J.S.C. |

| | | |
|---|---|---|
| STEVEN LANZO, III and KENDRA LANZO, | : | ASBESTOS MOTION |
| | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | ORDER GRANTING MOTION TO JOIN |
| v. | : | AND MOTION TO JOIN |
| | : | *granting in part and denying in part,* |
| CYPRUS AMAX MINERALS COMPANY, *et al.* | : | |
| | : | |
| Defendants. | : | |

This matter having come before the Court on Motion of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., and Rawle & Henderson LLP, attorneys for Defendant Cyprus Amax Minerals Company, having formally joined this Motion, and the Court having reviewed the moving and opposition papers, if any, and for good cause shown;

IT IS ON THIS 21st DAY OF February, 2018;

**ORDERED** that the Motion of Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. to exclude Dr. Jacqueline Moline's expert opinions and testimony or, in the alternative, for a Rule 104 Hearing is hereby **GRANTED**; *denied as further not indicated in this Order*

11124821-1

IT IS FURTHER ORDERED that the relief requested by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. is also ~~granted~~ denied as to Defendant Cyprus Amax Minerals Company;

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel within three (3) days of the date hereof.

_____
Honorable Ana C. Viscomi, J.S.C.

Opposed ✓    Unopposed ____

On  2/21/18  the court's statement of reasons have been set forth on the record.

It is further Ordered:

① Dr. Moline may not testify with regard to 41 asbestos plaintiffs and her review of their medical records;

② Dr. Moline may testify with regard to the Lamm study subject to the proper foundation; and

③ Dr. Moline may testify with regard to non-asbestiform cleavage fragments from a medical point of view.

11124821-1

*[handwritten: 10]*
*[handwritten: 11-27-17]*

Jack N. Frost, Jr. (025312005)
Stephen R. Long (028811980)
**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. 973-549-7000
Attorneys for Defendant,
*Johnson & Johnson*

**FILED**

**FEB 2 1 2018**

ANA C. VISCOMI, J.S.C.

| | |
|---|---|
| **STEPHEN LANZO, III** and **KENDRA LANZO**,<br><br>Plaintiffs,<br><br>vs.<br><br>**CYPRUS AMAX MINERALS COMPANY**, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO.: MID-L-7385-16 AS<br><br>CIVIL ACTION<br>**ASBESTOS LITIGATION**<br><br>[~~PROPOSED~~] ORDER ~~EXCLUDING~~ DR. JACQUELINE MOLINE'S EXPERT OPINION TESTIMONY *[handwritten: denying motion in part]* |

**THIS MATTER**, having come before the Court by Drinker Biddle & Reath LLP, attorneys for Defendant Johnson & Johnson for an Order excluding Dr. Jacqueline Moline's expert testimony or, in the alternative, request for Rule 104 hearing, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown

**IT IS ON THIS** _21st_ day of _February_, 2018,

**ORDERED** that Johnson & Johnson's Motion *In Limine* to excluding Dr. Jacqueline Moline's expert testimony is hereby ~~**GRANTED**~~ *[handwritten: denied as further indicated in this Order]*;

**IT IS FURTHER ORDERED** that Johnson & Johnson's request for a Rule 104 hearing is hereby ~~**GRANTED**~~ denied; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel within seven (7) days of the date hereof.

_____
Hon. Ana C. Viscomi, J.S.C.

Motion was:

✓ Opposed

____ Unopposed

On 2/21/18 the court's statement of reasons have been set forth on the record.

90510491.1

It is further Ordered:

① Dr Moline may not testify with regard to 41 asbestos plaintiffs and her review of their medical records;

② Dr Moline may testify with regard to the Lanm study subject to the proper foundation; and

③ Dr Moline may testify with regard to non-asbestiform cleavage fragments from a medical point of view.

2