Peter C. Harvey
Thomas P. Kurland (*pro hac* pending)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LTL Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>       Plaintiff,<br><br>    -v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>       Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>Motion Return Date:<br>July 3, 2023 |

## **CERTIFICATE OF SERVICE**

I, Peter C. Harvey, of full age, hereby declare under penalty of perjury:

  1.  I am an attorney and partner at the law firm of Patterson Belknap Webb & Tyler LLP.  My office is located at 1133 6th Avenue, New York, NY 10036. I am a member in good standing of the Bar of New Jersey.  There are no disciplinary proceedings pending against me.

2.      I hereby certify that on the below date, I caused a copy of Plaintiff's Reply Brief in Support of Plaintiff's Motion for Limited Expedited Discovery; the Declaration of Peter C. Harvey; and this certificate of service, to be served upon all counsel of record via CM/ECF.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

DATED:  New York, New York
        June 30, 2023

/s/ Peter C. Harvey<br>
Peter C. Harvey