# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

June 30, 2023

**VIA ECF**

Honorable Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:  *LTL Management LLC v. Dr. Jacqueline M. Moline*
          Case No. 3:23-cv-02990-GC-DEA

Dear Judge Castner:

    We represent Dr. Jacqueline M. Moline in this matter. Pursuant to your Honor's instruction during the telephone conference on June 26, 2023, we write to advise the Court that Dr. Moline has no objection to your Honor continuing to preside over this case.

    Thank you for your attention to this matter.

Respectfully submitted,

Kevin H. Marino

cc:    All counsel of record