## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

July 10, 2023

**VIA ECF**

Honorable Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *LTL Management LLC v. Dr. Jacqueline M. Moline*
     Case No. 3:23-cv-02990-GC-DEA

Dear Judge Castner:

  We represent Defendant, Dr. Jacqueline M. Moline ("Dr. Moline"), in this action. In accordance with L.Civ.R. 6.1(a), we write to request a thirty-day extension of the deadline to respond to the Complaint [Dkt. # 1].

  Plaintiff filed the Complaint on May 31, 2023. We acknowledged service of the summons and complaint for Dr. Moline on June 6, 2023 [Dkt. # 4]. On June 23, 2023, the Clerk extended Dr. Moline's time to respond to the Complaint by fourteen days, until July 11, 2023. We respectfully request that the Court extend that deadline by thirty days, until **August 10, 2023**. Plaintiff consents to the requested relief. If this extension meets with the Court's approval, we respectfully request that your Honor So Order this letter and enter it on the docket.

  Thank you for your attention to this matter.

            Respectfully submitted,

            Kevin H. Marino

cc: All counsel of record


SO ORDERED:

_____
Honorable Georgette Castner, U.S.D.J.