UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LTL MANAGEMENT LLC,

    Plaintiff,

v.

DR. JACQUELINE MIRIAM MOLINE,

    Defendant.

Civil Action No. 3:23-2990 (GC)(DEA)

**ORDER GRANTING KRISTEN RENEE FOURNIER AND THOMAS P. KURLAND ADMISSION _PRO HAC VICE_**

This matter has been brought before the Court on motion for an Order allowing Kristen Renee Fournier and Thomas P. Kurland, to appear and participate pro hac vice. The Court having considered the moving papers, and no opposition having been filed, and this matter being considered without oral argument pursuant to L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this **27th** day of **July** 2023,

ORDERED that the motions **ECF Nos. 5** and **6** are granted; and it is further

ORDERED that Kristen Renee Fournier and Thomas P. Kurland, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney duly admitted to the Bar of this Court who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Kristen Renee Fournier and Thomas P. Kurland, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Kristen Renee Fournier and Thomas P. Kurland, shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Kristen Renee Fournier and Thomas P. Kurland, shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that Kristen Renee Fournier and Thomas P. Kurland, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Kristen Renee Fournier and Thomas P. Kurland, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

    *s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**

--terminates ECF No. 5 and 6