## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                 Plaintiff,<br><br>    v.<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>               Defendant. | Civil Action No. 23-02990 (GC) (JTQ)<br><br>**ORDER** |

**CASTNER, District Judge**

**THIS MATTER** comes before the Court upon Defendant Dr. Jacqueline Moline's Motion to Dismiss Plaintiff LTL Management, LLC's Complaint pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF Nos. 1 & 28.) Plaintiff opposed, and Defendant replied. (ECF Nos. 29 & 30.) The parties filed additional supplemental letter briefs. (ECF Nos. 31 & 32.) The Court carefully considered the parties' submissions and decided the Motion with oral argument heard on May 16, 2024. (ECF No. 39.) For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 28th day of June 2024, **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 28) is **GRANTED**.

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file an Amended Complaint within thirty (30) days of the entry of this Order. Failure to file an Amended Complaint within that time will render the present dismissal final. *See Hoffman v. Nordic Nats., Inc.*, 837 F.3d 272, 279 (3d Cir. 2016).

4. The Clerk of Court shall **TERMINATE** the motion pending at ECF No. 28.

5. The Clerk of Court shall **CLOSE** this case.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE