Peter C. Harvey
Thomas P. Kurland (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LLT Management LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>          Plaintiff,<br><br>-v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>          Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>**PLAINTIFFS' NOTICE OF NAME CHANGE** |

**PLEASE TAKE NOTICE** that Plaintiff LTL Management LLC was reorganized and renamed to LLT Management LLC.

Dated: July 23, 2024

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

Allison M. Brown
One Manhattan West
New York, New York 10001
T:  (212) 735-3222
E:  Allison.Brown@skadden.com

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**

/s/ *Peter C. Harvey*
Peter C. Harvey
Thomas P. Kurland (*pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
T:  (212) 336-2000

E:  pcharvey@pbwt.com
    tkurland@pbwt.com

**KING & SPALDING, LLP**

Kristen Fournier (*pro hac vice*)
Matthew Bush (*pro hac vice*)
1185 Avenue of the Americas
34th Floor
New York, NY 10036
T:  (212) 556-2100
E:  kfournier@kslaw.com

2