Peter C. Harvey
Thomas P. Kurland (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LLT Management LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                    Plaintiff,<br><br>          -v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                    Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>**PLAINTIFFS' NOTICE OF INTENTION TO STAND ON COMPLAINT** |

**PLEASE TAKE NOTICE** that, on June 28, 2024, the Court entered an Order (ECF No. 41) granting Defendant Dr. Jacqueline Miriam Moline's Motion to Dismiss Plaintiff LLT Management LLC, formerly known as LTL Management LLC's Complaint (ECF No. 28) and provided Plaintiff with leave to amend its complaint by July 28, 2024.  Plaintiff elects to stand on and will not amend its complaint.


Dated: July 23, 2024

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


Allison M. Brown
One Manhattan West

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**

/s/ *Peter C. Harvey*
Peter C. Harvey
Thomas P. Kurland (*pro hac vice*)

1

<div style="display: flex;">

New York, New York 10001  
T: (212) 735-3222  
E: Allison.Brown@skadden.com

1133 Avenue of the Americas  
New York, NY 10036  
T: (212) 336-2000  
E: pcharvey@pbwt.com  
    tkurland@pbwt.com

**KING & SPALDING, LLP**

Kristen Fournier (*pro hac vice*)  
Matthew Bush (*pro hac vice*)  
1185 Avenue of the Americas  
34th Floor  
New York, NY 10036  
T: (212) 556-2100  
E: kfournier@kslaw.com

</div>