Peter C. Harvey
Thomas P. Kurland
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
pcharvey@pbwt.com
tkurland@pbwt.com
*Attorneys for Plaintiff LLT Management LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                              Plaintiff,<br><br>-v-<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>                              Defendant. | Civil Action No.<br>3:23-cv-02990-GC-DEA<br><br>Hon. Georgette Castner,<br>U.S.D.J. |

## PLAINTIFF LLT MANAGEMENT LLC'S NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, Plaintiff LLT Management LLC, formerly known as LTL Management LLC, hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. The District Court's June 28, 2024, Order (ECF No. 41) granting Defendant Dr. Jacqueline Miriam Moline's Motion to Dismiss Plaintiff's Complaint (ECF No. 28).

1

| | |
|---|---|
| Dated: July 23, 2024 | Respectfully submitted, |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| | /s/ *Peter C. Harvey* |
| Allison M. Brown<br>One Manhattan West<br>New York, New York 10001<br>T: (212) 735-3222<br>E: Allison.Brown@skadden.com | Peter C. Harvey<br>Thomas P. Kurland<br>1133 Avenue of the Americas<br>New York, NY 10036<br>T: (212) 336-2000<br>E: pcharvey@pbwt.com<br>     tkurland@pbwt.com |
| | **KING & SPALDING, LLP** |
| | Kristen Fournier<br>Matthew Bush<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>T: (212) 556-2100<br>E: kfournier@kslaw.com |