IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PECOS RIVER TALC LLC<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>　　　　　　　Defendant. | Civil Action No. 23-02990 (GC) (JTQ)<br><br>**CERTIFICATION OF INTENT TO GRANT MOTION** |

**THIS MATTER** comes before the Court upon Plaintiff Pecos River Talc LLC's Motion For Relief From Judgment And For Leave To File An Amended

Complaint Pursuant To Rule 60(b) And Rule 15 (the "Motion") and related submissions. Good cause having been shown,

ON THIS 5th day of January, 2026, the Court **CERTIFIES** that it **INTENDS TO GRANT** Pecos River's Talc LLC's Motion, vacate the judgment, and permit Pecos River to file an amended complaint.

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**