DCO-047                                                        January 29, 2026
<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>24-2345</u>

PECOS RIVER TALC LLC
f/k/a LTL Management LLC, and LLT Management LLC,
                    Appellant

        v.

DR. JACQUELINE MIRIAM MOLINE

        (D.N.J. No. 3:23-cv-02990)

Present:   BIBAS, MATEY, and MONTGOMERY-REEVES, <u>Circuit Judges</u>

    1. Status Report received from Appellant Pecos River Talc LLC with motion to
       remand and dismiss appeal.

                                        Respectfully,

                                        Clerk

_____ORDER_____
        The foregoing motion is granted.

                                        By the Court,

                                        <u>s/Stephanos Bibas</u>
                                        Circuit Judge

Dated: February 4, 2026
JK/cc: All Counsel of Record