

www.pbwt.com

February 6, 2026

Peter C. Harvey
Of Counsel
(212) 336-2810
pcharvey@pbwt.com

**By ECF**

Hon. Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: **LTL Management LLC v Moline, No. 3:23-cv-02990-GC-DEA**

Dear Judge Castner:

We represent Plaintiff Pecos River Talc LLC ("Pecos River") in the above-referenced civil action. We write as a courtesy to notify Your Honor that the Third Circuit has recently ordered that this matter be remanded for further proceedings in this Court. *See* Dkt. No. 57 (Feb. 4, 2026 Third Circuit Order).

Accordingly, we respectfully request that—consistent with the Court's prior Certification of Intent (Dkt. No. 56)—the Court proceed with formally granting Pecos River's motion for relief from judgment and for leave to file an amended complaint (Dkt. No. 47) and thereafter order a deadline by which Pecos River may file its amended complaint.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Peter C. Harvey

cc: All Counsel of Record (by ECF)

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222