MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY

CHRISTOPHER E. GITELMAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com

September 2, 2026

**VIA ECF**
Honorable Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Pecos River Talc LLC v. Moline*, No. 3:23-cv-02990-GC-JTQ

Dear Judge Quinn:

We represent Dr. Jacqueline Moline in this matter and write, with the consent of all parties, to respectfully request that the initial conference scheduled for September 15, 2026 (ECF No. 83) be rescheduled as we will be on trial in Hudson County on that date. Counsel for all parties are available on October 5, 13, 14 and 16. If any of those days is convenient for your Honor, we respectfully request that you enter an Order rescheduling the initial conference accordingly.

Thank you for your consideration of this request.

Respectfully submitted,

Kevin H. Marino

cc: All counsel of record (via ECF)